# In The Matter Of:

*Utah Physicians For A Healthy Environment v. Diesel Power Gear*

Heather Pledger

30(b)(6) of Diesel Power Gear
August 4, 2017



*Q & A Reporting, Inc.*
*1872 South Main Street*
*Salt Lake City, Utah  84115*
*801.484.2929*

Original File 08-04-17 PLEDGER, HEATHER.zip.txt
**Min-U-Script® with Word Index**

30(b)(6) of Diesel Power Gear - August 4, 2017
Heather Pledger

1    A.    Looks like most of the parts that 4X4 sold.
2    Q.    During what period of time?
3    A.    Probably since it started in 2014, I'm
4  thinking.  I wasn't there when it started, so -- and it
5  looks like all the vendors sell all the parts, maybe.
6    Q.    There are no dates on this spreadsheet.  Is
7  that a element of information that's available on the
8  underlying software that could be provided?
9    A.    Possibly.  This doesn't look like the one I
10  sent -- it looks like they combined all the ones I sent.
11  I know some of them had dates and some of them didn't, so
12  there's possibly dates for some of these.
13    Q.    On the first page -- I realize the print's
14  awfully small --
15    A.    Uh-huh (Affirmative).
16    Q.    -- about three-quarters of the way down,
17  there's a reference under Thunder Diesel for a Flo-Pro
18  DSL Ford DPF delete pipe.  Do you see that reference?
19    A.    I think so.  The 11 to 12 5-inch?
20    Q.    Yes.
21    A.    Yes.
22    Q.    What's your understanding of that part?  What
23  is it?
24    A.    It's an exhaust pipe that's taking out the DPF
25  and it's 5 inches, for a Ford.

```
 1      Q.   And what does "DPF" stand for?
 2      A.   I can't think of the words right now.
 3      Q.   Is it "diesel particulate filter"?
 4      A.   Yes.
 5      Q.   What do you understand the function of that
 6   part to be?
 7      A.   It's taking out one of the filters that is
 8   coming back from the engine exhaust, so -- I would think
 9   taking that part out would give you better air flow in
10   the truck.
11      Q.   Does it remove a pollution control device?
12      A.   Yes.
13      Q.   What is your understanding of its effect on the
14   emissions from the vehicle once the delete pipe is used
15   to replace the DPF?
16      A.   Lets more exhaust go through it, so it would be
17   putting more into the air.
18      Q.   Turning to page 2 in that exhibit -- this one
19   will be easier -- do you see the -- again, about three-
20   quarters of the way down, there's a Premier site that has
21   -- there's a lot of white in that --
22      A.   Uh-huh (Affirmative).
23      Q.   -- row.  If you go down two more to another
24   Premier part that states it's an EGR valve/cooler delete
25   for a Dodge, would you explain what that part is, please?
```

```
 1      A.   No.  Usually the sales reps just call you.
 2      Q.   Do you understand why it would be deemed
 3  illegal?
 4      A.   Yeah.
 5      Q.   Why is that?
 6      A.   Because it's letting more emissions into the
 7  air.
 8      Q.   You can answer this question or not, okay? --
 9      A.   Uh-huh (Affirmative).
10      Q.   -- do you agree with -- that it is or should be
11  illegal?
12           MS. CONWAY:  Objection.  You don't have to
13  answer that.
14           THE WITNESS:  I don't want to answer that.
15           MR. ZARS:  What's the basis of your objection?
16           MS. CONWAY:  Relevance, asking for a legal
17  conclusion.
18           MR. ZARS:  But not a privilege?
19           MS. CONWAY:  Why would -- no, not a privilege.
20      Q.   (BY MR. ZARS)  So you can answer.
21           MS. CONWAY:  If you know.
22           THE WITNESS:  I don't know.
23      Q.   (BY MR. ZARS)  You have no opinion?
24      A.   No.
25      Q.   Are you familiar with the air quality in Salt
```

30(b)(6) of Diesel Power Gear - August 4, 2017
Heather Pledger

```
 1  Lake City, in this area?
 2       A.   I know it's bad.
 3       Q.   And by "bad" -- what do you mean by "bad"?
 4       A.   It's not good air to breathe.  There's a lot of
 5  gunk in it.
 6            MR. ZARS:  I want to take a break for a sec.
 7  So if we could go off, that would be great for now.
 8  Maybe ten minutes.
 9                 (Discussion off the record.)
10                 (Recess taken, 9:09-9:28 a.m.)
11       Q.   (BY MR. ZARS)  Ms. Pledger, before the break,
12  we had been talking about two exhibits -- Exhibit-1 and
13  Exhibit-2.  And because they're not -- they don't have a
14  title on them, I'd appreciate it, if you would, in your
15  writing, describe, as you have, for us what each
16  spreadsheet covers and for what dates, to the best of
17  your understanding.  Would you do that for us, please?
18       A.   Yeah.  Just on the one I have?
19       Q.   Yeah.  Yes.
20       A.   (The witness complied.)
21            Would you like me to do the same to Exhibit-2?
22       Q.   Please.  Yes.  And then read them both to us,
23  if you would, kindly.
24       A.   (The witness complied.)
25            Exhibit-1 is sales for 4X4 Anything from all
```