# DECLARATION OF ASHLEY SOLTYSIAK

I, Ashley Soltysiak , declare that the following statements are true and correct to the best of my knowledge.

1. I am a resident of Salt Lake County, Utah. I travel in the counties of the Wasatch Front regularly.

2. I graduated from Michigan State University with a degree in Environmental Biology and Zoology, and have since earned a Masters degree in Public Administration from Cornell University, in Environmental Policy

3. I am on the staff of HEAL Utah, but I have acted in my personal capacity to prepare and submit this declaration. I am not a member of Utah Physicians for a Healthy Environment.

4. I have viewed each of the videos and still images on the compact disc attached to this declaration (Attachment 1) to determine the approximate ground locations depicted in the videos and still images.

5. My determinations regarding the locations the the video and still images are set forth in Attachment 2. Attachment 2 identifies, to the best of my ability, the location of each vehicle shown in the videos and still images, and the bases of each identification.

Signed under the penalties of perjury,

Dated: August 3, 2017

Ashley Soltysiak

Attachment 2: Locations in Utah Where Vehicles Are Shown Operating

| Video or Picture Number on Disc | Video or Picture Title | Location in Utah | Proof of Location |
|---|---|---|---|
| V#1 | #BuiltDiesel Smokes Out Prius Paul<br><br>Built Diesel 1, black 2012 Dodge | East Capitol Street, between East 500 and East 300 North, Salt Lake City, Utah.<br><br>8/2013 | On-site inspection and direct correlation to Google Maps image at -- https://www.google.com/maps/@40.7794121,-111.8856951,3a,75y,153.85h,62.41t/data=!3m6!1e1!3m4!1sbdsZg8H7glZcsOKR6hHzWw!2e0!7i13312!8i6656. |
| V#2 | The 2013 Ford #BuiltDiesel PowerStroke Haul<br><br>Built Diesel 2, white with black top | I-80, Parley's Canyon immediately east of Salt Lake City, Utah.<br><br>11/2013 | On-site inspection and direct correlation to Google Maps image at -- https://www.google.com/maps/@40.7159461,-111.7842077,3a,75y,224.89h,101.03t/data=!3m6!1e1!3m4!1s_5wLV4bEpragvGbK74_E8w!2e0!7i13312!8i6656 |
| V#3 | EFI Tuning on the Duramax Built Diesel 3 Giveaway Truck<br><br>Built Diesel 3, 2006 Chevy, camo | Industrial Injection<br>2258 South 300 West<br>Salt Lake City, Utah 84115.<br><br>4/2014 | Direct correlation to Google Maps image at -- https://www.google.com/maps/@40.7094523,-111.8997875,3a,75y,346.27h,76.77t/data=!3m6!1e1!3m4!1sVdntbQByqho0CDYBP7mL8g!2e0!7i13312!8i6656 |
| V#4 | BUILT DIESEL 3: Cummins Giveaway Truck Mods by Industrial Injection<br><br>1994 Dodge Ram 12 valve, green | Industrial Injection, 2258 South 300 West, Salt Lake City, Utah 84115<br><br>6/2014 | Direct correlation to Google Maps image at -- https://www.google.com/maps/@40.7100571,-111.8997942,3a,75y,280.99h,79.71t/data=!3m6!1e1!3m4!1sob7VKBEHB7_xBVEZPiup0Q!2e0!7i13312!8i6656 |
| V#5 | Having a bad day- Watch this and I guarantee you'll feel better<br><br>2013 Ford F250, green | 976 West 850 South<br>Woods Cross, Utah 84087<br><br>9/2014 | Direct correlation to Google Maps image at – https://www.google.com/maps/place/976+W+850+S,+Woods+Cross,+UT+84087/@40.8809369,-111.9071785,3a,75y,90h,90t/data=!3m6!1e1!3m4!1sHoWfxGWqpsRnhr5Z3k_P8Q!2e0!7i13312!8i6656!4m5!3m4!1s0x8752f77edf981131:0xdc244bbbb6cda18!8m2!3d40.8811824!4d-111.9075852 |
| V#6 | Built Diesel 5 Giveaway<br><br>2009 Ford F250, 6-door, red | Salt Lake City Airport<br>Salt Lake City, Utah<br><br>8/2015 | Direct correlation to Google Maps image at -- https://www.google.com/maps/@40.7845549,-111.9804645,3a,75y,340.36h,79.78t/data=!3m6!1e1!3m4!1sNdCZS3S_K6xEwlVRZDiAcw!2e0!7i13312!8i6656!6m1!1e1 |

| V#7 | Mid July Madness and US Duramax Winner<br><br>Truck for a buck, 2004 Chevy Duramax, tan | Godfrey Compound<br>6173 West 2100 South<br>West Valley, Utah<br><br>7/2015 | Direct correlation to Google Maps image at --<br>https://www.google.com/maps/@40.7252966,-112.0307029,3a,75y,175.29h,90t/data=!3m7!1e1!3m5!1s-UxKPbX4aQTh3DhpPNwU5g!2e0!6s%2F%2Fgeo2.ggpht.com%2Fcbk%3Fpanoid%3D-UxKPbX4aQTh3DhpPNwU5g%26output%3Dthumbnail%26cb_client%3Dmaps_sv.tactile.gps%26thumb%3D2%26w%3D203%26h%3D100%26yaw%3D176.42638%26pitch%3D0%26thumbfov%3D100!7i13312!8i6656 |
| --- | --- | --- | --- |
| V#8 | The #Brodozer has arrived in #Moab<br><br>2011 Ford F350, yellow | Main Street and 300 South<br>Moab, Utah<br><br>3/2016 | Direct correlation to Google Maps image at –<br>https://www.google.com/maps/@38.5689148,-109.5507439,3a,75y,228.14h,103.81t/data=!3m6!1e1!3m4!1sRartBbLcWk_tEmWnachyIg!2e0!7i13312!8i6656 |
| V#9 | "That moment you realize . . ."<br><br>Hercules Mud Truck, 2008 Chevy Duramax, silver.<br><br>Mega Ram Runner, 2012 Dodge Ram 2500, silver. | 100 South 300 West<br>Salt Lake City, Utah<br><br>1/2017 | Direct correlation to Google Maps image at --<br>https://www.google.com/maps/@40.7671046,-111.9001508,3a,75y,74.58h,94.36t/data=!3m6!1e1!3m4!1s21ma4Jxnx9UAb6-IE9aOww!2e0!7i13312!8i6656 |
| V#10 | Mega Ram Runner<br><br>2012 Dodge Ram 2500, silver | 2180 South 1950 West<br>Woods Cross, Utah<br><br>2/2017 | Direct correlation to Google Maps image at --<br>https://www.google.com/maps/@40.866699,-111.933333,3a,75y,263.21h,74.58t/data=!3m6!1e1!3m4!1svaUdbh7intP_z0VsU0yfxA!2e0!7i13312!8i6656 |