Cole S. Cannon (Utah Bar No. 12053)
cole@cannonlawgroup.com
Janet M. Conway (Utah Bar No. 7488)
janet@cannonlawgroup.com
CANNON LAW GROUP
53 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 363-2999

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIESELSELLERZ.COM, LLC, DIESEL POWER GEAR, LLC, 4X4 ANYTHING, LLC, SPARKS MOTORS, LLC, DAVID W. SPARKS, DAVID KILEY, JOSHUA STUART, AND KEATON HOSKINS,<br><br>Defendants. | **Defendants' DieselSellerz.com, Diesel Power Gear, 4x4 Anything, and Sparks Motors Responses to Plaintiff's Requests for Production of Documents**<br><br>Case No.: 2:17-CV-00032-BCW<br><br>Judge Robert J. Shelby |

Pursuant to Rules 34 of the Federal Rules of Civil Procedure, Defendants, DIESELSELLERZ.COM, LLC, DIESEL POWER GEAR, LLC, 4X4 ANYTHING, LLC, and SPARKS MOTORS, LLC, (collectively "Responding Party") submit the following objections and responses to Plaintiff's Requests for Production of Documents.

**PRELIMINARY STATEMENT**

Each of the responses to the Requests for Production of Documents herein incorporates

**Request No. 8:** Please provide documentation that identifies each vehicle (including your own) on which you have removed or rendered inoperative any pollution control system or device within the applicable period, including but not limited to documentation that sets forth or pertains to each vehicle's image, make, model, model year, odometer mileage and VIN number, each pollution control device or system that was removed or rendered inoperative, and the date or dates on which such work was performed.

**Response:** With respect to Sparks Motors, LLC, please see below list of vehicles. All responsive documents relating to these vehicles will be produced and/or made available for inspection. Images identifying these vehicles will be produced with these responses. The remaining responding parties are unaware of any responsive documents. Responding Party is continuing to gather and review documents and will supplement if any additional responsive documents are found.

1. Built Diesel 1, the OG. Black, 4 door, 2012 Dodge Ram, winner, Ashton Barton, Sedalia, Missouri (August, 2013). Referenced in complaint.

2. Built Diesel 2. White with black top, 4 door, 2013 Ford F250, winner in Salisbury, Md.

3. Built Diesel 3 (1st place): green/black 2 door, flat bad, Dodge 12 valve cummins; winner Luke Kapalanzic, Kellog, Idaho.

4. Built Diesel 3 (2nd place): grey army fatigue colored, 2 door, 2006 Chevy Duramax; winner James Wingerdon, Sunnyside, Washington.

5. Built Diesel 5 (1st place): Red, 6 door, 2009 Ford F250, winner Brad Kurtzwell, Alaska. Please note that while this vehicle is being listed in response to this request, this vehicle was

owned by Keaton Hoskins at the time the emissions devices were rendered inoperable by Industrial Injections. It was thereafter used as a giveaway truck for Diesel Power Gear.

6. Built Diesel 6 (1st place): "Kodiak Monster" 2007 Black Chevy C4500; 7/8/2015 sweepstakes close; winner, Brandon Kalkbrenner, Paynesville, Minn took cash prize.

7. Built Diesel 6 (2nd place): Tan, single cab 2008 Dodge Ram 2500, winner Ian Nipper.

8. Red 6-door, F650 Supertruck; 8/30/2015 sweepstakes close; winner Kasey Bunch, Katy, Texas.

9. The Holy Grail; 1996 Dodge Ram 2500 SLT, 11/1/2015 sweepstakes close; winner Skylar Carter, Colby, Kansas.

10. Mtn Op Truck aka Ultimate Hunt Rig; 2009 Ford F250 XLT; 3/1/2015 sweepstakes close; winner: John Fregis, Ennis, Texas.

11. US Duramax; 2004 Chevy Silverado 2500 HD, May 31, 2015 sweepstakes close; winner, Zach Spicer, Denver Colorado.

12. 2013 Ford F250 (Ebay listing referenced in Complaint)

13. "Mega Ram" 2012 Dodge Ram 2500 (promo vehicle on property)

14. "Bro-Dozer" (promo vehicle on property)

15. "Hercules" (promo vehicle on property)

16. "Super Six" Ford F550 tan 6-door truck (promo vehicle on property).

17. The Reaper, black 2 door race truck (owned by one of the defendant companies' employees)

**Request No. 9:** With respect to each vehicle identified in your response to Request No. 8 above,* please provide documentation that identifies the registration of each vehicle, the chain of