Attorney for Plaintiff

Reed Zars
Utah State Bar No. 16351
Attorney at Law
910 Kearney Street
Laramie, WY  82070
(307) 760-6268
reed@zarslaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DISTRICT

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Diesel Power Gear LLC, et al., ) <br> ) <br> Defendants. ) | Case No. 2:17-cv-32-RJS-DBP |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
## FOR ENLARGEMENT OF TIME

Plaintiff Utah Physicians for a Healthy Environment does not oppose Defendants' Motion for Enlargement of Time (Doc. 61).  Plaintiff only notes that discovery on the issue of Plaintiff's standing has been available to Defendants since April of this year (Doc. 42).

DATED this  16th  day of October, 2017.

Respectfully submitted,

 /s Reed Zars
Reed Zars, Esq.
Utah State Bar No. 16351
Attorney at Law
910 Kearney Street
Laramie, WY  82070
(307) 760-6268
reed@zarslaw.com