Exhibit D

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| FORD | F250 | 2013 | 1FT7W2BT2DEA61696 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VIN NUMBER |

____176____
DEALER STOCK NUMBER (Optional)

**WARRANTIES FOR THIS VEHICLE:**

## [X] AS IS - NO WARRANTY

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

## [ ] WARRANTY

[ ] FULL  [ ] LIMITED WARRANTY. The dealer will pay _____% of the labor and _____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**                **DURATION:**

_____              _____
_____              _____
_____              _____
_____              _____
_____              _____
_____              _____

[ ] SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductable, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

**PRE PURCHASE INSPECTION:** ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

SEE THE BACK OF THIS FORM for important additional information including a list of some major defects that may occur in used vehicles.

CONFIDENTIAL                                    DIESEL -001710

**Below is a list of some major defects that may occur in used motor vehicles.**

**Frame & Body**
  Frame-cracks, corrective welds, or rusted
  through Dogtracks - bent or twisted frame

**Engine**
  Oil leakage, excluding normal seepage
  Cracked block or head
  Belts missing or inoperable
  Knocks or misses related to camshaft lifters
    and push rods
  Abnormal exhaust discharge

**Transmission & Drive Shaft**
  Improper fluid level or leakage, excluding normal
    seepage
  Cracked or damaged case which is visible
  Abnormal noise or vibration caused by faulty
    transmission or drive shaft
  Improper shifting or functioning in any grear
  Manual clutch slips or chatters

**Differential**
  Improper fluid level or leakage excluding normal
    seepage
  Cracked or damaged housing which is visible
  Abnormal noise or vibration caused by faulty
    differential

**Cooling System**
  Leakage including radiator
  Improperly functioning water pump

**Electrical System**
  Battery leakage
  Improperly functioning alternator, generator,
    battery, or starter

**Fuel System**
  Visible leakage

**Inoperable Accessories**
  Guages or warning devices
  Air conditioner
  Heater & defroster

**Brake System**
  Failure warning light broken
  Pedal not firm under pressure (DOT spec.)
  Not enough pedal reserve (DOT spec.)
  Does not stop vehicle in straight line (DOT spec.)
  Hoses damaged
  Drum or rotor too thin (Mfgr. Specs.)
  Lining or pad thickness less than 1/32 inch
  Power unit not operating or leaking
  Structural or mechanical parts damaged

**Steering System**
  Too much free play at steering wheel (DOT specs.)
  Free play in leakage more than 1/4 inch
  Steering gear binds or jams
  Front wheels aligned improperly (DOT specs.)
  Power unit belts cracked or slipping
  Power unit fluid level improper

**Suspension System**
  Ball joint seals damaged
  Structural parts bent or damaged
  Stabilizer bar disconnected
  Spring broken
  Shock absorber mounting loose
  Rubber bushings damaged or missing
  Radius rod damaged or missing
  Shock absorber leaking or functioning improperly

**Tires**
  Tread depth less than 2/32 inch
  Sizes mismatched
  Visible damage

**Wheels**
  Visible cracks, damage or repairs
  Mounting bolts loose or missing

**Exhaust System**
  Leakage

---

B&W Auto
DEALER
66 North 640 West Suite 2, North Salt Lake, UT 84054
ADDRESS

SEE FOR COMPLAINTS

CUSTOMER SIGNATURE  X  *[signature]*
(Dealer's Option)    I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.

IMPORTANT: The information on this form is part of any contract to buy this vehicle. Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law (16 C.F.R 455).

FORMS BY CARLOT MANAGER SOFTWARE 321-722-0795

CONFIDENTIAL                                                                        DIESEL -001711

**B&W Auto**
(801) 721-5130

# WE OWE

NAME  Travis Hansen  STK. NO. 176   NEW ____  USED ____
ADDRESS  2316 e Panorama   YEAR 2013   MAKE  FORD
CITY  SAINT GEORGE   STATE  UT  ZIP  84790   MODEL  F250
HOME PHONE  (__)___-____   WORK PHONE  (__)___-____   VIN. NO.  1FT7W2BT2DEA61696
SALESMAN'S NAME ____   W.O. # ____   DEL. DATE ____

| QTY | NAME OF ITEM OR SERVICE | PARTS | LABOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I hereby accept this WE OWE with the understanding that I will collect on said WE OWE within (90) ninety days of issuance. If I neglect to collect on any item listed on WE OWE I understand I will lose such item and will not hold Dealership liable. I also acknowledge that I must make an advance appointment with the service department before the work can be performed.

**(FOR APPOINTMENT CALL SERVICE DEPARTMENT)  NO REFUND OR SUBSTITUTIONS**

# YOU OWE

| YOU OWE | TO BE RECEIVED DATE | TIME | YOU OWE | TO BE RECEIVED DATE | TIME |
|---|---|---|---|---|---|
| 1) Title to Trade in Vehicle |  |  | 4) Other |  |  |
| 2) All Monies |  |  | 5) Other |  |  |
| 3) Other |  |  | 6) Other |  |  |

I hereby agree to provide such items in a timely manner.

