Exhibit E

