Cole S. Cannon (Utah Bar No. 12053)
cole@cannonlawgroup.com
Janet M. Conway (Utah Bar No. 7488)
janet@cannonlawgroup.com
CANNON LAW GROUP
53 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 363-2999

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIESEL POWER GEAR, LLC, et al. <br><br> Defendants. | APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> Case No.: 2:17-CV-00032 <br><br> Judge Robert J. Shelby <br> Magistrate Dustin Pead |

**APPENDIX OF EVIDENCE**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 1: Declaration of Janet M. Conway (with exhibits thereto)

Exhibit 2: Declaration of David Sparks (with exhibits thereto)

Exhibit 3: Declaration of Joshua Stuart (with exhibits thereto)

Exhibit 4: Declaration of Keaton Hoskins