**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Diesel Power Gear LLC, 4X4 Anything LLC, )<br>B&W Auto LLC d/b/a Sparks Motors LLC, )<br>David W. Sparks, Joshua Stuart and )<br>Keaton Hoskins, )<br>)<br>Defendants. )<br>) | Case No. 2:17-cv-32-RJS-DBP |

**JOINT MOTION FOR SETTLEMENT CONFERENCE**

The parties jointly move for a settlement conference pursuant to Local Rule 16-3, in the interest of resolving the remaining issues in this case.

DATED this 3rd day of June, 2019.

                                          Respectfully submitted,

                                          /s Reed Zars
                                          Reed Zars, Esq.
                                          reed@zarslaw.com
                                          Attorney at Law
                                          910 Kearney Street
                                          Laramie, WY  82070
                                          (307) 760-6268

                                          s/ Cole Cannon
                                          Cole Cannon
                                          cole@cannonlawgroup.com
                                          Janet Conway
                                          janet@cannonlawgroup.com
                                          Cannon Law Group
                                          53 South 600 East
                                          Salt Lake City, Utah 84102
                                          (801) 363-2999