# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DIESEL POWER GEAR LLC, et al.,**<br><br>**Defendants.** | **SETTLEMENT CONFERENCE REPORT**<br><br>**Case No. 2:17-cv-00032-RJS-DBP**<br><br>**Chief District Judge Robert J. Shelby**<br><br>**Magistrate Judge Dustin B. Pead**<br><br>**Chief Magistrate Judge Paul M. Warner (Settlement)** |

Chief District Judge Robert J. Shelby referred this case to Chief Magistrate Judge Paul M. Warner for a settlement conference pursuant to DUCivR 16-3.[1] The conference was held on July 23, 2019. Counsel and representatives for each party were present at the conference. At the conclusion of the conference, the parties requested additional time to conduct further settlement negotiations, with the potential of reconvening the settlement conference. As of the date of this report, the parties have been unable to reach a settlement. Accordingly, the settlement conference will not be reconvened, and this matter will proceed as scheduled.

DATED this 3rd day of October, 2019.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge

---

[1] *See* docket no. 128.