**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Diesel Power Gear LLC, 4X4 Anything LLC, )<br>B&W Auto LLC d/b/a Sparks Motors LLC, )<br>David W. Sparks, Joshua Stuart and )<br>Keaton Hoskins, )<br>)<br>Defendants. )<br>) | Case No. 2:17-cv-32-RJS-DBP |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE**
**TO FILE PORTIONS OF EXHIBIT TO DAVID SPARKS'**
**DECLARATION UNDER SEAL**

Plaintiff Utah Physicians for a Healthy Environment has no objection to Defendants' Motion for Leave to File Portions of Exhibit to David Sparks' Declaration Under Seal. Dkt. 152.

DATED this 13th day of November, 2019.

                                                Respectfully submitted,

                                                /s Reed Zars
                                                Reed Zars
                                                reed@zarslaw.com
                                                Attorney at Law
                                                910 Kearney Street
                                                Laramie, WY  82070
                                                (307) 760-6268