AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF UTAH

Utah Physicians for a Healthy Envrionment
v.
DIESELSellerz.com

## EXHIBIT AND WITNESS LIST

Case Number:  2:17cv32 RJS

| PRESIDING JUDGE<br>Robert J. Shelby | PLAINTIFF'S ATTORNEY<br>Reed Zars, George Hays | DEFENDANT'S ATTORNEY<br>Janet Conway, Cole Cannon |
|---|---|---|
| TRIAL DATE (S)<br>11/5/2019 - 11/9/2019 | COURT REPORTER<br>Ed Young | COURTROOM DEPUTY<br>Mary Jane McNamee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| * | | 11/5/2019 | | | **WITNESS #1 Dr. Michael Joseph St. Denis** |
| 40 | | " | X | X | 2016 St. Deni CV |
| 31 | | " | X | X | 2013 F250 DPF CAT SCR diagram |
| 33 | | " | X | X | 2013 Ford F250 2019 6-17 Kenley Ford repair receipt |
| 35 | | " | X | X | 2012 Ford Application for COC 2013 Fod-F250 |
| 36 | | " | X | X | 2012 EPA COC for 2013 Ford-250 |
| 37 | | " | X | X | 2016 SGS Pretest Underbody Pictures |
| 38 | | " | X | X | 2016 SGS FTP NOx and PM Test Results |
| 39 | | " | X | X | 2016 SGS OBDII Scan Results |
| 8 | | | X | X | 2017 Mitchell Guide |
| | | | | | **WITNESS #2 Charles Gee** |
| 41 | | | X | X | 2017 Worldwide Inspection Results |
| 70 | | | X | X | UPHE – Davis County Health Dept. Tampered Diesel Trucks Restoration Program Agreement |
| | | | | | **WITNESS #3 Darrin Matheson** |
| | | | | | **WITNESS #4 Kirtly Jones** |
| | | | | | **WITNESS #5 Joshua Stuart** |
| | 1008 | | X | X | 2016 Diesel Power Gear, LLC 2016 1065 Archive Tax Return US |
| | 1020 | | X | X | 2018 Joshua Stewart tax return documents |
| | | | | | |
| | | 11/6/2019 | | | **WITNESS #6 Joshua Stuart** |
| | 1008 | | X | X | 2016 Diesel Power Gear, LLC 2016 1065 Archive Tax Return US |
| | 1015 | | X | X | 2018 DPG 2018 Profit and Loss |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Utah Physicians for a Healthy Envrionment | | vs. | | DIESELSellerz.com | CASE NO.  2:17cv32 RJS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1003 | 11/6/2019 | X | X | 2015 DPG 1065 and K1s |
|  | 1020 |  | X | X | 2018 Joshua Stewart tax return documents |
|  | 1001 |  | X | X | Complete Report of all Historical Automotive Parts |
|  | 1021 |  | X | X | 2016 Individual Tax Returns of Joshua Stuart |
|  | 1022 |  | X | X | 2017 Individual Tax Returns of Joshua Stuart |
|  | 1023 |  | X | X | 2017 Diesel Power Gear Tax Return |
|  | 1024 |  | X | X | 2018 Diesel Power Gear Tax Return |
|  |  |  |  |  | **WITNESS #7 Mark Keaton Hoskins** |
|  | 1018 |  | X | X | 2018 Income Tax Return for Mark Keaton Hoskins |
|  |  |  |  |  | **WITNESS #8 David Sparks** |
|  | 11/25 |  |  |  |  |
| 104 |  |  | X | X | Social Media Post |
| 103 |  |  | X | X | Packet  - Conference |
| 102 |  |  | X | X | Tax Returns |
| 125 |  |  | X | X | 2017 Original Tax Returns |
|  | 1026 |  | X | X | 2016 David and Ashley Sparks Tax Payment Voucher |
|  |  |  |  |  | Sparks house |
|  |  |  |  |  | Spark cabin |
|  |  |  |  |  | **WITNESS RECALL - Joshua Stuart** |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Utah Physicians for a Healthy Envrionment | vs. | DIESELSellerz.com | CASE NO. 2:17cv32 RJS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| Utah Physicians for a Healthy Envrionment | | | vs. | DIESELSellerz.com | CASE NO. 2:17cv32 RJS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Utah Physicians for a Healthy Envrionment | vs. | DIESELSellerz.com | CASE NO. 2:17cv32 RJS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Utah Physicians for a Healthy Envrionment | vs. | DIESELSellerz.com | CASE NO. 2:17cv32 RJS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages