Cole S. Cannon (Utah Bar No. 12053)
cole@cannonlawgroup.com
Janet M. Conway (Utah Bar No. 7488)
janet@cannonlawgroup.com
CANNON LAW GROUP
124 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 363-2999

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIESEL POWER GEAR, LLC, 4X4 ANYTHING, LLC, SPARKS MOTORS, LLC, DAVID W. SPARKS, JOSHUA STUART, AND KEATON HOSKINS,<br><br>Defendants. | **DEFENDANTS' MOTION FOR SETTLEMENT CONFERENCE**<br><br>**Case No.: 2:17-CV-00032**<br><br>**Chief District Judge Robert J. Shelby**<br><br>**Magistrate Judge Dustin B. Pead** |

  Defendants, Diesel Power Gear, Sparks Motors, Dave Sparks, Joshua Stuart, and Keaton Hoskins, pursuant to Local Rule 16-3, request this Court order the parties to attend a settlement conference with Judge Paul Warner.

  Immediately after the parties filed their respective proposed post-trial findings of fact and conclusions of law last week, Defendants asked Plaintiff to participate in a follow-up settlement conference with Judge Warner, and Plaintiff refused. In light of Plaintiff's requests for relief

1

contained in its proposed conclusions of law, Defendants believe there is a strong likelihood the parties can settle, and are highly motivated to participate earnestly in a settlement conference. If the parties are able to reach a settlement agreement, then the time and expense of appealing an adverse judgment, which Defendants will certainly appeal, can be avoided.

In the interest of obtaining a full and final resolution of this action through settlement, Defendants respectfully request this Court to order the parties to participate in a settlement conference with Judge Warner.

Dated this 15th day of January, 2020.

CANNON LAW GROUP

/s/ Janet M. Conway
Janet M. Conway
*Attorneys for Defendants*