IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>Plaintiff,<br><br>v.<br><br>DIESEL POWER GEAR LLC; 4X4 ANYTHING LLC; B&W AUTO LLC; SPARKS MOTORS LLC; DAVID W. SPARKS; DAVID KILEY; JOSHUA STUART; and KEATON HOSKINS,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:17-cv-00032-RJS-DBP<br><br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

This action came before the court for a bench trial. The issues have been tried, and the court has entered its Bench Trial Order. Accordingly,

IT IS ORDERED AND ADJUGED:

1. that judgment be entered in favor of Plaintiff Utah Physicians for a Healthy Environment and against Defendants Diesel Power Gear LLC, B&W Auto LLC, David W. Sparks, Joshua Stuart, and Keaton Hoskins, payable to the United States as follows:

    a. Defendant Keaton Hoskins in the amount of $86,107;

    b. Defendant B&W Auto LLC in the amount of $114,426;

    c. Defendants B&W Auto LLC and David W. Sparks, jointly and severally, in the amount of $333,700;

    d. Defendants Diesel Power Gear LLC, David W. Sparks, and Joshua Stuart, jointly and severally, in the amount of $227,218;

      2. that judgment be entered in favor of Plaintiff and against Defendants B&W Auto LLC, David W. Sparks, and Diesel Power Gear LLC, jointly and severally, in the amount of $90,000 and payable to Davis County, State of Utah;

      3. that judgment be entered in favor of Plaintiff and against Defendants Diesel Power Gear LLC, B&W Auto LLC, David W. Sparks, Joshua Stuart, and Keaton Hoskins and that said defendants be permanently enjoined from: (1) removing or rendering inoperative federally-required emission control systems in diesel trucks; (2) installing parts or components in diesel trucks that bypass, defeat, or render inoperative federally-required emission control systems; (3) offering to sell or selling defeat parts; (4) removing or making inoperable the federally-required emission control system, device, or any part thereof; and (5) owning or operating vehicles with disabled emission control systems; and

      4. that Plaintiff is entitled to costs of litigation, including reasonable attorney fees and expert witness fees under 42 U.S.C. § 7604(d).

DATED this 10th day of March 2020.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge