| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>     Plaintiff,<br> v.<br><br>Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks, Joshua Stuart and Keaton Hoskins,<br>     Defendants. | **Order Granting Extension of Time for Plaintiff to Apply for its Litigation Costs and Fees**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

  Plaintiff has submitted a Motion requesting an extension of time to apply for Plaintiff's litigation costs, including attorneys' fees, and indicates that Defendants have stipulated to the Motion. Upon consideration of the Motion and for good cause appearing, the Motion is GRANTED. Plaintiff's deadline to apply for its costs of litigation, including attorneys' fees, is May 11, 2020.

  DATED this 27th day of March 2020.

                By the Court:

                _____
                Robert J. Shelby
                United States Chief District Judge