# ATTACHMENT 2

Declaration of Meghan Dutton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David Sparks, Joshua Stuart, and Keaton Hoskins,<br><br>        Defendants. | **DECLARATION OF MEGHAN DUTTON IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES**<br><br><br>Case No. 2:17-cv-32-RJS-DBP<br><br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

1.      I, Meghan Dutton, am over 18 years of age and competent to make this declaration. The statements herein are based upon my personal knowledge.

2.      Between June 20, 2016 and July 17, 2017, Reed Zars and I represented the Plaintiff in this matter.  I withdrew as counsel on July 17, 2017 due to increased responsibility at my full-time job with Wheeler Machinery, Co.  Since that time I have assisted Mr. Zars at different stages in the litigation including most recently in Plaintiff's efforts to achieve a settlement.

3.      I submit this declaration in support of Plaintiff's motion for an award of attorneys' fees and costs. This declaration describes my background, and the time and expenses I have incurred on behalf of the Plaintiff.

4.      I studied environmental law at Lewis & Clark Law School and passed the Utah State Bar Exam in 2013. Between May 2013 and June 2017 I practiced law as a solo practitioner focusing on small business, energy, and environmental law.  I also practiced law while working as a  Regulatory and Policy Associate at Utah Clean Energy between December 2015 and

-1-

August 2016. My background, experience, and credentials are summarized in my resume, appended hereto as **Exhibit 1**.

5.       I maintained a daily record, to the tenth of an hour, regarding my work on this case.  My timesheet for the hours I spent on this matter, for which compensation is sought, is attached hereto as **Exhibit 2**.  I certify that the total number of hours shown in **Exhibit 2**, 95.1, were actually expended on the topics stated.  I also certify that the hours I spent on the topics stated were both reasonable and necessary to fulfill my professional, legal and ethical duties to my client and the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 27, 2020.

Signed:    /s/ Meghan Dutton

-1-

# Meghan Dutton

# Exhibit 1

# MEGHAN DUTTON

1124 East Tulane Circle ▪ Sandy, UT 84094 ▪ (801) 673-2300 ▪ meghan@megduttonlaw.com ▪ https://www.linkedin.com/in/meghandutton

## PROFESSIONAL EXPERIENCE

**Wheeler Machinery, Co.**, Salt Lake City, UT                    *General Manager, June 2018 – Present*
Manage all aspects of Power Systems Sales and Rentals Division (PSD) of Wheeler Machinery Co. PSD is a world-class solutions provider for power generation projects.
- Accountable for profitability with annual sales exceeding $76 Million
- Direct the sales process by hiring and maintaining high quality sales and support staff
- Build employee morale by improving working conditions and putting employees first
- Manage controllable costs and inventory to ensure adherence to budget goals and expectations
- Visit customers with sales staff on a regular basis to stay current on customer needs
- Drive growth by identifying new market opportunities through market research and energy policy analysis

**Wheeler Machinery, Co.**, Salt Lake City, UT              *Renewable Energy Manager, Aug. 2016 – May 2018*
- Managed project development throughout project lifecycle from business development and conception, through design and financing, to completed project marketing
- Developed and implemented innovative financing tools to increase project attractiveness and viability
- Collaborated with diverse stakeholders such as industry representatives, policy makers, internal staff, Caterpillar staff, and potential clients regarding Caterpillar renewable energy and microgrid product line

**Meghan Dutton Law, PLLC**, Salt Lake City, UT                    *Attorney, May 2013 – May 2018*
- Represented and advised clients with respect to environmental law, energy law, commercial transactions and small business law
- Conducted research and drafted memoranda analyzing filings in electricity, natural gas, and electric transmission dockets pending before the Utah Public Service Commission and Federal Energy Regulatory Commission
- Conducted research and drafted comments, reports, and memoranda regarding energy policies and programs

**Utah Clean Energy**, Salt Lake City, UT              *Regulatory & Policy Associate, Mar. 2014 – Aug. 2016*
- Assisted Staff Attorney in electric utility regulatory litigation before the Utah Public Service Commission
- Licensed Utah lobbyist – tasks included policy analysis, statutory interpretation and drafting, coalition building, and correspondence with legislators and policy makers
- Managed development and implementation of the statewide Commercial Property Assessed Clean Energy (C-PACE) financing program in Utah in coordination with the Governor's Office of Energy Development and other interested stakeholders
- Managed Four Corners Wind Resource Center – tasks included management of regional team members and leading education and outreach efforts targeting policy makers and industry representatives
- In-house contract negotiation, interpretation, and preparation

**Bonneville Power Administration,** Portland, OR                    *Legal Intern, June 2011 - May 2012*
Performed research and drafted memoranda regarding legal issues pertinent to the federal agency's power marketing function including: contract interpretation and drafting; Power Purchase Agreement provisions; Federal Energy Regulatory Commission decisions; administrative law matters arising under the Clean Air Act, Federal Power Act, and the National Environmental Policy Act; creditor/debtor issues; transmission interconnection and curtailment issues; statutory interpretation; and potential legal arguments for matters pending before the Ninth Circuit Court of Appeals pursuant to the Pacific Northwest Electric Power Planning and Conservation Act.

