# ATTACHMENT 4

Declaration of Naomi Melver

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br><br>     Plaintiff, <br><br> v. <br><br> Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David Sparks, Joshua Stuart, and Keaton Hoskins, <br><br>     Defendants. | **DECLARATION OF NAOMI KIM MELVER IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

1.      I, Naomi Kim Melver, am over 18 years of age and competent to make this declaration. The statements herein are based upon my personal knowledge.

2.      Between April 11, 2019 and January 7, 2020 I have represented the Plaintiff in this matter.

3.      I submit this declaration in support of Plaintiff's motion for an award of attorneys' fees and costs. This declaration describes my background, and the time and expenses I have incurred on behalf of the Plaintiff. I practice law as a solo practitioner focusing on the enforcement and implementation of state and federal environmental laws in the public interest. I graduated from the University of Oregon School of Law in 2005 and was sworn in as a member of the California Bar in December 2007. From June 2012 through the present I have worked as a sole practitioner with ad hoc teams of environmental attorneys across the United States representing non-profit environmental organizations and individuals. For example, I have worked on complex environmental litigation Clean Air Act ("CAA") cases against coal-fired power plants in Montana, Michigan, and Arkansas representing the Sierra Club. I am an active

member of the California State and Washington State Bars, and am admitted to the United States District Court for the Northern District of California, Western District of Michigan, Southern District of Indiana, Eastern District of Arkansas, Western District of Washington, and 9th Circuit Court of Appeals. My background, experience, and credentials are summarized in my resume, appended hereto as **Exhibit 1**.

4.      I maintained a daily record, to the tenth of an hour, regarding my work on this case. My timesheet for the hours I spent on this matter, for which compensation is sought, is attached hereto as **Exhibit 2**.  I certify that the total number of hours shown in **Exhibit 2**, 153.1, were actually expended on the topics stated.  I also certify that the hours I spent on the topics stated were both reasonable and necessary to fulfill my professional, legal and ethical duties to my client and the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 23, 2020.

Signed: _____

-2-

# Exhibit 1

# N A O M I   K I M   M E L V E R

P.O. Box 1283, Freeland, WA 98249                    W: (425) 336-3757                    NMELVER@GMAIL.COM

## E X P E R I E N C E

**Public Interest Environmental Attorney at Law**, Self-employed
*Attorney*, June 2012 – Present
• Clean Air Act lawsuit against Entergy coal-fired power plants, Little Rock, AR, 2018-Present
• Endangered Species Act lawsuit against United Vern Freeman Dam, CA, 2017
• 9th Circuit CAA Infrastructure SIP Administrative Review case against EPA, CA, 2017
• Clean Air Act lawsuit against Petersburg coal-fired power plant, Petersburg, IN, 2017
• Clean Air Act lawsuit against LBWL coal-fired power plant, Lansing, MI, 2016-2017
• Clean Air Act lawsuit against Colstrip coal-fired power plant, Colstrip, MT, 2014-2017
• Clean Air Act lawsuit against Ambre coal transport facility, Columbia River, OR, 2014-2015
• Clean Air Act lawsuit against Smelter in Lehigh, CA, 2013
• AB32 Carbon Offsets Lawsuit, San Francisco, CA, 2012-2015

**San Francisco Baykeeper**, San Francisco, CA
*Associate Attorney*, September 2010 – January 2011
• Administrative law, conducted site investigations, and created agency rulemaking tracking system.

**California Environmental Rights Alliance (CERA)**, Los Angeles, CA (worked from Oakland, CA)
*Climate Change & Environmental Justice Fellow*, August 2007 – July 2009
• Appeared before administrative agency, researched and wrote extensive comments during rulemaking of Low-Carbon-Fuel-Standard regulation and the AB32 scoping plan process.
• Participated in lobbying efforts in California's legislature.
• Coordinated meetings, website, factsheets, and outreach for coalition of Environmental Justice advocates.

**Corporation for the Development of Environmental Rights (ECOLEX)**, Quito, Ecuador
*Legal Intern*, March 2006 – May 2006
• Conducted legal research for cases under Ecuadorian and international law, and participated in meetings with Indigenous groups whose forests were being illegally seized.

**General Counsel Office of Oregon's Former Governor Ted Kulongoski**, Salem, OR
*Legal Intern*, January 2005 – April 2005
• Tracked bills in the legislature, summarized committee hearings and clemency files.

**Western Environmental Law Center (WELC)**, Eugene, OR
*Environmental Clinic Intern*, January 2005 – April 2005
• Conducted legal research and wrote memoranda for cases under ESA, NEPA, and NFMA.

**Environmental Law Alliance Worldwide (E-LAW U.S.)**, Eugene, OR
*Legal Extern*, August 2004 – July 2005
• Conducted legal research and wrote memoranda for E-LAW partners from 60 countries worldwide.

