# ATTACHMENT 5

Declaration of Michelle Newman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>　　　Plaintiff,<br><br>v.<br><br>Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David Sparks, Joshua Stuart, and Keaton Hoskins,<br><br>　　　Defendants. | **DECLARATION OF MICHELLE A. NEWMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

1.　　I, Michelle Amelia Newman, am over 18 years of age and competent to make this declaration. The statements herein are based upon my personal knowledge.

2.　　Between February 2018 and July 2018, I assisted Reed Zars as an associate attorney in his representation of the Plaintiff in this matter.

3.　　I submit this declaration in support of Plaintiff's motion for an award of attorneys' fees and costs. This declaration describes my background, and the time and expenses I have incurred on behalf of the Plaintiff.  My resume is attached as **Exhibit 1.**

4.　　I am currently an attorney with the Natural Resources Defense Council (NRDC), based in New York, New York. Prior to joining NRDC, I was an associate attorney with Reed Zars, in Laramie, Wyoming. I assisted Mr. Zars with a number of federal environmental litigation matters across the Mountain West, including this matter.

5.　　I graduated from Northeastern University School of law in 2015. While at Northeastern, I was a Public Interest Law Scholar. After law school, I clerked in this District Court for Judge Clark Waddoups and Magistrate Judge Evelyn J. Furse.

6.      I am a member of the bar in the states of New York and Massachusetts. I am admitted to practice in the U.S. Court of Appeals for the District of Columbia Circuit, the Southern District of New York, and the District of New Jersey.

7.      I maintained a daily contemporaneous record, to the tenth of an hour, regarding my work on this case.  My timesheet for the hours I spent on this matter, for which compensation is sought, is attached hereto as **Exhibit 2**.  I certify that the total number of hours shown in **Exhibit 2**, 50.3 hours, were actually expended on the topics stated.  I also certify that the hours I spent on the topics stated were both reasonable and necessary to fulfill my professional, legal, and ethical duties to the plaintiff and the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 29, 2020.

Signed: _____

-2-

-1-

Michelle Newman

Exhibit 1

-1-

# MICHELLE AMELIA NEWMAN

540 E 20th Street, Apt. 6A • New York, NY 10009 • (610) 761-7643 • micanewman@gmail.com

**EDUCATION**

**NORTHEASTERN UNIVERSITY SCHOOL OF LAW**, J.D., May 2015

Honors:   Public Interest Law Scholar (1 of 4 full-tuition merit scholarships)
"Huntington 100" award for outstanding academic achievement & community impact
Best Brief & Regional Finalist, ABA Appellate Advocacy Moot Court
NLG Haywood Burns Fellowship for Social & Economic Justice

Activities:  Teaching Assistant, Property and Legal Research & Writing
Lawyering Fellow, Social Justice Program
Research Assistant to Professor Lucy Williams (International human rights) &
Professor Karl Klare (American legal thought)

Article:   *Fatal Re-Entry: Legal and Programmatic Opportunities to Curb Opioid Overdose among Individuals Newly Released from Incarceration*, 7 NE. U. L.J. 150 (2015)

**UNIVERSITY OF PENNSYLVANIA**, B.A., Philosophy, Politics, & Economics, May 2010

Minors:   Music & Hispanic Studies

Honors:   *cum laude*, Dean's List (2008–2010)
Julio Lobo Poetry Scholarship, Lesley University (2009)

Activities:  Captain & EPRU All-Star, Women's Rugby Club
Chair & Musical Director, Bloomers female musical sketch-comedy troupe

**EXPERIENCE**

**NATURAL RESOURCES DEFENSE COUNCIL**, New York, NY        September 2018–present
*John Adams Litigation Fellow*
Conducting environmental and other complex civil litigation in federal and state courts, including researching and drafting motions, briefs, and discovery, managing experts, and serving as lead counsel. Investigating cases in development, with a focus on environmental justice matters.

**REED ZARS, ATTORNEY AT LAW**, Laramie, WY          February–August 2018
*Attorney*
Assisted Mr. Zars in litigating federal environmental matters throughout the mountain west.

