# ATTACHMENT 6

Declaration of Melissa Barbanell

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David Sparks, Joshua Stuart, and Keaton Hoskins,<br><br>Defendants. | **DECLARATION OF MELISSA BARBANELL IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

1. I, Melissa Barbanell, am over 18 years of age and competent to make this declaration. The statements herein are based upon my personal knowledge.

2. Between July of 2016 and March of 2019, I supported lead counsel, Reed Zars, on behalf of the Plaintiff in this matter.

3. I submit this declaration in support of Plaintiff's motion for an award of attorneys' fees and costs. This declaration describes my background, and the time and expenses I have incurred on behalf of the Plaintiff.

4. I graduated from University of Utah College of Law in 1998, and am admitted to practice in Utah and Nevada.

5. Current practice and past legal experience. My background, experience, and credentials are summarized in my resume, appended hereto as **Exhibit 1**.

6. I maintained a daily record, to the tenth of an hour, regarding my work on this case. My timesheet for the hours I spent on this matter, for which compensation is sought, is attached hereto as **Exhibit 2**. I certify that the total number of hours shown in **Exhibit 2**, 9 hours

-1-

were actually expended on the topics stated. I also certify that the hours I spent on the topics stated were both reasonable and necessary to fulfill my professional, legal and ethical duties to my client and the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 27, 2020.

Signed:_____

Melissa Barbanell, Esq.

-1-

Melissa Barbanell

Exhibit 1

# Melissa **Barbanell**

⌂ *1062 South 500 East, Salt Lake City, Utah 84105* ☎ *801.915.2674* ✉ *melissa@barbanellenvironmental.com*

## QUALIFICATIONS PROFILE

Dedicated, detail-oriented, and seasoned attorney with extensive experience supporting organizations and businesses in developing strategic action plans to resolve complex environmental and sustainable development challenges. Well-versed in critical global environmental issues, such as climate change, water stewardship, biodiversity, ecosystem services, and air pollution. Employs creative problem-solving and critical thinking aptitudes. Sophisticated coalition builder, motivator, and leader. Equipped with articulate communication, negotiation, and interpersonal skills, thus facilitating collaborative working relationships with community, government, intergovernmental and non-governmental organizations.

## PROFESSIONAL EXPERIENCE

### BARBANELL ENVIRONMENTAL LAW & CONSULTING                    APRIL 2017 - present

- Representing global mining industry in full range of issued negotiated under Minamata Convention
- Providing guidance on mercury emissions management, stack testing, industrial hygiene, sales, uses, and export issues to multi-national mining company; auditing site compliance with mercury regulations and commitments
- Providing legal research on novel Clean Air Act citizen suit for Salt Lake City-based environmental NGO
- Supporting commodity and trade associations with chemical risk management analyses
- Developing internal corporate communications; supporting closure management efforts through risk assessment
- Representing renewable energy clients before Public Service Commission; representing landowners in land use matters

### BARRICK GOLD CORPORATION ▪ SALT LAKE CITY, UT                    2005 - 2016

| | |
|---|---|
| **Senior Director,** *Corporate Affairs* | *2015–2016* |
| **Senior Counsel,** *Legislative and Regulatory Affairs* | *2012–2014* |
| **Director,** *Environmental Sustainability* | *2009–2012* |
| **Senior Counsel,** *Regulatory, Policy* | *2008–2009* |
| **Manager,** *Environmental Policy* | *2005–2008* |

**Legal Functions**

- Handled legal matters related to operating mines, projects, and closure sites in the United States, including air permitting, energy, renewable portfolio standards, water law, endangered species, NEPA permitting, and cleanups
- Managed Barrick's legal portfolio on energy law including transmission rate cases, mergers, transmission service agreements, and renewable portfolio standard compliance
- Supported legal teams in South America on environmental permitting and compliance matters
- Supervised company regulatory agenda, with emphasis on Clean Air Act, Clean Power Plan, Energy Law, Environmental Justice Policies, Clean Water Act, RCRA, CERCLA and the Endangered Species Act
- Negotiated agreement for Barrick with Congressional staffers and environmental NGOs to support passage of the Mercury Export Ban Act of 2008 and the Chemical Safety for the 21st Century Act (TSCA Reform) of 2016
- Led mining industry efforts to negotiate state and federal mercury air emissions regulations
- Worked collaboratively with regulators to develop sound State Implementation Plan Provisions under Clean Air Act

