AO 133    (Rev. 06/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Central District of Utah

| | | |
|---|---|---|
| Utah Physicians for a Healthy Environment | ) | |
| | ) | |
| v. | ) | Case No.:  2:17-cv-32 RJS-DBP |
| | ) | |
| Diesel Power Gear, LLC et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____3/10/2020_____ against _____Defendants_____ ,
                                                      *Date*
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk ............................................................................................ | $ | 900.00 |
| Fees for service of summons and subpoena............................................................ | | 960.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . | | 4,798.60 |
| Fees and disbursements for printing ...................................................................... | | 0.00 |
| Fees for witnesses *(itemize on page two)* ................................................................ | | 195.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 367.62 |
| Docket fees under 28 U.S.C. 1923........................................................................ | | 0.00 |
| Costs as shown on Mandate of Court of Appeals ...................................................... | | 0.00 |
| Compensation of court-appointed experts ............................................................... | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ......... | | 0.00 |
| Other costs *(please itemize)* ............................................................................... | | 0.00 |
| | TOTAL $ | 7,221.72 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒    Electronic service ☐    First class mail, postage prepaid

☐    Other:  _____

      s/ Attorney:    Reed Zars

         Name of Attorney:   Reed Zars

For: _____Utah Physicians for a Healthy Environment_____ Date:    10/21/2020
                              *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
     *Clerk of Court*                    *Deputy Clerk*            *Date*

AO 133    (Rev. 06/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Chad Hofer, Parker, South Dakota | 1 | | | | | | $85 |
| Brett Van Der Brink, Tea, South Dakota | 1 | | | | | | $65.00 |
| Travis Hanson, Washington, Utah | 1 | | | | | | $45.00 |
| | | | | | TOTAL | | $195.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Witness Fees

| Item | Date | Amount |
|------|------|--------|
| | | |
| Hofer witness fee – SD | 10/26/17 | 85.00 |
| VanDerBrink witness fee – SD | 11/4/17 | 65.00 |
| Hansen witness fee – UT | 11/22/17 | 45.00 |
| | | |
| | | |
| | | |
| TOTAL | | $195.00 |

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.    2:17-cv-00032-RJS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    Travis Hansen

on *(date)*    11/28/17    .

☑  I served the subpoena by delivering a copy to the named individual as follows:    Travis Vance Hansen

_____    on *(date)*    _____    ; or

☐  I returned the subpoena unexecuted because:    _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    $45.00  .

My fees are $    17.50    for travel and $    20.00    for services, for a total of $    37.50    .

I declare under penalty of perjury that this information is true.

Date:    11/28/17    _____

*Server's signature*

Steven Despain    Deputy Sheriff

*Printed name and title*

1506205. 5300 W    Hurricane, Utah 84737

*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Utah

| | |
|---|---|
| Utah Physicians for a Healthy Environment | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Diesel Power Gear LLC, et al. | ) |
| *Defendant* | ) |

Civil Action No.  2:17-cv-00032-RJS

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:      Mr. Travis Hansen, 1369 Lexington St., Washington UT 84780
         Work: Travis' Window and Blind Cleaning, Tel: 435-632-6704

*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
See Exhibit A.

| Place: | Dixie Reporting, inside Brad Harr Law Office, 661 E. St. George Blvd., Ste. 102, St. George, UT 84770 | Date and Time: | December 7, 2017 10 a.m. |
|---|---|---|---|

The deposition will be recorded by this method:  Certified court reporter, verbatim transcription.

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
See Exhibit A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    11/22/2017

*CLERK OF COURT*

OR      *REED ZARS*

_____          _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     UPHE
Reed Zars, 910 Kearney St., Laramie, WY 82070, reed@zarslaw.com     , who issues or requests this subpoena, are:
Tel: 307-760-6268, representing Plaintiff Utah Physicians for a Healthy Environment.

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## Exhibit A

(1)  This subpoena establishes the date and time for your deposition as **December 7, 2017 at 10:00 a.m.**  If an earlier date would be more convenient for you, please contact Plaintiff's counsel.

(2)  On December 7, 2017, please be prepared to testify regarding the following matters: (a) your inspection and purchase in 2014 of a green 2013 Ford diesel F-250 4X4 truck, VIN 1FT7W2BT2DEA61696, (b) your understanding of the features and condition of this truck when you purchased it, including its performance and emissions equipment, (c) your use and maintenance of the truck, (d) any modifications you made, or caused to be made to the truck during your period of ownership, including any modifications to its performance and emissions equipment, and (e) your sale of the truck.

(3) Please produce at the time, date and location of the deposition, in hard copy or in electronic form, all bills of sale (or equivalent records) in your possession or control related to the truck identified above.

(4) The deposition is not expected to exceed one hour.  Please contact Plaintiff's counsel or, if you are represented by an attorney, have your attorney contact Plaintiff's counsel with any questions or concerns.  Reed Zars, 307-760-6268, reed@zarslaw.com.

**Reed Zars**
Attorney at Law
910 Kearney Street
Laramie, WY  82070
307-760-6268

November 1, 2017

Lincoln County Sheriff's Office
129 N. Main St.
Canton, SD  57013

RE:     Van Der Brink Subpoena – witness fee check

Dear Sheriff,

Please find enclosed a subpoena for Brett Van Der Brink, and my witness fee and mileage check to Mr. Van Der Brink of $65.  Both the check and subpoena are to be served personally on Mr. Van Der Brink.

Please give me a ring once you are in receipt of this letter and check.  Thank you very much for your help.

Yours Sincerely,

Reed Zars

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.      2:17-cv-00032-RJS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*     Chad Hofer

on *(date)*   10·27·17   .

☒  I served the subpoena by delivering a copy to the named individual as follows:   Chad Hofer
personally picked up paperwork at the Turner County Sheriffs Office
_____   on *(date)*  10/27/17   ; or

☐  I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ 85.00 .

My fees are $   0.00   for travel and $  20.00   for services, for a total of $  20.00   .

I declare under penalty of perjury that this information is true.

Date:  10/27/17   _____  #130
                                          *Server's signature*

                          Tricia Erickson ; Administrative Deputy
                                          *Printed name and title*

                          400 S Main Ave ; PO Box 580  Parker SD 57053
                                          *Server's address*

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT

Return # 6601
Process # C17-00702
Docket # 2:17-cv-00032-RJS
Reference #

UTAH PHYSICIANS FOR A HEALTHY
ENVIRONMENT
      Plaintiff,
      - vs -
DIESEL POWER GEAR LLC, ET AL.
      Defendant

}
}
}
}
}
}

SHERIFF'S RETURN OF PERSONAL SERVICE

I, Byron Nogelmeier, Sheriff of Turner County, South Dakota, hereby certify that on the **27th day of October, 2017, a Subpoena to Testify at a Deposition in a Civil Action; Exhibit A; Check #4256 for $85.00 for witness fee & mileage**, in the above entitled action, came into my hand for service. That on the **27th day of October, 2017** at **1:43 PM**, in said county, **I did serve the documents on CHAD HOFER**. By then and there delivering to and leaving with: **HOFER, CHAD (personally)** at **400 S Main Ave, Parker, SD 57053**

| Item | Disburse To | Amount Owed | Amount Paid |
|------|-------------|-------------|-------------|
| Civil papers/Subpoena Fee | TURNER COUNTY TREASURER | $20.00 | $0.00 |
| | Total Owed | | $20.00 |
| | Total Paid | | $0.00 |
| | Uncollectible | | $0.00 |
| | Remaining | | $20.00 |

