FILED
United States Court of Appeals
Tenth Circuit

February 25, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DIESEL POWER GEAR, LLC; B&W AUTO, LLC doing business as Sparks Motors, LLC; DAVID W. SPARKS; JOSHUA STUART; KEATON HOSKINS,<br><br>Defendants - Appellants,<br><br>and<br><br>4x4 ANYTHING LLC,<br><br>Defendants. | No. 20-4043<br>(D.C. No. 2:17-CV-00032-RJS)<br>(D. Utah) |

_____

**ORDER**
_____

This matter is before the court on *Defendant-Appellant Keaton Hoskins' Joint Motion to Dismiss his Appeal.* At the direction of the court, the motion is granted. The court dismisses Keaton Hoskins' portion of this appeal and directs the Clerk to update the caption for this appeal accordingly.

The portions of the appeal brought by Diesel Power Gear, LLC, B&W Auto, LLC, David W. Sparks and Joshua Stuart remain pending and set for oral argument via video conference on March 10, 2021 at 9:00 A.M. Mountain Time.

                                        Entered for the Court

                                        CHRISTOPHER M. WOLPERT, Clerk