*Attorneys for Plaintiff*

| | | |
|---|---|---|
| Reed Zars | George E. Hays | Michelle Amelia Newman |
| Utah Bar No. 16351 | Attorney at Law | Utah Bar No. 18065 |
| Attorney at Law | P.O. Box 843 | 105 Parkview Terrace |
| 910 Kearney Street | Bellevue, WA 98009 | Park City, UT 84098 |
| Laramie, WY 82070 | (415) 566-5414 | (610) 761-7643 |
| (307) 760-6268 | georgehays@mindspring.com | micanewman@gmail.com |
| reed@zarslaw.com | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Diesel Power Gear, LLC, et al., <br><br> Defendant. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief District Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

Notice is hereby given of the entry of the undersigned as co-counsel for Plaintiff Utah Physicians for a Healthy Environment in the above-entitled action. Pursuant to Federal Rule of Civil Procedure 5, Ms. Newman requests that all further notice and copies of pleadings, papers, and other material relevant to this action be directed to and served upon her via the Court's electronic system or by email at the address above.

DATED this 27th day of January, 2022.

s/ Michelle Amelia Newman
Michelle Amelia Newman
Utah Bar No. 18065
105 Parkview Terrace
Park City, UT 84098

(610) 761-7643
micanewman@gmail.com

Reed Zars
Utah Bar No. 16351
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com

George E. Hays
Attorney at Law
P.O. Box 843
Bellevue, WA 98009
(415) 566-5414
georgehays@mindspring.com

*Attorneys for Plaintiff*

2