**Cole S. Cannon (Utah Bar No. 12053)**
**cole@cannonlawgroup.com**
**Jon F. Pfeifer (Utah Bar No. 16646)**
**jon@cannonlawgroup.com**
**CANNON LAW GROUP**
**124 South 600 East**
**Salt Lake City, Utah 84102**
**Telephone: (801) 363-2999**
**Attorneys for Defendants**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br> Plaintiff, <br> v. <br><br> Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks, Joshua Stuart and Keaton Hoskins, <br> Defendants. | **Notice of Appearance of Counsel** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

Notice is hereby given of the entry of the undersigned, Jon F. Pfeifer, as counsel for Defendants, Diesel Power Gear, LLC, B&W Auto LLC d/b/a Sparks Motors, LLC, David W. Sparks, and Joshua Stewart, in the above-entitled action.

Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

    Jon F. Pfeifer
    jon@cannonlawgroup.com
    Cannon Law Group, PLLC 124 South 600 East
    Salt Lake City, Utah 84102

Dated this 1st day of March, 2022.

                                                        /s/Jon F. Pfeifer

                                                        Jon F. Pfeifer, Attorney for Defendants

-2-

Certificate of Service

I hereby certify that on this 1st day of March, 2022, I caused a true and correct copy of the foregoing Notice of Appearance of Counsel to be served on opposing counsel via electronic service.

<u>/s/Jon F. Pfeifer</u>

Jon F. Pfeifer