UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

_____CENTRAL_____ DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT<br><br>Plaintiff,<br><br>vs.<br><br>DIESEL POWER GEAR LLC, et al.<br><br><br>Defendants, | **APPLICATION FOR GARNISHMENT**<br><br><br>Case No. 2:17-cv-00032-RJS-DBP |

The Plaintiff hereby applies for a writ of garnishment on the following grounds:

1. That judgment has been entered in the above-cited action requiring the payment of money. The amount that remains due on the judgment is $ 20,585.00 .

2. That the property to be garnished consists of :
   Bank Accounts of B&W Auto, LLC, d/b/a/ Sparks Motors, LLC
   _____
   _____
   _____
   (*If known, list the nature, location, account number and estimated value of the property*)
   held by:
   JP Morgan Chase Bank, N.A; at CT Corporation System, 1108 E. South Union
   _____
   Avenue, Midvale, UT 84047; Amount on deposit: Unknown
   _____
   _____
   (*List name, address and phone number of the person holding the property*)

3. That the business or person to be charged as garnishee is:
   JP Morgan Chase Bank, N.A
   _____

4. That: (check one of the following)
   ☐ a. Said property consists in whole of earnings from personal services.
   ☐ b. Said property consists in part of earnings from personal services.
   ☑ c. Said property does not consist of earnings from personal services.

5.  That the following persons are known to claim an interest in property:
    Utah Physicians for a Healthy Environment, on behalf of its attorney Reed Zars

6.  That the garnishee fee established by Utah Code Section 78A-2-216 is attached.

DATED this __12th__ day of __October__, 20__22__.

Utah Physicians for a Health Environment/ s/George E. Hays
Plaintiff/Attorney for Plaintiff