IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br> v. <br><br> DIESELSellerz.com et al., <br><br> Defendants. | ORDER RE PLAINTIFF'S MOTION FOR ORAL EXAMINATION <br><br> Case No. 2:17-cv-32 RJS DBP <br><br> Chief Judge Robert J. Shelby <br><br> Chief Magistrate Judge Dustin B. Pead |

Plaintiff Utah Physicians for a Healthy Environment (UPHE) moves the court for a hearing to determine through oral examination Defendants' financial resources. (ECF No. 281.) As set forth herein, the court sets the matter for a hearing whereby Defendants are ordered to appear and testify.

In their motion UPHE requests a list of certain required information from Defendants. This includes *inter alia* current loan and lines of credit documents; existing contracts for services; a list of all real property and related information; a list of all other assets; and a list of all liabilities.[1] UPHE requests that David Sparks and Joshua Stuart appear separately to testify under oath regarding certain assets and liabilities and to appear with specific records as set forth in UPHE's attachment.

Defendants oppose UPHE's motion in part. (ECF No. 282.) Specially, "Defendants do not oppose the first item of relief sought, which is an order for Defendants David Sparks and Joshua Stuart to separately [appear] before this Court to describe under oath their assets and

---

[1] UPHE's complete list of requests is set forth in its motion.

liabilities, as to themselves personally and as to businesses they may have an ownership interest in, inasmuch as they have such knowledge." (ECF No. 282 p. 1-2.) Defendants do object to certain listed items that are not in their possession or control or "seek information that is well beyond what an ordinary person can be expected to recall." *Id.* p. 2. For example, according to Defendants, recalling all personal property exceeding $100 from 2017 to the present, including detailed information such as present value, lien amounts, and equity amounts, is beyond their capability to produce. Moreover, Defendants object to any imposition of attorney fees for Plaintiffs in bringing the motion.

    To help facilitate resolution of this matter the court orders as follows:

    The parties are to appear before the undersigned in courtroom 7.100 at the Utah Federal District Court located at 351 South West Temple in Salt Lake City, Utah, on Wednesday August 9, 2023, starting at 10:00 am. The court will hear testimony from Defendants regarding those items they agreed to testify about in their opposition. The court will also consider arguments regarding those items that are disputed by the parties.

    Accordingly, Plaintiff's Motion for Oral Examination is GRANTED as set forth above. The court does not award attorney fees at this time but will take it into consideration at the scheduled hearing.

    IT IS SO ORDERED.

    DATED this 13 June 2023.

_____
Dustin B. Pead
United States Magistrate Judge