Cole S. Cannon (UT #12053)
Jon Pfeifer (UT #16646)
Cannon Law Group, PLLC
124 South 600 East
Salt Lake City, Utah 84102
Telephone: 801-363-2999
Fax: 801-363-3013
cole@cannonlawgroup.com
jon@cannonlawgroup.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISRICT COURT, DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>Plaintiff,<br><br>v.<br><br>DIESELSellerz.com, et al.,<br><br>Defendants. | **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND/CORRECT Dkt. 206**<br><br>Case No. 2:17-CV-32RJS<br><br>Judge: Hon. Robert Shelby |

    Defendants Diesel Power Gear, B&W Auto d/b/a Sparks Motors, David Sparks, and Joshua Stuart (collectively, "Defendants") hereby submit this Response in Opposition to Plaintiff's Motion to Amend/Correct Dkt. 206, together with its memorandum in support.

    The Motion filed by Plaintiffs as Dkt. 287 seeks to amend an order that is just now more than three years old (Dkt. 206). The Motion seeks to do so with a hearing scheduled in eight days. (Dkt. 285). The Motion is incredibly untimely, at this stage would be impossible to

comply with if granted, and has already been addressed in a prior motion by the Plaintiff at Docket 279, where the court indicated that "On the record before it, the court, however, limits the discovery to that which was originally ordered in the August 14, 2020, order."

The Court further made it clear that disputed items would be discussed and resolved at the August 24 hearing already scheduled in this matter.

WHEREFORE, Defendants respectfully request that Plaintiff's Motion to Amend/Modify be DENIED.

DATED this 16th day of August, 2023.

Respectfully submitted

/s/ Jon F. Pfeifer

Jon F. Pfeifer

Cannon Law Group, PLLC

124 S. 600 E.

Salt Lake City, UT 84102

801-363-2999

jon@cannonlawgroup.com


/s/ Cole S. Cannon

Cole S. Cannon

Cannon Law Group, PLLC

124 S. 600 E.

Salt Lake City, UT 84102

801-363-2999

cole@cannonlawgroup.com

Certificate of Service

I hereby certify that the above was served upon Plaintiffs via electronic delivery on the 16th day of May, 2023.

                                        Cannon Law Group, PLLC

                                        /s/ Jon F. Pfeifer

                                        By: Jon F. Pfeifer