IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>    Plaintiff,<br>v.<br><br>DIESEL POWER GEAR, LLC, B&W AUTO LLC d/b/a SPARKS MOTORS LLC, DAVID SPARKS & JOSHUA STUART,<br><br>    Defendants. | **APPLICATION FOR GARNISHMENT RE: YouTube/Google LLC**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

   The Plaintiff hereby applies for a continuing writ of garnishment on the following grounds:

1.  That judgment has been entered in the above-cited action requiring the payment of money. The amount that remains due on the judgment, payable to the Court Registry on behalf of the Plaintiff, is $843,602.23. Dkts. 230 & 236.

2.  That the property to be garnished consists of:

    YouTube/Google LLC payments to B&W Auto LLC d/b/a Sparks Motors LLC & David Sparks,

    held by:

    YouTube/Google LLC, 1600 Amphitheatre Pkwy, Mountain View, CA 94043. Registered Agent: Corporation Service Company, 15 West South Temple, Suite 600, Salt Lake City, UT  84101.

3.  That the business or person to be charged as garnishee is:

    YouTube/Google LLC

4.  That: (check one of the following)

    [ ] a. Said property consists in whole of earnings from personal services.
    [ ] b. Said property consists in part of earnings from personal services.
    [✔] c. Said property does not consist of earnings from personal services.

5. That the following persons are known to claim an interest in property:

   Utah Physicians for a Healthy Environment, Inc.

6. That the garnishee fee of $25 for a continuing garnishment established by Utah Code Section 78A-2-216 is attached.

DATED this 28th day of August, 2023.

 s/ Reed Zars
Attorney for Plaintiff
Reed Zars, Utah Bar No. 16351
Attorney at Law
910 Kearney St.
Laramie, WY  82070
307-760-6268
reed@zarslaw.com

 s/ George Hays
George Hays, Attorney at Law
P.O. Box 843
Belleview, WA  98009
415-566-5414
georgehays@mindspring.com