CUSTOMER _[signature]_   DATE ____   APPROVED _[signature]_ (MANAGER)

FORMS BY CARLOT MANAGER SOFTWARE 321-722-0795

CONFIDENTIAL   DIESEL -001712

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the undersigned

Travis Hansen _____ of the County of __WASHINGTON__ State of __UT__
being the Buyer, Seller or Owner of the following described motor vehicle,
Make: FORD _____ Model: F250 _____ Style: _____ Color: _____
Year: 2013 _____ VIN# __1FT7W2BT2DEA61696_____, does hereby make, constitute and appoint
B&W Auto _____ of the County of _____ State of __UT__
true and lawful attorney in fact to sign in the name, place and stead of the undersigned, any Certificate of Ownership issued by the Department of Motor Vehicles of the State of __UT_____, covering the motor vehicle described above in whatever manner necessary to transfer any registration of said motor vehicle.

Granting and giving unto said attorney in fact, full authority and power to do and perform any and all other acts necessary or incident to the execution of the powers herein expressly granted, with power to do and perform all acts authorized hereby, as fully to all intents and purposes as the grantor might or could do if personally present, with full power of substitution.

In TESTIMONY WHEREOF, the undersigned has _____[signature]_____ hereunto
set _____ hand _____ this _____ day of _____ 20 ____

Witness _____ X _____
Witness _____ X _____
Address _____

CONFIDENTIAL                                                                 DIESEL -001713

B&W Auto
66 North 640 West Suite 2
North Salt Lake, UT 84054

**NONPUBLIC PRIVACY OPTIONS**
**(FOR IN-HOUSE USE)**

## CUSTOMER PRIVACY NOTICE

We have built our business on a foundation of integrity, honesty and trust. These values are reflected in our longstanding commitment to protect your privacy. In order to provide the kind of service that you deserve, we will from time to time, have reason to share your personal non-public information with those affiliated and/or nonaffiliated third parties that we do business with. However, you may opt to prohibit this sharing of information, except as otherwise provided by or required by state or federal law or court order. If you wish to do so, check the appropriate box or boxes below and return this form to our offices. You do not need to take any action in order for us to continue to provide products and services to you.

### AUTHORIZATION

☐ **Check this box to authorize us to share your nonpublic personal information with affiliated and/or non-affiliated third parties.** I understand that in checking this that you may be better able to serve me and I may receive offers for others products and services that may be of value to me.

### NON-AFFILIATED

☐ **Check this box if you do not want us to share your personal nonpublic information with non-affiliated third parties except as permitted by law.** (Note: If there are joint parties to your account, any party may complete this form, which will apply to all parties on the account. If you check this, you may not receive offers for other products and services that may be of value to you.)

### AFFILIATED

☑ **Check this box if you do not want us to share your personal nonpublic information with affiliated third parties except as permitted by law.** (Note: If there are joint parties to your account, any party may complete this form, which will apply to all parties on the account. If you check this, you may not receive offers for other products and services that may be of value to you.)

Travis Hansen
Name*

2316 e Panorama
Address*

SAINT GEORGE     UT     84790
City*     State*     Zip*

Social Security Number

(___) ___-____
Home Phone

_[signature]_     9/15/2014         9/15/2014
Signature     Date     Signature     Date

**AN IMPORTANT NOTICE CONCERNING CONSUMER PRIVACY**
This Privacy Notice contains important information concerning your rights

FORMS BY CARLOT MANAGER SOFTWARE 321-722-0795

CONFIDENTIAL     DIESEL -001714

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, _____B&W Auto_____ , state that the odometer (of the vehicle described below) now reads
         (Transferor's Name)

__32558__ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is marked.

_____ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

_____ (2) I hereby certify that the odometer reading is NOT the actual mileage.
           WARNING-ODOMETER DISCREPENCY.

| YEAR 2013 | MAKE FORD | MODEL F250 | COLOR |
|---|---|---|---|
| VEHICLE ID-NUMBER 1FT7W2BT2DEA61696 | STOCK NUMBER 176 | | STYLE |

| TRANSFEROR (SELLER) | TRANSFEREE (BUYER) |
|---|---|
| NAME B&W Auto | NAME Travis Hansen |
| ADDRESS 66 North 640 West Suite 2 | ADDRESS 2316 e Panorama |
| CITY,STATE,ZIP North Salt Lake, UT 84054 | CITY,STATE,ZIP SAINT GEORGE, UT 84790 |
| X _(signature)_ (TRANSFEROR'S SIGNATURE) | X _(signature)_ (TRANSFEREE'S SIGNATURE) |
| X Jmeon Hoskins (PRINTED NAME OF PERSON SIGNING) | X Travis Hansen (PRINTED NAME OF PERSON SIGNING) |
| 9/15/2014 (DATE OF STATEMENT) | 9/15/2014 (DATE OF STATEMENT) |

By signing, receipt of copy acknowledged. Original must accompany application for certificates of title.

CONFIDENTIAL                                                      DIESEL -001715