**Air Pollution Testing,** Salt Lake City, UT                    *Field Technician, Oct. 2006 – Dec. 2007*
Performed stationary source emissions tests at coal- and gas-fired power plants, gas and oil refineries, gas pipeline engines, drill rig engines, mines, and other industrial sites.

**EDUCATION AND TRAINING**

**Lewis & Clark Law School**, Portland, OR
*Juris Doctor, 2012*
- Certificate in Environmental and Natural Resource Law
- Moot Court Honor Board Member – 2012
- 1st Place Individual Negotiator, Northwest Regional Environmental Negotiation Competition - 2011

**University of Utah**, Salt Lake City, UT
*Bachelor of Science in Geography, 2004*

**ADDITIONAL INFORMATION**

**Admissions**: Utah State Bar, U.S. District Court for the District of Utah

**Board Member:** Utah Solar Energy Association Board of Directors

**Interests**: snowboarding, whitewater rafting, gardening, cooking

-1-

# Meghan Dutton

# Exhibit 2

| Date | Task | Hours |
|---|---|---|
| | | |
| 6/20/16 | Contacted by Reed Zars, seeking Utah counsel in UPHE air pollution case | 0.4 |
| 6/24/16 | Prepare retainer for Reed, email | 1.1 |
| 7/2/16 | Call with Reed about research, retainer, need for office address | 0.6 |
| 7/5/16 | Review changes to retainer, flat rate amount | 0.8 |
| 7/6/16 | More revisions to retainer, send to Reed | 0.2 |
| 7/15/16 | Receive draft notice letter from Reed, review | 2.4 |
| 7/20/16 | Discuss w/Reed meeting with state and Davis County | 0.3 |
| 7/27/16 | Travel to SLC, pick up Reed, discuss case, meet with state and Davis County about notice letter, action to be brought against Diesel Brothers, return | 2.9 |
| 8/6/16 | Review Notice Letter | 3.1 |
| 8/10/16 | set up conference call with NEDC | 0.5 |
| 8/12/16 | schedule meeting with Utah DAQ | 0.4 |
| 8/18/16 | Meeting with Reed, Utah DAQ and travel | 2.9 |
| 9/14/16 | research locations of Diesel Bro tampered trucks operating in Utah, suggest witness | 1.3 |
| 9/17/16 | call with Reed | 1 |
| 9/18/16 | travel up Parley's Canyon to confirm video location | 1.2 |
| 9/25/16 | Review draft complaint, discuss with Reed | 2.1 |
| 9/27/16 | review correspondences with Cannon law | 0.4 |
| 9/28/16 | review draft supp notice letter from Reed | 0.7 |
| 10/18/16 | review letter to Cannon law, edit | 0.7 |
| 10/19/16 | review letter to Cannon Law | 0.4 |
| 10/22/16 | Organize files | 0.8 |
| 10/27/16 | call with Reed about standing motion | 0.6 |
| 10/28/16 | call with Reed about standing | 0.4 |
| 11/2/16 | Set up call with Reed and Ashley about location of vehicles | 0.6 |
| 11/3/16 | Call with Reed and Ashley | 0.3 |
| 11/13/16 | call with Reed about legal team meeting, research | 0.8 |
| 11/15/16 | call with Reed, attend CAC meeting re: Diesel Bros case | 2.1 |
| 11/16/16 | Discuss legal research with Reed and Will | 1.1 |
| 11/23/16 | Review revised complaint with new claims | 3.7 |
| 11/30/16 | Calls with Reed about claims, SIP law | 0.8 |
| 1/10/17 | finalize documents, File case, monitor summonses, send all to Reed | 4.4 |