**United States Federal District Court**, **District of Oregon**, Eugene, OR
*Judicial Extern*, *Hon. Ann Aiken*, May 2004 – July 2004
• Researched case law and statutes, wrote and drafted two substantive published judicial opinions.

**Center on Race, Poverty & the Environment**, San Francisco, CA
*Legal Intern*, May 2003 – August 2003
• Researched and wrote appellate brief, objections, and notices of intent to sue under CAA, CWA, and CEQA.

1

**A D M I S S I O N S**

- Active member of California State Bar #251852; Washington State Bar #52463
- Admitted in the following Federal Courts: N.D. Cal, W.D. Wash., W.D. Mich, S.D. Ind., E.D. Ark, 9th Circuit

**E D U C A T I O N**

**University of Oregon School of Law**, Eugene, Oregon
J.D., May 2005
- Public Interest, Pro Bono, and Environmental Law Certificates, May 2005
- Public Interest Environmental Law Conference (PIELC), 2003-04 co-director
- Coalition Against Environmental Racism (CAER), 2003-04 co-coordinator
- Wayne Morse Center for Law & Politics, 2003-04 student fellow

**Clark Honors College, University of Oregon**, Eugene, Oregon
B.A., Major: Environmental Studies, Minor: Political Science, June 2002
- Senior thesis, *The WTO Dispute Resolution System's Threat to Environmental Legislation*

**P U B L I C A T I O N**

- *Welcome Speech to the 22nd Annual Public Interest Environmental Law Conference*, 19 J. Envtl. L. & Litig. 1, Spring 2004.

2

# Exhibit 2

| Case Timesheet for Naomi Melver: Utah CAA Mobile Source case | | |
|---|---|---|
| **Date** | **Task** | **Time** |
| 4/11/19 | Research caselaw on 42 USC s. 7602 | 5.0 |
| 9/9/19 | Research caselaw on CAA assessing penalty factors | 6.2 |
| 9/10/19 | Research caselaw on CAA assessing penalty factors | 7.6 |
| 9/11/19 | Research caselaw on CAA assessing penalty factors | 2.9 |
| 9/12/19 | Research caselaw on CAA assessing penalty factors | 8.8 |
| 9/13/19 | Research and drafting Memo on CAA caselaw on assessing penalty factors | 6.4 |
| 9/14/19 | Research and drafting Memo on CAA caselaw on assessing penalty factors | 7.3 |
| 9/15/19 | Research and drafting Memo on CAA caselaw on assessing penalty factors | 3.8 |
| 9/22/19 | Research cases on apportionment of penalties between defendants | 7.3 |
| 9/23/19 | Research cases on apportionment of penalties between defendants | 8.4 |
| 9/24/19 | Drafting Memo on apportionment of penalties between defendants and supplement on penalty factors | 11.0 |
| 9/25/19 | Research on beneficial mitigation projects under the CAA; research on injunctions | 4.3 |
| 9/27/19 | Research on injunctions and beneficial mitigation projects | 5.0 |
| 9/28/19 | Research on injunctions and beneficial mitigation projects | 1.3 |
| 9/30/19 | Research on injunctions | 4.6 |
| 10/6/19 | Research on deterrence in civil penalty assessments | 3.5 |
| 10/7/19 | Research on deterrence in civil penalty assessments | 2.9 |
| 10/9/19 | Research on penalty calculations under s. 7524 | 3.1 |
| 10/10/19 | Research on penalty calculations under s. 7524 | 3.3 |
| 10/11/19 | Research on injunctive relief | 2.6 |
| 10/13/19 | Drafting conclusions of law sections | 1.5 |
| 10/14/19 | Drafting conclusions of law sections | 8.2 |
| 10/15/19 | Drafting conclusions of law sections | 11.4 |
| 10/23/19 | Research on Federal Register notices on health effects from diesel in Utah | 2.0 |
| 10/24/19 | Research on FRE 807 notes of decisions | 1.1 |
| 10/26/19 | Research on FRE 807 cases | 1.3 |
| 10/29/19 | Research on FRE 807 cases | 2.1 |
| 10/30/19 | Research on FRE 807 cases | 1.3 |
| 11/3/19 | Research on expert witness vs. lay witness testimony | 2.5 |
| 11/11/19 | Research on bond requirements | 3.0 |
| 11/11/19 | Drafting memo on bond requirements under FRCP rule 62 | 4.9 |
| 11/13/19 | Research on attorney fee rates in Utah | 4.4 |
| 1/7/20 | Cite checking & shepardizing cases in Findings of Fact and Conclusions of Law | 4.1 |
| | **TOTAL HOURS** | **153.1** |

1