**UNITED STATES DISTRICT COURT, DISTRICT OF UTAH**, Salt Lake City, UT
*Law Clerk to United States District Judge Clark Waddoups*        August 2016–February 2018
Managed a docket of 70-80 cases. Assisted in all aspects of federal litigation, including conducting legal research, observing hearings, and drafting opinions. Acted as lead law clerk on two criminal trials and one civil trial.
*Law Clerk to United States Magistrate Judge Evelyn J. Furse*        August 2015–August 2016
Conducted research and drafted opinions, with particular focus on pretrial disputes, social security appeals, and pro se cases.

**COMMITTEE FOR PUBLIC COUNSEL SERVICES**, Roxbury, MA
*Rule 3:03 Student Attorney*        December 2014–March 2015
Represented criminal defendants at arraignment, bail, and pretrial hearings in state district court under supervision of the Roxbury Defenders Unit. Successfully opposed Commonwealth's interlocutory appeal of a suppression order.

**CENTER ON RACE, POVERTY & THE ENVIRONMENT**, Delano, CA
*Legal Intern*        June–August 2014
Drafted portion of summary judgment motion applying Prop. 218 ("Right to Vote on Taxes Act") to Delano utility rate increase. Analyzed consent decree in order to challenge a mining company's failure to build a waste diversion pipeline in Alaska. Researched state incorporation procedures as a mechanism to increase services to residents. Met with clients throughout the Central Valley.

Michelle Amelia Newman    2

**UNIÓN DE AFECTADO/AS POR LA PETROLERA TEXACO/CHEVRON**, Quito, Ecuador
*Legal Intern*                                                                                                 March–May 2014
Analyzed and wrote memoranda on collateral litigation in the U.S., Europe, and Canada stemming from the long-running environmental and human rights case against Chevron. Researched international cases of human rights and environmental violations by corporations.

**VE GLOBAL (VOLUNTARIOS DE LA ESPERANZA)**, Santiago, Chile
*Programs Coordinator & Volunteer*                                                        January–July 2012
Developed educational programs and worked with children at social risk. Created an internal collaborative site for the team. Implemented educational programs in reading, sports, English, arts, and music in social service institutions.

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**, Washington, DC
*Legal Assistant to Fair Housing & Fair Lending,*                         July 2010–December 2011
*Community Development, & Environmental Justice Projects*
Conducted factual research and provided litigation support. Edited strategic planning documents and drafted external statements, including press releases and talking points. Assisted a senior attorney in implementing new initiative on immigrant rights. Volunteered on the 2010 and 2011 Election Protection programs. Provided substantial technical support, including developing and implementing SharePoint 2010. Served on the International & Domestic Human Rights Committee drafting shadow reports. Coordinated client intakes and undergraduate intern program.

**SCHNADER, HARRISON, SEGAL & LEWIS, LLP**, Philadelphia, PA
*Assistant to Special Master Jerome J. Shestack* (ABA president 1997-98)     July 2008–May 2010
Managed privileged documents, briefs, appeals, and pretrial orders on a multidistrict litigation class action regarding a controversial diabetic drug. Acted as the Special Master's emissary to the parties. Conducted research on human rights, justice, and professionalism for articles.

| | |
|---|---|
| **CIVIC INVOLVEMENT** | New York City Environmental Law Leadership Institute (NYCELLI), Class of 2019<br>Animal Rights Activism Committee (ARAC), Steering Committee (2018)<br>SLCC Community Writing Center, Salt Lake City, UT, Teen writing mentor (2016-17)<br>Community Environmental Legal Defense Fund (CELDF), Mercersburg, PA, Translator/researcher (2015)<br>The Rich Coast Project, Boston, MA/Costa Rica, Student advisor/researcher/translator (2012-14)<br>Kids in Need of Defense (KIND), Boston, MA, Translator/interpreter (2012-13)<br>National Lawyers Guild (NLG), Legal observer (2013-2015)<br>ABA Center for Human Rights (CHR), Washington, DC, Advisory Board Member (2010-12) |
| **SKILLS & INTERESTS** | Fluent in Spanish (speaking, reading & writing), published poet, songwriter, snowboarder, traveler |
| **BARS & COURT ADMISSIONS** | New York & Massachusetts (2016); U.S. Court of Appeals for the D.C. Circuit (Oct. 2018); U.S. District Court for the Southern District of New York (Feb. 2019); U.S. District Court for the District of New Jersey (June 2019) |