**Environmental Sustainability and Policy**

- Developed and administered implementation of corporate environmental standards, including climate change and energy management, water conservation, and biodiversity
- Directed reporting activities for the Carbon Disclosure Project with emphases on reducing emissions and climate risks
- Represented Nevada mining industry at Western Governors' Association and Nevada Governors' Drought Forums
- Assisted with site-level initiatives implementing solutions to environmental compliance challenges including energy efficiency controls at all Nevada mines, and complying with renewable portfolio standard at Western 102 power plant
- Provided expert leadership to the International Council on Mining and Metals' (ICMM) Environmental Stewardship Task Force and Mercury Working Group
- Managed internal-facing communications strategy for the corporate Environment Department and coordinated with Communications on stories relevant to environmental programs and successes

**Collaboration and Cross-functional Team Leadership**

- Built partnerships with environmental non-governmental organizations
- Fostered and maintained relationships with state and federal regulators, as well as appointed and elected state and federal officials, on recommended environmental regulations, legislation and international conventions
- Initiated and directed internal corporate climate change risk assessment drawing on diverse subject-matter experts

# Melissa **Barbanell**

Page 2

🏠 *1062 South 500 East, Salt Lake City, Utah 84105* ☎ *801.915.2674* ✉ *melissa@barbanellenvironmental.com*

- Managed teams including corporate staff, external consultants, and attorneys on diverse subject matters ranging from climate change, air toxics, NEPA permitting, rulemakings, biodiversity, and water stress

**Professional Affiliations and Key Highlights**

- Minamata Convention:
  - *Member,* UNEP Technical Expert Working Group – Waste, Non-Ferrous Metals Sector    2018 – present
    - *Effectively represented interests of global non-ferrous metals sector*
  - *Member,* UNEP Technical Expert Working Group – Air Quality, Non-Ferrous Metals Sector    2014 – 2016
    - *Successfully represented the global non-ferrous metals sector*
- International Council on Mining and Metals:
  - *Chair,* Environmental Stewardship Task Force    2010 – 2012
    - *Coordinated priority setting among ICMM member companies and associations*
    - *Represented ICMM with international groups, such as IUCN, IFC, and UNEP*
  - *Chair,* Mercury Working Group    2008 – 2016
    - *Efficiently directed the planning of ICMM members on proposed UNEP treaty negotiation and guidance development*
    - *Achieved sound requirements in internationally/UNEP-negotiated Minamata Convention on Mercury*
    - *Represented the global non-ferrous metals sector at five Intergovernmental Negotiating Committee meetings*
    - *Developed a strategy to address specific proposals that was adopted by all global mining trade association*
    - *Lobbied government representatives in countries where Barrick has operations between INC meetings*
- Rocky Mountain Mineral Law Foundation:
  - *Member,* Stakeholders' Committee    2006 - 2016
  - *Member,* Planning Committee: Climate Change Special Institute    2015
- National Mining Association:
  - *Chair,* Air Quality Subcommittee    2014 – 2016
    - *Coordinated annual prioritization of air quality issues among all member companies*
    - *Represented industry with U.S. EPA and Department of State and developed comments on rulemakings*
  - *Chair,* International Committee    2015 – 2016
  - *Member,* Government Affairs, Environment Committees & Minerals Policy Task Force    2007 – 2016
- Nevada Mining Association:
  - *Member,* Board of Trustees    2013 – 2015
  - *Chair,* Water Working Group    2014 – 2016
  - *Member,* Air Working Group    2005 – 2016
    - *Engaged Nevada Division of Environmental Protection representatives on air quality issues ranging from modeling to NAAQS implementation to emissions factors to Title V operating permit program*
- NAAQS Implementation Coalition    2013—2016
    - *Represented coalition in meetings on pollution limits and modeling with EPA Office of Air and Radiation Leadership*
- The Nature Conservancy
  - *Member,* Business Council    2009 – 2016
- American Exploration and Mining Association
  - *Member,* Board of Trustees    2013 – 2015
- Western Governors' Association:    2014 – 2016
  - *As Chairman's Level Sponsor, participated in meetings with high-level WGA staff and high-ranking federal officials*
  - *Participant,* Western Governors' Association Drought Forum
- Stegner Center, SJ Quinney College of Law:    2014
  - *Planning Committee: Environmental Protection from the Industry Perspective: Risk Management and Duties*