**Invoice #**      17-02275
                REED ZARS; ATTORNEY AT LAW
                910 Kearney St, Laramie, WY 82070

**Comments**

**Date Returned 10/27/17**

**Signed** _Tricia Erickson_           **Date** _10-27-17_
Byron Nogelmeier
Turner County Sheriff
By: Deputy Tricia Erickson
400 S Main Ave
PO Box 580
Parker, SD 57053
Phone: (605) 297-3225
Fax: (605) 297-3871

# Office of the Turner County Sheriff

Invoice                                          Printed on October 27, 2017

**Please remit payment to the address below.**

**Billed To** REED ZARS; ATTORNEY AT LAW
910 Kearney St
Laramie, WY 82070

*Please Remit Payment To:*
*Turner County Sheriff*
*PO Box 580*
*Parker, SD 57053*

**Reference** Civil Papers C17-00702; Serve On: HOFER, CHAD
**Return #** 6601
**Invoice #** 17-02275
**Invoice Date** 10/27/17
**Due Date** 11/26/17

| Item | Disburse To | Amount Owed | Amount Paid |
|------|-------------|-------------|-------------|
| Civil papers/Subpoena Fee | TURNER COUNTY TREASURER | $20.00 | $0.00 |
| | **Total Owed** | $20.00 | |
| | **Total Paid** | $0.00 | |
| | **Uncollectible** | $0.00 | |
| | **Remaining** | $20.00 | |

**Comments**

**Turner County Sheriff's Office**
**400 S Main Ave**
**PO Box 580**
**Parker, SD 57053**
**Phone: (605) 297-3225**
**Fax: (605) 297-3871**

Made by **ZUERCHER**                              Page 1 of 1

Fees for printed or electronically recorded transcripts

| Item | Date | Amount |
|---|---|---|
| | | |
| Deposition transcrips – Pledger, Hoskins, Sparks, Stuart, Kiley | 9/15/17 | 2,155.10 |
| Dixie reporting – Hansen depo | 12/2/17 | 198.70 |
| Van Der Brink depo transcript | 1/1/18 | 237.00 |
| Transcript of 1/23/18 summary judgment ruling | 2/1/2018 | 130.95 |
| Remainder of transcript of summary judgment hearing | 7/31/18 | 292.00 |
| Trial transcripts | 1/3/2020 | 1,784.85 |
| | | |
| TOTAL | | $4,798.60 |

**Q & A REPORTING**
1872 South Main Street
Salt Lake City, UT 84115
Phone: 801-484-2929



**Q & A REPORTING, INC.**

# INVOICE

ATTORNEY AT LAW
ATTN: Mr. Reed Zars
910 Kearney Street
Laramie, WY 82070

**Invoice Number:** **102750**
**Invoice Date:**   08/10/2017

In Re:   Utah Physicians for a Healthy Environment
Case Number: 2:17-cv-00032-RJS
Witness(s): 8:30-Heather Pledger, 11:00-Hans Peterson
Attendance Date: 08/04/2017, 8:00am
Reporter: Scott Knight

| Description | Rate | Ext |
|---|---|---|
| Full Day Appearance Fee | 160.00 | 160.00 |
| Original Transcript(s) - Electronic | 3.55 | 365.65 |
| Exhibits | 0.15 | 17.85 |
| Postage & Handling | 10.00 | 10.00 |
| | Invoice Total: | 553.50 |

We Appreciate Your Business

EIN: 82-0580775

Net 30 days. Please return one copy of invoice with payment to ensure proper credit to your account.
Accounts past due are subject to a 1.5% interest charge per month.

Thank you for using Q&A Reporting.

---

REED ZARS
910 KEARNEY ST.
LARAMIE, WY 82070

82-123/1070 25

4240

DATE 9/15/17

PAY TO THE ORDER OF   Q + A Reporting   $ 2,155.10

TWENTY ONE HUNDRED AND FIFTY-FIVE Classic 50 AND 10/XX   DOLLARS

ANB Bank
www.anbbank.com
Telephone 1-866-433-0282

MEMO

REED ZARS

⑈107001232⑈   04240

**Q & A REPORTING**
1872 South Main Street
Salt Lake City, UT 84115
Phone: 801-484-2929



Q & A REPORTING, INC.

# INVOICE

ATTORNEY AT LAW
ATTN: Mr. Reed Zars
910 Kearney Street
Laramie, WY 82070

**Invoice Number:** **102895**
Invoice Date: 09/07/2017

*In Re:* Utah Physicians for a Healthy Environment v. DIESELSellerz.com
Case Number: 2:17-cv-00032-RJS
Witness(s): 8:00-Keaton Hoskins & 11:00-David Sparks
Attendance Date: 08/22/2017, 8:00am
Reporter: Dawn Brunner-Hahn

| Description | Rate | Ext |
|---|---|---|
| Full Day Appearance Fee | 160.00 | 160.00 |
| Original Transcript(s) - Electronic | 3.55 | 777.45 |
| Exhibits | 0.15 | 22.50 |
| Postage & Handling | 15.00 | 15.00 |
| | Invoice Total: | 974.95 |

We Appreciate Your Business

EIN: 82-0580775

Net 30 days. Please return one copy of invoice with payment to ensure proper credit to your account.
Accounts past due are subject to a 1.5% interest charge per month.

Thank you for using Q&A Reporting.

Q & A REPORTING
1872 South Main Street
Salt Lake City, UT 84115
Phone: 801-484-2929


Q & A REPORTING, INC.

# INVOICE

ATTORNEY AT LAW
ATTN: Mr. Reed Zars
910 Kearney Street
Laramie, WY  82070

**Invoice Number:** **102897**
Invoice Date:   09/07/2017

In Re:   *Utah Physicians for a Healthy Environment v. DIESELSellerz.com*
Case Number: 2:17-cv-00032-RJS
Witness(s): 8:00-Joshua Stewart & 11:00-David Kiley
Attendance Date: 08/23/2017, 8:00am
Reporter: Dawn Brunner-Hahn

| Description | Rate | Ext |
|---|---|---|
| Full Day Appearance Fee | 160.00 | 160.00 |
| Original Transcript(s) - Electronic | 3.55 | 436.65 |
| Exhibits | 0.15 | 15.00 |
| Postage & Handling | 15.00 | 15.00 |
| | Invoice Total: | 626.65 |

We Appreciate Your Business

EIN: 82-0580775

Net 30 days. Please return one copy of invoice with payment to ensure proper credit to your account.
Accounts past due are subject to a 1.5% interest charge per month.

Thank you for using Q&A Reporting.

RepAgencyWorks Court Reporting Software

/13/2017



**DIXIE**

**COURT REPORTING, INC.**

DIXIE COURT REPORTING
Post Office Box 2702
St. George , UT 84771

## INVOICE

**Invoice Number:** **200172**
**Invoice Date:** 12/13/2017

ZARS LAW
ATTN: Reed Zars
910 Kearney Street
Laramie, WY 82070

In Re:   Utah Physicians for a Healthy Environment vs. Diesel Power Gear, LLC, et al.
Case Number: 2:17-cv-00032-RJS
Witness(s): Travis Hansen
Attendance Date: 12/07/2017, 10:00am

| Qty | Description | Ext |
|---|---|---|
| 1 | Deposition Appearance Fee Half | 100.00 |
| | **Travis Hansen** | |
| 23 | Original & One Trans | 82.80 |
| 2 | Exhibits (Color) | 1.00 |
| 5 | Exhibits (B&W) | 1.50 |
| 7 | Exhibits (Scanned) | 1.40 |
| 1 | Postage & Handling | 12.00 |
| | Invoice Total: | 198.70 |

We Appreciate Your Business!