| 1/24/17 | Call with Reed, send service invoices | 0.8 |
|---|---|---|
| 1/25/17 | Review correspondence with Cannon Law re Request for Extension | 0.4 |
| 1/27/17 | review today's correspondence with Cannon Law re Request for Extension | 0.3 |
| 1/28/17 | Review draft motion for entry of stipulation for extension of time | 0.5 |
| 2/3/17 | Call with Reed, defendants never agreed to extension stip, default? | 0.7 |
| 2/5/17 | review corporate disclosure statement from Reed | 0.2 |
| 2/16/17 | Call with Reed about motion to dismss | 0.6 |
| 2/17/17 | Review Def's mtn to dismiss and request for Judicial Notice | 1.5 |
| 2/27/17 | Call with Reed, review Draft Response to Defendant's Request for Judicial Notice and Opposition to Mtn to Dismiss | 2.7 |
| 2/28/17 | Continue review Opposition to Mtn to Dismiss | 2.4 |
| 3/1/17 | Continue review Opposition and Response, call with Reed | 1.1 |
| 3/2/17 | Call with Reed - motion to dismiss, ok | 0.2 |
| 3/6/17 | Copy and hand deliver Response and Opposition to court | 0.9 |
| 3/17/17 | Call with Reed -- schedule order | 0.8 |
| 3/20/17 | Calls with Reed -- defendants' reply to our response | 0.5 |
| 3/29/17 | call with Reed -- draft requests for admission | 0.4 |
| 4/12/17 | Call with Reed, review of  revised requests for admissions | 1.2 |
| 4/18/17 | review UPHE request for inspection | 0.6 |
| 4/19/17 | Call with Reed and Ashley | 0.3 |
| 4/25/17 | call with Reed - document production requests | 0.40 |
| 4/28/17 | review UPHE request for documents | 0.7 |
| 4/30/17 | review revised request for inspection | 0.6 |
| 5/2/17 | Call with Reed -- truck inspection request | 0.3 |
| 5/6/17 | review Sparks depo notice and consider Reed's strategy questions | 0.3 |
| 5/9/17 | review Zars ltr to Conway re meet and confer, call with Reed about inspection | 0.6 |
| 5/18/17 | Review DB Resp to Requ for Admissions and email correspondences, review UPHE ltr re RFA deficiencies, review UPHE ltr re inspection, review draft ESI interrogotories | 1.7 |
| 5/20/17 | review email correspondences from Reed and filed interogotories | 0.4 |
| 5/21/17 | review correspondences re addition of B&W auto | 0.2 |

| 5/23/17 | review mtn & ordr to add B&W auto | 0.3 |
|---|---|---|
| 5/24/17 | review ltr re vehicle inspection, call with Reed on discovery | 0.8 |
| 5/29/17 | review correspondences re depo notice, mtn to add B&W auto | 0.6 |
| 6/1/17 | Call with Reed -- requests for admission | 0.3 |
| 6/2/17 | review DB amended response to requ for admissions, correspondence re production of docs and vehicle inspections | 2.1 |
| 6/5/17 | review correspondences re prod of docs, call with Reed | 0.4 |
| 6/7/17 | Call with Reed -- results of vehicle testing, review ltr from US DOJ re DB case | 0.9 |
| 6/20/17 | review correspondence re production of docs, ESI, inspections,etc., review ORDs denying mtn to dismiss and granting mtn to amend, call with Reed | 2.5 |
| 6/22/17 | review correspondence re discovery responses | 0.6 |
| 6/25/17 | work on strategy for resp to mtn for a more definite statement | 0.4 |
| 6/27/17 | review correspondences re depositions | 0.3 |
| 7/4/17 | review correspondences re depositions, review depo notices | 0.9 |
| 7/5/17 | review email from Conway re discovery | 0.8 |
| 7/11/17 | call with Reed -- new job, difficult to continue as counsel | 0.3 |
| 7/13/17 | work on notice of withdrawl of counsel | 0.7 |
| 7/17/17 | Review notice of withdrawal from Reed, ok, filed with court | 0.3 |
| 7/30/17 | review 1st Amended Complaint | 1.9 |
| 8/10/17 | Call with Reed -- case update, strategy | 0.5 |
| 8/20/17 | review 2nd mtn to dismiss | 1.8 |
| 9/15/17 | review response to mtn to dismiss, review 2nd set of interogotories | 3 |
| 9/17/17 | review 2nd set of requ for docs | 0.8 |
| 9/19/17 | Call W/ Reed re mtn to dismiss/mtn for partial summ. Judgmnt | 0.7 |
| 7/22/19 | Prep for settlement negotiations | 4.2 |
| 7/23/19 | Work with UPHE to prep for settlement negotiations | 2.6 |
| 7/23/19 | Settlement negotiations | 5.3 |
| 4/26/20 | Prepare fee declaration and exhibits | 1.6 |
| 4/27/29 | Finalize fee declaration and exhibits | 0.2 |
| **Total hours** | | **95.10** |
| | | |