-1-

# Michelle Newman

# Exhibit 2

| Case | Date | Task | Hours |
|---|---|---|---|
| UPHE v. Diesel Power | 2/9/18 | Research scope of injunctive relief and standing issues; drafting email memo to Reed re injunctive relief from ct's authority vs. standing perspectives | 3.8 |
| UPHE v. Diesel Power | 3/12/18 | Discussing/emailing Reed re settlement proposal | 0.3 |
| UPHE v. Diesel Power | 4/2/18 | Research into 26(e) continuing duty to supplement for Mot to Compel (0.6) | 1.4 |
| UPHE v. Diesel Power | 4/9/18 | Research on presumption of irreparable harm for injunctions in cases of statutory violations | 0.2 |
| UPHE v. Diesel Power | 4/10/18 | Research on presumption of irreparable harm for injunctions in cases of statutory violations | 0.5 |
| UPHE v. Diesel Power | 4/17/18 | Research on permanent injunction standards (irreparable harm, etc.) | 5.6 |
| UPHE v. Diesel Power | 4/23/18 | Research on injunction in St. Bernard v. Chalmette, 399 F.Supp.2d 726 | 0.2 |
| UPHE v. Diesel Power | 4/24/18 | Review draft Mot for Permanent Injunction | 0.9 |
| UPHE v. Diesel Power | 6/7/18 | Research on mitigation burden in CAA/CWA cases and CAA liability on summary judgment | 2.2 |
| UPHE v. Diesel Power | 6/12/18 | Research on mitigation burden in CAA/CWA cases and CAA liability on summary judgment | 3.3 |
| UPHE v. Diesel Power | 6/14/18 | Research on agency principles and liability for directing agent to violate law and edits to draft DPG MPSJ | 3.9 |
| UPHE v. Diesel Power | 6/15/18 | Research on joint tortfeasors and additions to DPG PMSJ (3.5); Research on agency principles and liability for directing agent to violate law and edits to draft DPG MPSJ (0.8) | 4.3 |
| UPHE v. Diesel Power | 6/18/18 | Research on CAA harm cases and value of admissions in an Answer (3); Review of Diesel Bros Responses (0.7) | 3.7 |
| UPHE v. Diesel Power | 6/19/18 | Research on cases construing CAA Section 203(a)(3)(B) (1.2); Review of Diesel Bros MSJ (0.8); Research on CAA harm cases and value of admissions in an Answer (0.7) | 2.7 |
| UPHE v. Diesel Power | 6/20/18 | Research on Sweepstakes as sales | 4.1 |
| UPHE v. Diesel Power | 6/21/18 | Research on Sweepstakes as sales | 0.7 |
| UPHE v. Diesel Power | 6/22/18 | Draft 'As Is' Section in Resp to Ds' MSJ | 2.1 |
| UPHE v. Diesel Power | 6/25/18 | Review/Edit As is and Giveaway Sections for MSJ Resp (1.1); Draft Giveaway Section in Resp to Ds' MSJ (4.1); Draft 'As Is' Section in Resp to Ds' MSJ (0.4); Finding and Pulling Holy Grail and Rock Videos/Posts off Facbook (1.4); | 7 |

| UPHE v. Diesel Power | 6/26/18 | Research on MSJ 'second bite of the apple' cases | 0.7 |
|---|---|---|---|
| UPHE v. Diesel Power | 6/27/18 | Edit Draft Response to Ds' MSJ | 0.6 |
| UPHE v. Diesel Power | 6/28/18 | Research on CAA leg history | 0.4 |
| UPHE v. Diesel Power | 6/29/18 | Edit Draft Response to Ds' MSJ (1.3); Research on CAA leg history (0.4) | 1.7 |
| | | | |
| | | **Total:** | **50.3** |