**Earlier Positions Held:**

| | |
|---|---|
| HOLLAND & HART L.L.P. ▪ SALT LAKE CITY, UT | 2003 – 2005 |
| **Contract Attorney,** *Environmental, Real Estate, and Land Use* | |
| LEBOEUF, LAMB, GREENE & MACRAE L.L.P. ▪ SALT LAKE CITY, UT | 2000 – 2003 |
| **Associate Attorney,** *Environmental, UK Climate Schemes* | |
| JUSTICE MICHAEL ZIMMERMAN, UTAH SUPREME COURT ▪ SALT LAKE CITY, UT | 1998 – 2000 |
| **Judicial Clerk,** *Drafted Court Opinions, Conferences, and Panel Organization* | |
| NATURAL RESOURCES DEFENSE COUNCIL ▪ NEW YORK, NY | Summer 1997 |

# Melissa **Barbanell**

🏠 *1062 South 500 East, Salt Lake City, Utah 84105* ☎ *801.915.2674* ✉ *melissa@barbanellenvironmental.com*

**Summer Associate,** *Coast Guard Collaboration and Fisheries Law*

**UTAH ATTORNEY GENERAL, ENVIRONMENTAL DIVISION ▪ SALT LAKE CITY, UT**    **Fall Semester 1997**

**Legal Intern,** *Environmental Cleanups, Radiation Control*

## EDUCATION

### Master of Arts in Public Management
JOHNS HOPKINS UNIVERSITY ADVANCED ACADEMIC PROGRAMS ▪ WASHINGTON, DC
*Anticipated June 2021*

### Juris Doctor
UNIVERSITY OF UTAH S.J. QUINNEY COLLEGE OF LAW ▪ SALT LAKE CITY, UT, USA
*G.P.A. 3.7, Top 3%; Order of the Coif | Utah Law Review Staff Member | National Moot Court Team*
*Eccles Fellowship in Political Economy and Public Policy | Everett Scholarship for Public Service*
*College of Law Outstanding Achievement Award for Civil Procedure | CALI Excellence for the Future Awards*

### Master of Arts in Philosophy, with Concentration in Environmental Ethics and Epistemology
UNIVERSITY OF UTAH ▪ SALT LAKE CITY, UT, USA
***Thesis:*** *On the communication of logically idiosyncratic beliefs*

### Bachelor of Arts in Philosophy, with Concentration in Analytic Philosophy
TULANE UNIVERSITY ▪ NEW ORLEANS, LA, USA

### Project Management Excellence Certificate
UNIVERSITY OF UTAH ▪ SALT LAKE CITY, UT, USA

### Summer Study: Coursework in Anthropology and Modern Mexican Culture
UNIVERSIDAD IBEROAMERICANA ▪ MEXICO CITY, MEXICO

### Summer Study: Intensive French
UNIVERSITÉ DE NEUCHÂTEL ▪ NEUCHÂTEL, SWITZERLAND

## LANGUAGES

**Spanish:** Written and Verbal – Professional Working Proficiency

**French:** Written and Verbal – Limited Working Proficiency

## AFFILIATIONS

Bar Admissions/Memberships:
Utah State Bar | Nevada State Bar (inactive) | American Bar Association

PG Retreat
Board of Directors

Friends of Great Salt Lake:
Former Board of Directors

Salt Lake City Community Development Advisory Board:
Former Board Chair

## REFERENCES

**Peter Webster:** *General Counsel (Ret.) – Barrick*
801-608-4114
websterpln@comcast.net

**Greg Helms:** *Senior Environmental Protection Specialist – EPA*
703-308-8845
helms.greg@epa.gov

**Paul Kolisnyk:** Director, Technical Marketing – Teck Resources
(647) 788-3038
Paul.kolisnyk@teck.com

**Katie Sweeney:** *Senior VP, Legal Affairs & General Counsel – National Mining Association*
202- 464-2600
ksweeney@nma.org