Tax ID: 84-1371760

PD 12/22/17

# Invoice

**PRAIRIE REPORTING**
**P.O. BOX 2008**
**SIOUX FALLS, SD 57101**
**(605) 321-4906**

| DATE | INVOICE # |
|------|-----------|
| 1/2/2018 | 4785 |

| BILL TO | CASE CAPTION |
|---------|--------------|
| Reed Zars<br>Zars Law<br>910 Kearney Street<br>Laramie, WY 82070 | Utah Physicians for a Healthy Envir. v Diesel Power |

| JOB DATE | TAX ID NUMBER |
|----------|---------------|
| 12/14/2017 | 45-4603560 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Original and 1 Copy of the Telephonic Deposition of Brett Van Der Brink | 117.00 |
| Appearance Fee | 100.00 |
| Exhibit Scanning, Linking and Mailing Back to Witness | 20.00 |

| Thank you for your business! Stacy L. Wiebesiek, RPR, CSR - Owner<br>Prairie Reporting | Subtotal | 237.00 |
|---|---|---|
| | 6.5% Tax | 0.00 |
| | **Total** | **237.00** |

# Invoice

**PRAIRIE REPORTING**
**P.O. BOX 2008**
**SIOUX FALLS, SD 57101**
**(605) 321-4906**

| DATE | INVOICE # |
|------|-----------|
| 1/2/2018 | 4785 |

| BILL TO | CASE CAPTION |
|---------|--------------|
| Reed Zars<br>Zars Law<br>910 Kearney Street<br>Laramie, WY 82070 | Utah Physicians for a Healthy Envir. v Diesel Power |

| JOB DATE | TAX ID NUMBER |
|----------|---------------|
| 12/14/2017 | 45-4603560 |

| DESCRIPTION | | AMOUNT |
|-------------|--|--------|
| Original and 1 Copy of the Telephonic Deposition of Brett Van Der Brink | | 117.00 |
| Appearance Fee | | 100.00 |
| Exhibit Scanning, Linking and Mailing Back to Witness | | 20.00 |
| Thank you for your business! Stacy L. Wiebesiek, RPR, CSR - Owner<br>Prairie Reporting | Subtotal | 237.00 |
| | 6.5% Tax | 0.00 |
| | **Total** | **237.00** |

*PD 1/10/18*

REED ZARS                    4296
910 KEARNEY ST.
LARAMIE, WY 82070

DATE 1/10/18

PAY TO THE ORDER OF  PRAIRIE REPORTING        $ 237.00

TWO HUNDRED + THIRTY SEVEN ———  DOLLARS

ANB Bank
www.anbbank.com
Telephone 1-866-433-0282

*Classic 50*

MEMO VDB 0280        REED ZARS

⑈10700123⑈  ☐  04296

AO 44 (Rev. 07/15)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| INVOICE | NUMBER |
|---------|--------|

**TO:**

PHONE: _____

FAX: _____

**MAKE CHECK PAYABLE TO:**

PHONE: _____

## TRANSCRIPTS

| ☐ CRIMINAL    ☐ CIVIL | DATE ORDERED | DATE DELIVERED |
|-----------------------|--------------|----------------|

IN THE MATTER OF (CASE NUMBER AND TITLE)

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|----------|-------|---------|-----------|-------|---------|-----------|-------|---------|-----------|---------------|
|          | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL |               |
| Ordinary |       |         | $    0.00 |       |         | $    0.00 |       |         | $    0.00 | $    0.00     |
| 14-Day   |       |         | $    0.00 |       |         | $    0.00 |       |         | $    0.00 | $    0.00     |
| Expedited|       |         | $    0.00 |       |         | $    0.00 |       |         | $    0.00 | $    0.00     |
| Daily    |       |         | $    0.00 |       |         | $    0.00 |       |         | $    0.00 | $    0.00     |
| Hourly   |       |         | $    0.00 |       |         | $    0.00 |       |         | $    0.00 | $    0.00     |
| Realtime |       |         | $    0.00 |       |         | $    0.00 |       |         |           | $    0.00     |

| For proceedings on (Date): | | **TOTAL** | $    **0.00** |
|---|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | | $ |
| | ADD AMOUNT OF DEPOSIT | | $ |
| | **AMOUNT DUE (OR REFUND)** | | $    **0.0** |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|--------------------------------------|------|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

District of Utah

| INVOICE | NUMBER |
|---------|--------|

TO:   Reed Zars
ATTORNEY AT LAW
910 KEARNEY ST
LARAMIE, WY 82070

PHONE: _____

FAX: _____

MAKE CHECK PAYABLE TO:

Laura Winn Robinson
351 South West Temple Room 8.430
Salt Lake City, Utah 84101

PHONE:   (801) 328-4800

### TRANSCRIPTS

| ◯ CRIMINAL   ◉ CIVIL | DATE ORDERED | DATE DELIVERED 07/31/2018 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Utah Physicians for A Healthy Environment v DieselSellerz.com, et al, 2:17-CV-32

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|----------|-------|---------|-----------|-------|---------|-----------|-------|---------|-----------|---------|
|          | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL |         |
| Ordinary | 80    | 3.65    | 292.00    |       | 0.90    | 0.00      |       |         | 0.00      | 292.00  |
| 14-Day   |       | 4.25    | 0.00      |       |         | 0.00      |       |         | 0.00      | 0.00    |
| Expedited |      | 4.85    | 0.00      |       |         | 0.00      |       |         | 0.00      | 0.00    |
| 3-Day    |       | 5.45    | 0.00      |       | 1.05    | 0.00      |       |         | 0.00      | 0.00    |
| Daily    |       | 6.05    | 0.00      |       | 1.20    | 0.00      |       |         | 0.00      | 0.00    |
| Hourly   |       | 7.25    | 0.00      |       | 1.20    | 0.00      |       |         | 0.00      | 0.00    |
| Realtime |       |         | 0.00      |       |         | 0.00      |       |         |           | 0.00    |

| For proceedings on (Date):   January 23, 2018 | TOTAL | 292.00 |
|---|---|---|

| Transcript of hearing held January 23, 2018 before the Honorable Robert Shelby | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 292.00 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER Laura Winn Robinson | DATE 07/31/2018 |
|---|---|

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| **INVOICE** | NUMBER |
|---|---|

| TO: | MAKE CHECK PAYABLE TO: |
|---|---|
| PHONE: _____ <br> FAX: _____ | PHONE: _____ |

| **TRANSCRIPTS** | | |
|---|---|---|
| ☐ CRIMINAL      ☐ CIVIL | DATE ORDERED | DATE DELIVERED |

IN THE MATTER OF (CASE NUMBER AND TITLE)

| **CHARGES** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| For proceedings on (Date): | **TOTAL** | |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

```
1                        E-INVOICE

2

    Date:                 January 3, 2020
3

4

    To:                   REED ZARS
5                         910 Kearney Street
                          Laramie, Wyoming
6                         reed@zarslaw.com

7

8   Remit to:            Ed Young
                          Court Reporter
9                         351 South West Temple
                          Room 3.302
10                        Salt Lake City, Utah  84101-2180
                          801-328-3202
11                        ed_young@utd.uscourts.gov

12  In re:               UTAH PHYSICIANS FOR A HEALTHY
                          ENVIRONMENT,
13                        vs.
                          DIESELSELLERZ, et al.
14                        2:17-CV-32RJS
                          JUDGE ROBERT J. SHELBY
15
                          November 5, 2019 Bench Trial
16                        Pages 1-175
                          175 pages @ $3.65            $638.75
17
                          November 25, 2019 Bench Trial
18                        Pages 273-490
                          217 pages @ $3.65            $792.05
19

20

21                        Total                      $1,430.80

22

23                            THANK YOU!

24

25
```