## PUBLICATIONS

# Melissa **Barbanell**

🏠 *1062 South 500 East, Salt Lake City, Utah 84105* ☎ *801.915.2674* ✉ *melissa@barbanellenvironmental.com*

**Barbanell, M.** (contributor) (2016) Guidance on Best Available Techniques and Best Environmental Practices *UNEP*
**Barbanell, M.** (2014) Trends in Mercury Management in Gold Processing *Conference of Metallurgists*
**Barbanell, M.** (1997) Will the Supreme Court Maintain the Community's Right to Know? *Utah Law Forum, 1*(5)
**Barbanell, M.** (1996) Joining the Fight to Protect East Canyon Reservoir *Water Lines Newsletter*
**Barbanell, M.** (1996) Recent Legislative Developments in Utah Law: Local Government Changes Act *Utah Law Review*

-1-

# Melissa Barbanell

# Exhibit 2

-1-

**Barbanell Environmental Law and Consulting**
1062 South 500 East
Salt Lake City, UT 84105
United States
Phone: 8019152674



**Utah Physicians for a Healthy Environment**
1062 South 500 East
Salt Lake City, UT 84105
United States

| Invoice Date | Invoice Number |
|---|---|
| 04/02/2019 | 10051 |
| **Terms** | **Service Through** |
| | 04/02/2019 |

| In Reference To: Diesel Bros (Project) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 07/25/2016 | MB | **Meeting:** Meeting with Reed Zars to discuss theory of the case and research needs. | 1.00 | $ 325.00/hr | $ 325.00 |
| 09/25/2016 | MB | **Research:** Research applicability of CFRs to light-duty vehicles. | 1.20 | $ 325.00/hr | $ 390.00 |
| 11/15/2016 | MB | **Research:** Research Diesel Brothers litigation history in all relevant Utah districts. Send findings to Reed. | 1.50 | $ 325.00/hr | $ 487.50 |
| 06/23/2017 | MB | **Research:** Research relationship of various legal entities related to the Diesel Brothers. Provide recommendations for further analysis to Reed. | 0.30 | $ 325.00/hr | $ 97.50 |
| 08/16/2017 | MB | **Review:** Review amended complaint; review Defendants' first and second motion to dismiss; review plaintiff's first response to motion to dismiss. Review Utah Code Annotated on limited liability corporations. Telephone call with Reed Zars regarding arguments in motions and in response and additional research specifying CAA citizens' suits can be against individual persons. | 1.90 | $ 325.00/hr | $ 617.50 |
| 08/17/2017 | MB | **Research:** Research cases individual responsibility under CAA and similar statutes. Research 10th Circuit cases on corporate director liability. Revise response to motion to dismiss section on individual liability. | 2.10 | $ 325.00/hr | $ 682.50 |
| 08/18/2017 | MB | **Research:** Research cases addressing responsible corporate officer liability in civil cases. | 0.50 | $ 325.00/hr | $ 162.50 |
| 08/19/2017 | MB | **Research:** Research responsible corporate officer doctrine in environmental cases. Send compilation of findings to Reed Zars. | 0.20 | $ 325.00/hr | $ 65.00 |
| 03/13/2019 | MB | **Review:** Review Summary Judgement decision. | 0.30 | $ 325.00/hr | $ 97.50 |

**Barbanell Environmental Law and Consulting**
1062 South 500 East
Salt Lake City, UT 84105
United States
Phone: 8019152674



**Utah Physicians for a Healthy Environment**
1062 South 500 East
Salt Lake City, UT 84105
United States

| Invoice Date | Invoice Number |
|---|---|
| 04/02/2019 | 10051 |
| **Terms** | **Service Through** |
|  | 04/02/2019 |

| | |
|---|---|
| **Total Hours** | 9.00 hrs |
| **Total Project** | $ 2,925.00 |
| **Total Invoice Amount** | **$ 2,925.00** |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 2,925.00** |