Fees for Service of Summons and Subpoena

| Item | Date | Amount |
|------|------|--------|
| | | |
| Service of complaint 4X4 - Constable | 1/13/17 | 20.00 |
| Service of complaint DPG - Constable | 1/13/17 | 20.00 |
| Service of complaint Sparts Mot. - Constable | 1/13/17 | 20.00 |
| Service of complaint David Sparks - Constable | 1/13/17 | 20.00 |
| Service of complaint Stuart - Constable | 1/23/17 | 72.00 |
| Service of complaint Hoskins - Constable | 1/13/17 | 60.00 |
| Service of complaint Sellerz - Constable | 1/11/17 | 47.50 |
| Service of complaint Kiley - Constable | 1/19/17 | 60.00 |
| Cheyenne Lord service fees – Valleywide -- AZ | 10/9&13/17 | 150.00 |
| Hofer service and witness fees – SD | 10/26/17 | 20.00 |
| VanDerBrink Lincoln County Sheriff subpoena service | 11/7/17 | 44.00 |
| Hansen subpoena service fee | 11/28/17 | 37.50 |
| VanDerBrink Lincoln County Sheriff subpoena service | 11/20/17 | 44.00 |
| Constable – iDrive and Indust. Inject. service fees | 12/2/17 | 134.00 |
| Trial subpoenas for David Sparks | 12/18/19 | 211.50 |
| | | |
| TOTAL | | $960.50 |



# Statement - Nov 20, 2019

CONSTABLE REITZ, SALT LAKE COUNTY CONSTABLE

7026 South Commerce Park Drive #101  Midvale, UT 84047
(801) 255-5468
info@constablereitz.com
checkservice@constablereitz.com
http://www.constablereitz.com

Reed Zars, Attorney at Law *
910 Kearney Street
Laramie, WY

Route: 01

| Docket # | Ref # | Invoice Date | Case # | Case Name | Serve To | Documents | Days Past Due | Amount | Payment | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 712530 | 712530 | Nov 4, 2019 | 2:17-cv-00032-RJS-DBP | Utah Physicians for a Healthy vs Diesel Power Gear, LLC et al. | David W. Sparks | Subpoena to Appear And Testify | 1 | $38.50 | | $38.50 |
| 712529 | 712529 | Nov 5, 2019 | 2:17-cv-00032-RJS-DBP | Utah Physicians for a Healthy vs Diesel Power Gear, LLC et al. | David W. Sparks | Subpoena to Appear And Testify | | $38.50 | | $38.50 |
| 712528 | 712528 | Nov 5, 2019 | 2:17-cv-00032-RJS-DBP | Utah Physicians for a Healthy vs Diesel Power Gear, LLC et al. | David W. Sparks | Subpoena to Appear And Testify | | $78.50 | | $78.50 |
| 712949 | 712949 | Nov 15, 2019 | 2:17-cv-32-RJS-DBP | Utah Physicians for a Healthy vs Diesel Power Gear, et al | Sadler, Gibb & Associates, LLC | Subpoena to Produce Documents, Information, or Objects  or to Permit | | $56.00 | | $56.00 |

**Subtotal for : $211.50**

**TOTAL DUE: $211.50**

ROBERT J. REITZ, SALT LAKE COUNTY CONSTABLE
7026 South Commerce Park Drive #101 Midvale, UT 84047
(801) 255-5468
info@constablereitz.com
checkservice@constablereitz.com
http://www.constablereitz.com

Route: 01
(801)673-2300

Meghan Dutton Law PLLC *
1124 East Tulane Circle
Sandy, Ut 84094

Docket: **693278**   Received: **12/11/2017**   Court Date: **12/28/2017** at **2:00 PM**

Reference: **693278**   Case No.: **2-17-cv-00032 ROS**   Date Completed: **12/11/2017** at **3:50 PM**

Plaintiff:  Utah Physicians for a Health Environment
Defendant:  Diesel Power Gear, et al.
Serve To:  Industrial Injecton Services Inc.
Location:  3165 E. Millrock Suite #500, Salt Lake City, UT 84121

| Documents | Qty | Cost Per Unit | Total |
|---|---|---|---|
| Subpoena To Produce Documents | 1 | $20.00 | $20.00 |
| Mileage @ $2.00 | 15 | $2.00 | $30.00 |
| Rush Service | 1 | $20.00 | $20.00 |
| | | **Subtotal:** | **$70.00** |
| | | Additional Fees: | |
| | | **Total:** | **$70.00** |
| | | Total Payment(s): | |
| | | Balance Due: | **$70.00** |

**Thank You!**
Payment due net 15 days. Make check payable to Constable Reitz and mail it to the address above. There is a $25.00 fee for checks that are returned for non-sufficient funds.
**FEIN:** 87-0512666

Date Invoiced: 12/12/2017

ROBERT J. REITZ, SALT LAKE COUNTY CONSTABLE
7026 South Commerce Park Drive #101  Midvale, UT 84047
(801) 255-5468
info@constablereitz.com
checkservice@constablereitz.com
http://www.constablereitz.com

Route: 01
(801)673-2300

Meghan Dutton Law PLLC *
1124 East Tulane Circle
Sandy, Ut  84094

| | | |
|---|---|---|
| Docket: **693277** | Received: **12/11/2017** | Court Date: **12/28/2017** at **2:00 PM** |
| Reference: **693277** | Case No.: **2-17-cv-00032 ROS** | Date Completed: **12/11/2017** at **3:55 PM** |

Plaintiff:    Utah Physicians for a Health  Environment
Defendant: Diesel Power Gear, et al.
Serve To:    IDRIVE UTAH, LLC
Location:    6879 South 700 West, Ste 6, Midvale, UT  84047

| Documents | | Qty | Cost Per Unit | Total |
|---|---|---|---|---|
| Subpoena To Produce Documents | | 1 | $20.00 | $20.00 |
| Mileage @ $2.00 | | 12 | $2.00 | $24.00 |
| Rush Service | | 1 | $20.00 | $20.00 |
| | | | **Subtotal:** | **$64.00** |
| | | | Additional Fees: | |
| | | | **Total:** | **$64.00** |
| | | | Total Payment(s): | |
| | | | Balance Due: | **$64.00** |

**Thank You!**
Payment due net 15 days. Make check payable to Constable Reitz and mail it to the address above. There is a $25.00 fee
for checks that are returned for non-sufficient funds.
**FEIN:** 87-0512666

Date Invoiced: 12/12/2017

**RECEIPT** — **Washington County Sheriff** 035241

☐ PRISONER'S MONEY
☐ BAIL / SPECIFY COURT ___12-3421-000 00 1___
☐ CIVIL SERVICE
☐ OTHER - EXPLAIN: _____

Received From _Reed Zars, Attorney_

Address _ck # 4272_

Amount _Thirty-seven and 50/100_ — $ 37.50

For _Subpoena - Travis Hansen_

CP# 50311 By _Rachel Anerring_      Date 11/28/17

```
11/29/17                 Washington County Sheriff's Office              5017
09:32                       Statement of Process Costs          Page:      1
```

Responsible Party:
  REED ZARS, ATTORNEY AT LAW     [ Process Number:    50391
  910 KEARNEY STREET           [ Court Case No.: 2:17-cv-00032-RJS
  Laramie, WY  82070           [ SUBPEONA

    UTAH PHYSICIANS FOR A HEALTHY ENVIORN (Plaintiff)
                  ,

    DIESEL POWER GEAR LLC (Defendant)
                ,

    TRAVIS VANCE HANSEN (Witness)
    1369 N LEXINGTON ST        Washington, UT  84780

| Date | Seq | Docno | Typ | Description | Amount |
|------|-----|-------|-----|-------------|--------|
| 11/29/17 | 1 | 1 | CHG | 7 miles @2.50 | 17.50 |
| 11/29/17 | 2 | 2 | CHG | SUBPEONA | 20.00 |
| 11/28/17 | 3 | 13174 | CR | CK #4272; RCT #35241 | -37.50 |
| | | | | FINAL REFUND DUE : | 0.00 |

I hereby certify that the refund due is correct and payable.  If not contacted
within ten days, this statement will be considered correct.

    Cory Pulsipher, Sheriff
    Washington County Sheriff
    750 S 5300 W               By: _Rachel Auerney_
    Hurricane, Utah  84737          Deputy

```
11/27/17                Washington County Sheriff's Office              5017
10:45                   Civil Process Service Worksheet       Page:      1

PROCESS:
Process Number :     50391              Tm/Dt Receivd: 10:37:18 11/27/17
Agency       : WCSO                     Court Case No: 2:17-cv-00032-RJS
Date Issued  : 11/22/17                 Court Code  : USDC Copies: 2
Expiration Date: 12/07/17               Court Date  : 12/07/17
Date Returned  : **/**/**               Judge Name  :

UTAH PHYSICIANS FOR A HEALTHY ENVIOR  vs. DIESEL POWER GEAR LLC
```

Plaintiff                               Defendant

PAPERS TO SERVE: SUBPEONA        *Please complete the additionall Proof of
                                           Service (highlighted area)
PERSON TO SERVE: TRAVIS VANCE HANSEN  (Witness          )
Address       : 1369 W LEXINGTON ST
City, State, Zp: Washington, UT  84780        Phone: (435)632-6704
Birth Date    : 04/12/84               Alert Codes:

OFFICER ASSIGNED:                 Disposition: ACT  Location:

SERVICE REQUIREMENTS:
(none)

SERVICE ATTEMPTS:
Time    Date    Miles   Officer        Misc. Comments

_____  _____  _____  _____  _____

_____  _____  _____  _____  _____

_____  _____  _____  _____  _____

_____  _____  _____  _____  _____

_____  _____  _____  _____  _____

COMPLETED SERVICE:

Time: _____ Date: 11/28/17 Miles: _____ Officer: _____ W# 438

Addr: 1369 W levington St _____ Location: _____

City: Washington _____ St: UT Zip: 84737

Who Served: Travis Hansen _____ Relationship: _____

Comments: _____

_____

_____

SECOND JUDICIAL CIRCUIT

Return # 10849
Process # C17-01684
Docket # 2:17-cv-00032-RJS
Reference # Subpoena #2

STATE OF SOUTH DAKOTA                          }
COUNTY OF LINCOLN                              }
                                               }
                                               }
Utah Physicians For A Healthy Environment      }
          Plaintiff,                           }        SHERIFF'S RETURN OF PERSONAL SERVICE
          - vs -                               }
                                               }
          Defendant                            }

I, **Scott Gaalswyk,** Lincoln County Sheriff's Office, South Dakota, hereby certify that on the **16th day of November, 2017, a Subpoena,** in the above entitled action, came into my hand for service. That on the **17th day of November, 2017** at **8:59 AM**, in said county, **I did serve the documents on Brett Vanderbrink.**

| Item | Amount Owed | Amount Paid |
|------|------------|-------------|
| Mileage Fee | $24.00 | $0.00 |
| Subpoena Fee | $20.00 | $0.00 |

|  | | |
|---|---|---|
| **Total Owed** | **$44.00** |
| **Total Paid** | **$0.00** |
| **Uncollectible** | **$0.00** |
| **Remaining** | **$44.00** |

**Invoice #**         17-05924
                      Reed Zars Attorney At Law
                      910 Kearney St., Laramie, WY 82070

**Comments**

**Date Returned 11/20/17**

**Signed**                                          Date  11-20-17

Deputy Scott Gaalswyk
Lincoln County Sheriff's Office
128 N Main St
Canton, SD 57013
Phone: (605) 764-5651
Fax: (605) 764-2767

PD
11/30/17

SECOND JUDICIAL CIRCUIT

Return # 10804
Process # C17-01624
Docket #
Reference #

STATE OF SOUTH DAKOTA            }
COUNTY OF LINCOLN                }
                                 }
                                 }
Utah Physicians For A Healthy Environment   }
        Plaintiff,               }        SHERIFF'S RETURN OF PERSONAL SERVICE
        - vs -                   }
Diesel Power Gear LLC, Et Al.    }
        Defendant                }

I, **Scott Gaalswyk,** Lincoln County Sheriff's Office, South Dakota, hereby certify that on the **2nd day of November, 2017, a Subpoena,** in the above entitled action, came into my hand for service. That on the **2nd day of November, 2017** at **11:00 AM,** in said county, **I did serve the documents on Brett Vanderbrink.**

| Item | Amount Owed | Amount Paid |
|------|-------------|-------------|
| Mileage Fee | $24.00 | $0.00 |
| Subpoena Fee | $20.00 | $0.00 |
| | **Total Owed** | **$44.00** |
| | **Total Paid** | **$0.00** |
| | **Uncollectible** | **$0.00** |
| | **Remaining** | **$44.00** |

**Invoice #**         17-05831
                      Reed Zars Attorney At Law
                      910 Kearney St., Laramie, WY 82070

**Comments**

**Date Returned 11/6/17**

**Signed**                                      Date _11-6-17_

                      Deputy Scott Gaalswyk
                      Lincoln County Sheriff's Office
                      128 N Main St
                      Canton, SD 57013
                      Phone: (605) 764-5651
                      Fax: (605) 764-2767

Valleywide Process Service
14215 N. 20th Way
Phoenix, AZ 85022
(602) 262-2555

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF UTAH

| | | |
|---|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, | ) | Case No: 2:17-cv-00032-RJS |
| | ) | |
| | ) | Production Date: Nov. 3, 6 or 8, 2017 |
| Plaintiff, | ) | DECLARATION OF DELIVERY BY |
| vs. | ) | PRIVATE PROCESS SERVER |
| DIESEL POWER GEAR LLC, ET. AL., | ) | |
| | ) | |
| Defendant. | ) | |

Jack Cox upon his oath and personal knowledge states as follows:

1. I am over twenty one years of age, suffer no legal disabilities and I am licensed in Maricopa County as a private process server;

2. On October 27, 2017 at 3:18 p.m. I delivered to CHEYENNE LORD at 2301 E. Yeager Dr Ste #2 in Chandler, Arizona the Subpoena to Produce Documents, Information or Objects, or Permit Inspection of Premises in a Civil Action; Federal Rules of Civil Procedure; Exhibit filed with/issued by this Honorable Court in this matter by delivery to Lisa Vaughn, stated authorized to accept this Subpoena on behalf of Mr. Cheyenne Lord;

3. Lisa Vaughn: C, F, 50's ish, 5'5"ish, medium plus build, brown hair;

4. The fee for this service was $60.00.

I swear under penalty of perjury pursuant to the laws of the United States of America this 28th day of October, 2017 that the foregoing is true and correct.

_____
Jack Cox

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.      2:17-cv-00032-RJS

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*     Chad Hofer

on *(date)*    10-27-17    .

☒   I served the subpoena by delivering a copy to the named individual as follows:   Chad Hofer

Personally picked up paperwork at the Turner County Sheriff's Office

_____   on *(date)*  10/27/17   ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ 85.00 .

My fees are $    0.00    for travel and $    20.00    for services, for a total of $    20.00    .

I declare under penalty of perjury that this information is true.

Date:   10/27/17

Tricia Erickson #130
*Server's signature*

Tricia Erickson ; Administrative Deputy
*Printed name and title*

400 S Main Ave ; PO Box 580 Parker SD 57053
*Server's address*

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT

Return # 6601
Process # C17-00702
Docket # 2:17-cv-00032-RJS
Reference #

UTAH PHYSICIANS FOR A HEALTHY
ENVIRONMENT                                      }

      Plaintiff,                                   }      SHERIFF'S RETURN OF PERSONAL SERVICE

      - vs -                                        }

DIESEL POWER GEAR LLC, ET AL.                    }

      Defendant                                    }

I, Byron Nogelmeier, Sheriff of Turner County, South Dakota, hereby certify that on the **27th day of October, 2017, a Subpoena to Testify at a Deposition in a Civil Action; Exhibit A; Check #4256 for $85.00 for witness fee & mileage**, in the above entitled action, came into my hand for service. That on the **27th day of October, 2017** at **1:43 PM**, in said county, **I did serve the documents on CHAD HOFER**. By then and there delivering to and leaving with: **HOFER, CHAD (personally)** at **400 S Main Ave, Parker, SD 57053**

| Item | Disburse To | Amount Owed | Amount Paid |
|------|-------------|-------------|-------------|
| Civil papers/Subpoena Fee | TURNER COUNTY TREASURER | $20.00 | $0.00 |
| | Total Owed | | $20.00 |
| | Total Paid | | $0.00 |
| | Uncollectible | | $0.00 |
| | Remaining | | $20.00 |

**Invoice #**      17-02275
               REED ZARS; ATTORNEY AT LAW
               910 Kearney St, Laramie, WY 82070

**Comments**

**Date Returned 10/27/17**

**Signed** _Tricia Erickson_          **Date** _10-27-17_

      Byron Nogelmeier
      Turner County Sheriff
      By: Deputy Tricia Erickson
      400 S Main Ave
      PO Box 580
      Parker, SD 57053
      Phone: (605) 297-3225
      Fax: (605) 297-3871

# Office of the Turner County Sheriff

Invoice                                                          Printed on October 27, 2017

**Please remit payment to the address below.**

**Billed To** REED ZARS; ATTORNEY AT LAW
910 Kearney St
Laramie, WY 82070

Please Remit Payment To:
Turner County Sheriff
PO Box 580
Parker, SD 57053

**Reference** Civil Papers C17-00702; Serve On: HOFER, CHAD
**Return #** 6601
**Invoice #** 17-02275
**Invoice Date** 10/27/17
**Due Date** 11/26/17

| Item | Disburse To | Amount Owed | Amount Paid |
|------|-------------|-------------|-------------|
| Civil papers/Subpoena Fee | TURNER COUNTY TREASURER | $20.00 | $0.00 |

|  |  |
|---|---|
| **Total Owed** | **$20.00** |
| **Total Paid** | **$0.00** |
| **Uncollectible** | **$0.00** |
| **Remaining** | **$20.00** |

**Comments**

**Turner County Sheriff's Office**
**400 S Main Ave**
**PO Box 580**
**Parker, SD 57053**
**Phone: (605) 297-3225**
**Fax: (605) 297-3871**

Made by **ZUERCHER**                                              Page 1 of 1

Valleywide Process Service
14215 N. 20th Way
Phoenix, AZ 85022
(602) 262-2555

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF UTAH

| | | |
|---|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, | ) | Case No: 2:17-cv-00032-RJS |
| | ) | |
| | ) | Production Date: Between 10/12-26, 2017 |
| Plaintiff, | ) | DECLARATION OF DELIVERY BY |
| vs. | ) | PRIVATE PROCESS SERVER |
| DIESEL POWER GEAR LLC, ET. AL., | ) | |
| | ) | |
| Defendant. | ) | |

Josiah Cox upon his oath and personal knowledge states as follows:

1. I am over twenty one years of age, suffer no legal disabilities and I am licensed in Maricopa County as a private process server;

2. On October 13, 2017 at 4:10 p.m. I delivered to CHEYENNE LORD at 2301 E. Yeager Dr Ste #2 in Chandler, Arizona the Subpoena to Produce Documents, Information or Objects, or Permit Inspection of Premises in a Civil Action; Federal Rules of Civil Procedure; Exhibit filed with/issued by this Honorable Court in this matter by delivery to Lisa Vaughn, employee, stated authorized to accept for Cheyenne Lord;

3. Lisa Vaughn: C, F, blonde, 40's, 5'3", full figured;

4. The fee for this service was $100.00.

I swear under penalty of perjury pursuant to the laws of the United States of America this 14th day of October, 2017 that the foregoing is true and correct.

_____
Josiah Cox

Valleywide Process Service
14215 N. 20th Way
Phoenix, AZ 85022
(602) 262-2555

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF UTAH

| | | |
|---|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, | ) | Case No: 2:17-cv-00032-RJS |
| | ) | |
| | ) | Production Date: Between 10/12-17, 2017 |
| Plaintiff, | ) | DECLARATION OF DELIVERY BY |
| vs. | ) | PRIVATE PROCESS SERVER |
| DIESEL POWER GEAR LLC, ET. AL., | ) | |
| | ) | |
| Defendant. | ) | |

Jack Cox upon his oath and personal knowledge states as follows:

1. I am over twenty one years of age, suffer no legal disabilities and I am licensed in Maricopa County as a private process server;

2. On October 9, 2017 at 4:15 p.m. I attempted/caused to be attempted to CHEYENNE LORD at 2301 E. Yeager Dr in Chandler, Arizona the Subpoena to Produce Documents, Information or Objects, or Permit Inspection of Premises in a Civil Action; Federal Rules of Civil Procedure; Exhibit filed with/issued by this Honorable Court in this matter and was unable to effect service;

3. 2301 is one building in an industrial complex;

4. It has 14 different suites/offices/warehouse locations therein;

5. No suite number provided;

6. The fee for this service was $50.00.

I swear under penalty of perjury pursuant to the laws of the United States of America this 11th day of October, 2017 that the foregoing is true and correct.

_____
Jack Cox

# CONSTABLE'S RETURN

Docket #: **585837**

Reference #: **585837**

**Utah Physicians for a Healthy Environment, Inc.  VS Joshua Stuart**

Case # **2:17CV00032-BCW**

I, **Orson Madsen**

being first duly sworn on oath and say: I am a duly appointed Deputy Constable, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action. I received the within and hereto annexed,

**Summons & Complaint  & Electronic Disk (Exhibits)**

on **Jan 10, 2017**, and served the same upon

**Joshua Stuart**

a within named **Defendant** in said article(s) by serving a true copy of said article(s) for the Defendant with

**Joshua Stuart (Personally)**

a person of suitable age and discretion at

**1955 South 1800 West, Woods Cross, UT  84087**

the usual place of business.

In accordance with Utah Code 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Served on **Jan 23, 2017** at **9:30 AM**.

Deputy Constable                                                  SL 802

Robert J. Reitz, Salt Lake County Constable

7026 South Commerce Park  Drive #101

Midvale, UT  84047  (801) 255-5468

**TOTAL CHARGES: $72.00**

## NOTES

Also attempted service at the residence, 1130 Northern Hills Drive, Bountiful, however, defendant was out of town.

Court: USDC

# CONSTABLE'S RETURN

Docket #: **585840**

Reference #: **585840**

**Utah Physicians for a Healthy Environment, Inc.  VS David Kiley**

Case # **2:17CV00032-BCW**

I, **Orson Madsen**

being first duly sworn on oath and say: I am a duly appointed Deputy Constable, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action. I received the within and hereto annexed,

**Summons & Complaint  & Electronic Disk  (Exhibits)**

on **Jan 10, 2017**, and served the same upon

**David Kiley**

a within named **Defendant** in said article(s) by serving a true copy of said article(s) for the Defendant with

**David Kiley (Personally)**

a person of suitable age and discretion at

**1955 South 1800 West, Woods Cross, UT  84087**

the usual place of business.

In accordance with Utah Code 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Served on **Jan 19, 2017** at **1:22 PM**.

Deputy Constable                                                                             SL 802

Robert J. Reitz, Salt Lake County Constable

7026 South Commerce Park  Drive #101

Midvale, UT  84047  **(801)** 255-5468

**TOTAL CHARGES: $60.00**

## NOTES

Defendant had not been at the business; tried to catch him at 1262 North Compton Road, Farmington, but David does not live there, it is a relative's residence.

Court: USDC

# CONSTABLE'S RETURN

Docket #: **585835**

Reference #: **585835**

**Utah Physicians for a Healthy Environment, Inc.  VS Sparks Motors LLC**

Case # **2:17-cv-00032-BCW**

I, **Orson Madsen**

being first duly sworn on oath and say: I am a duly appointed Deputy Constable, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action.

I received the within and hereto annexed,

**Summons & Complaint  & Electronic Disk (Exhibit's)**

on **Jan 10, 2017**, and served the same upon

**Sparks Motors LLC**

a within named **Defendant** in said article(s) by serving a true copy of said article(s) for the Defendant with

**David Sparks (Registered Agent)**

a person of suitable age and discretion at

**1955 South 1800 West, Woods Cross, UT  84087**

the usual place of business.

In accordance with Utah Code 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Served on **Jan 13, 2017** at **10:50 AM**.

Deputy Constable                                                                SL 802

Robert J. Reitz, Salt Lake County Constable

7026 South Commerce Park  Drive #101

Midvale, UT  84047  (801) 255-5468

**TOTAL CHARGES: $20.00**

NOTES

Court: USDC

# CONSTABLE'S RETURN

Docket #: **585838**

Reference #: **585838**

**Utah Physicians for a Healthy Environment, Inc.  VS Mark Keaton Hoskins**

Case # **2:17-cv-00032-BCW**

I, **Orson Madsen**

being first duly sworn on oath and say: I am a duly appointed Deputy Constable, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action.

I received the within and hereto annexed,

**Summons & Complaint  & Electronic Disk (Exhibit's)**

on **Jan 10, 2017**, and served the same upon

**Mark Keaton Hoskins**

a within named **Defendant** in said article(s) by serving a true copy of said article(s) for the Defendant with

**Mark Keaton Hoskins (Personally)**

a person of suitable age and discretion at

**1955 South 1800 West, Woods Cross, UT  84087**

the usual place of business.

In accordance with Utah Code 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Served on **Jan 13, 2017** at **10:50 AM**.

Deputy Constable                                      SL 802

Robert J. Reitz, Salt Lake County Constable

7026 South Commerce Park  Drive #101

Midvale, UT  84047  (801) 255-5468

**TOTAL CHARGES: $60.00**

## NOTES

Court: USDC

# CONSTABLE'S RETURN

Docket #: **585833**

Reference #: **585833**

**Utah Physicians for a Healthy Environment, Inc.  VS Diesel Power Gear LLC**

Case # **2:17-cv-00032-BCW**

I, **Orson Madsen**

being first duly sworn on oath and say: I am a duly appointed Deputy Constable, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action. I received the within and hereto annexed,

**Summons & Complaint  & Electronic Disk (Exhibit's)**

on **Jan 10, 2017**, and served the same upon

**Diesel Power Gear LLC**

a within named **Defendant** in said article(s) by serving a true copy of said article(s) for the Defendant with

**David Sparks (Registered Agent)**

a person of suitable age and discretion at

**1955 South 1800 West, Woods Cross, UT  84087**

the usual place of business.

In accordance with Utah Code 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Served on **Jan 13, 2017** at **10:50 AM**.

Deputy Constable                                        SL 802

Robert J. Reitz, Salt Lake County Constable

7026 South Commerce Park  Drive #101

Midvale, UT  84047  (801) 255-5468

**TOTAL CHARGES: $20.00**

## NOTES

Court: USDC

# CONSTABLE'S RETURN

Docket #: **585836**

Reference #: **585836**

**Utah Physicians for a Healthy Environment, Inc.  VS David Sparks**

Case # **2:17-cv-00032-BCW**

I, **Orson Madsen**

being first duly sworn on oath and say: I am a duly appointed Deputy Constable, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action. I received the within and hereto annexed,

**Summons & Complaint  & Electronic Disk (Exhibit's)**

on **Jan 10, 2017**, and served the same upon

**David Sparks**

a within named **Defendant** in said article(s) by serving a true copy of said article(s) for the Defendant with

**David Sparks (Personally)**

a person of suitable age and discretion at

**1955 South 1800 West, Woods Cross, UT  84087**

the usual place of business.

In accordance with Utah Code 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Served on **Jan 13, 2017** at **10:50 AM**.

Deputy Constable                                    SL 802

Robert J. Reitz, Salt Lake County Constable

7026 South Commerce Park  Drive #101

Midvale, UT  84047  (801) 255-5468

**TOTAL CHARGES: $20.00**

## NOTES

Court: USDC

# CONSTABLE'S RETURN

Docket #: **585834**

Reference #: **585834**

**Utah Physicians for a Healthy Environment, Inc.  VS 4X4 Anything LLC**

Case # **2:17-cv-00032-BCW**

I, **Orson Madsen**

being first duly sworn on oath and say: I am a duly appointed Deputy Constable, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action. I received the within and hereto annexed,

**Summons & Complaint  & Electronic Disk (Exhibit's)**

on **Jan 10, 2017**, and served the same upon

**4X4 Anything LLC**

a within named **Defendant** in said article(s) by serving a true copy of said article(s) for the Defendant with

**David Sparks (Registered Agent)**

a person of suitable age and discretion at

**1955 South 1800 West, Woods Cross, UT  84087**

the usual place of business.

In accordance with Utah Code 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Served on **Jan 13, 2017** at **10:50 AM**.

Deputy Constable                    SL 802

Robert J. Reitz, Salt Lake County Constable

7026 South Commerce Park  Drive #101

Midvale, UT  84047  (801) 255-5468

**TOTAL CHARGES: $20.00**

## NOTES

Court: USDC

# CONSTABLE'S RETURN

Docket #: **585839**

Reference #: **585839**

**Utah Physicians for a Healthy Environment, Inc.  VS DIESELSellerz.com LLC**

Case # **2:17CV00032-BCW**

I, **Orson Madsen**

being first duly sworn on oath and say: I am a duly appointed Deputy Constable, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action. I received the within and hereto annexed,

**Summons & Complaint  & Electronic Disk (Exhibit's)**

on **Jan 10, 2017**, and served the same upon

**DIESELSellerz.com LLC**

a within named **Defendant** in said article(s) by serving a true copy of said article(s) for the Defendant with

**Cannon Law Group, PLLC (Registered Agent)**

a person of suitable age and discretion at

**53 South 600 East, Salt Lake City, UT  84102**

the usual place of business.

In accordance with Utah Code 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Served on **Jan 11, 2017** at **2:22 PM**.

_____

Deputy Constable                                    SL 802

Robert J. Reitz, Salt Lake County Constable

7026 South Commerce Park  Drive #101

Midvale, UT  84047  **(801)** 255-5468

**TOTAL CHARGES: $47.50**

## NOTES

Served Pace Johnson, Attorney for Cannon Law Group, PLLC, Registered Agent for DIESELSellerz.com LLC.

Court: USDC

<u>Fees of the Clerk</u>

| Item | Date | Amount |
|------|------|--------|
| | | |
| Complaint filing fee | 1/10/2017 | 400.00 |
| Pro Hac Vice fee Zars | 1/10/2017 | 250.00 |
| Pro Hac Vice fee Hayes | 9/25/2019 | 250.00 |
| | | |
| | | |
| TOTAL | | $900.00 |

| 09/25/2019 | 134 | Plaintiff's MOTION for Admission Pro Hac Vice of George Hays , Registration fee $ 250, receipt number 1088-3380372, filed by Plaintiff Utah Physicians for a Healthy Environment. (Attachments: # 1 Text of Proposed Order, # 2 Appendix ECF Registration Form)(Zars, Reed) (Entered: 09/25/2019) |
|---|---|---|
| 09/26/2019 | 135 | ORDER granting 134 Motion for Admission Pro Hac Vice of George E. Hays for Utah Physicians for a Healthy Environment.<br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov*<br>Signed by Judge Robert J. Shelby on 9/25/19. (dla) (Entered: 09/26/2019) |



From: **Meghan Dutton**  meghan@megduttonlaw.com
Subject: FW: Pay.gov Payment Confirmation: UTD CM ECF
Date: January 10, 2017 at 10:36 AM
To: Reed Zars  reed@zarslaw.com

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov
[mailto:paygovadmin@mail.doc.twai.gov]
Sent: Tuesday, January 10, 2017 10:33 AM
To: reed@zarslaw.com; Meghan Dutton <meghan@megduttonlaw.com>
Subject: Pay.gov Payment Confirmation: UTD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Robert Janzen at (801) 524-6105.

Application Name: UTD CM ECF
Pay.gov Tracking ID: 2600ULA9
Agency Tracking ID: 1088-2672148
Transaction Type: Sale
Transaction Date: Jan 10, 2017 12:32:45 PM

Account Holder Name: Reed Zars
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************7665

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

From: **Meghan Dutton** meghan@megduttonlaw.com
Subject: FW: Pay.gov Payment Confirmation: UTD CM ECF
Date: January 10, 2017 at 10:53 AM
To: Reed Zars reed@zarslaw.com



-----Original Message-----
From: paygovadmin@mail.doc.twai.gov
[mailto:paygovadmin@mail.doc.twai.gov]
Sent: Tuesday, January 10, 2017 10:51 AM
To: reed@zarslaw.com; Meghan Dutton <meghan@megduttonlaw.com>
Subject: Pay.gov Payment Confirmation: UTD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you
have any questions or you wish to cancel this payment, please contact Robert
Janzen at (801) 524-6105.

Application Name: UTD CM ECF
Pay.gov Tracking ID: 2600UQAP
Agency Tracking ID: 1088-2672346
Transaction Type: Sale
Transaction Date: Jan 10, 2017 12:50:33 PM

Account Holder Name: Reed Zars
Transaction Amount: $250.00
Card Type: Visa
Card Number: ************7665

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Copy costs

| Item | Date | Amount |
|------|------|--------|
|  |  |  |
| Copies of complaint and summonses | 1/10/2017 | 154.03 |
| Copy Center – Trial exhibit copies | 11/2/2019 | 213.59 |
|  |  |  |
|  |  |  |
| TOTAL |  | $367.62 |

*TRIAL 4X*

COPY CENTER
307-766-3890
DATE 11/02/2019 SAT      TIME 14:54
938 8¢ COPIES X1              $75.04
138 7¢ COPIES X1              $9.66
292X                          @0.40
    COLOR COPIES X1          $116.80
TAX1 AMT                      $12.09
TOTAL                        $213.59
CREDIT CARD                  $213.59
    * ORDER# 0176 *
JAZMYN      NO.181376        REG 01

UW COPY CENTER
1000 E UNIVERSITY DEPT 3105
LARAMIE. WY. 82071
307-766-3890

## Sale

xxxxxxxxxxxxx7665
VISA                    Entry Method: Chip

## Total: $            213.59

11/02/19                        14:00:36
Inv #: 000000001        Appr Code: 01081C
Apprvd: Online

CHASE VISA
AID: A0000000031010
TVR: 00 80 00 80 00
TSI: E8 00

Customer Copy
Thank you

# FedEx Office.

FedEx Office is your destination
for printing and shipping.

2124 E Grand Ave
Laramie, WY 82070
Tel: (307) 721-8170

1/9/2017                      9:16:01 AM MST
Team Member: Brandi R.

SALE

| | | |
|---|---|---|
| CLR 1S Copy/Print | 20 @ | 0.6500 T |
| 000173 Reg. Price | 0.65 | |
| BW 1S on 24# Wht | 70 @ | 0.1400 T |
| 000330 Reg. Price | 0.14 | |
| CLR 1S Copy/Print | 20 @ | 0.6500 T |
| 000173 Reg. Price | 0.65 | |
| BW 1S on 24# Wht | 12 @ | 0.1400 T |
| 000330 Reg. Price | 0.14 | |
| BW 1S on 24# Wht | 6 @ | 0.1400 T |
| 000330 Reg. Price | 0.14 | |
| CLR 1S Copy/Print | 2 @ | 0.6500 T |
| 000173 Reg. Price | 0.65 | |
| CLR 1S Copy/Print | 4 @ | 0.6500 T |
| 000173 Reg. Price | 0.65 | |
| BW 1S on 24# Wht | 16 @ | 0.1400 T |
| 000330 Reg. Price | 0.14 | |
| CLR 1S Copy/Print | 6 @ | 0.6500 T |
| 000173 Reg. Price | 0.65 | |
| BW 1S on 24# Wht | 4 @ | 0.1400 T |
| 000330 Reg. Price | 0.14 | |
| BW 1S on 24# Wht | 118 @ | 0.1300 T |
| 000330 Reg. Price | 0.14 | |
| CLR 1S Copy/Print | 80 @ | 0.6500 T |
| 000173 Reg. Price | 0.65 | |
| BW 1S on 24# Wht | 2 @ | 0.1400 T |
| 000330 Reg. Price | 0.14 | |
| CLR 1S Copy/Print | 6 @ | 0.6500 T |
| 000173 Reg. Price | 0.65 | |
| BW 1S on 24# Wht | 2 @ | 0.1400 T |
| 000330 Reg. Price | 0.14 | |
| CLR 1S Copy/Print | 34 @ | 0.6500 T |
| 000173 Reg. Price | 0.65 | |
| BW 1S on 24# Wht | 4 @ | 0.1400 T |
| 000330 Reg. Price | 0.14 | |

| | |
|---|---|
| Regular Total | 144.56 |
| Discounts | 1.18 |
| Total | 143.38 |

| | |
|---|---|
| Sub Total | 143.38 |
| Tax | 8.60 |
| Deposit | 0.00 |
| Total | 151.98 |
| Visa (S) | 151.98 |
| Account: 7665 | |
| Auth: 09746C (A) | |
| Total Tender | 151.98 |
| Change Due | 0.00 |

Total Discounts      1.18

```
* 1 6 0 3 0 0 4 6 4 9 2 *
```

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:____ Offer expires 06/30/17

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

By submitting your project to FedEx
Office or by making a purchase in the
FedEx Office store, you agree to all the
FedEx Office terms and conditions,
including limitations of liability,
located at fedex.com/office, or you
may request a copy of our terms and
conditions, which will be made available
to you upon request.

Customer Copy



FedEx Office is your destination
for printing and shipping.


19 E 200 S
Salt Lake City, UT 84111-1905
Tel: (801) 533-9444

1/10/2017                 1:17:04 PM MST
Team Member: Marina M.

                    SALE

BW 1S Copy/Print      16 @    0.1200 T
 000001 Reg. Price    0.12

    Regular Total     1.92
    Discounts         0.00

    Total             1.92


Sub-Total                     1.92
Tax                           0.13
Deposit                       0.00

Total                         2.05

Cash                          5.05

    Total Tender              5.05
    Change Due              (3.00)