IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIESEL POWER GEAR, LLC, B&W AUTO LLC d/b/a SPARKS MOTORS LLC, DAVID SPARKS & JOSHUA STUART,<br><br>Defendants,<br><br>YOUTUBE/GOOGLE LLC,<br><br>Garnishee. | **[Proposed] WRIT OF GARNISHMENT RE: YouTube/Google LLC**<br>(For garnishment of non-personal services, income or property)<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

**THE UNITED STATES OF AMERICA TO**: YouTube/Google LLC.
                                                                                       Garnishee

You are hereby ordered and commanded by the Court to hold, until further order of this Court, and not pay to Defendant(s) all money and other personal property of the Defendant(s) in your possession or under your control, whether now due or hereafter to become due, which are not exempt from execution, up to the amount remaining due on the judgment or order plus court approved costs in this matter (or in the case of a prejudgment writ, the amount claimed to be due), being $ 843,602.23 (Dkts. 230 & 236).

You are required to answer the attached questions or interrogatories and to file your answer with the Clerk of this Court, within five business days of the date this Writ is served upon you, at the following address:

> Clerk, U.S. District Court
> 351 S. West Temple St.
> Room 1.100
> Salt Lake City, Utah 84101

You are also required to send a copy of your answers to the plaintiff at the following addresses:

| Reed Zars | George Hays |
|---|---|
| Attorney for Plaintiff | Attorney for Plaintiff |
| 910 Kearney Street | P.O. Box 843 |
| Laramie, WY  82070 | Belleview, WA  98009 |
| 307-760-6268 | 415-566-5414 |
| reed@zarslaw.com | georgehays@mindspring.com |

If you fail to answer, the judgment creditor may ask the Court to order you to pay the amount you should have withheld.

If you are indebted to, or if you hold property or money belonging to the Defendant(s), you shall mail immediately by first class mail a copy of the Writ of Garnishment and your answer to the Interrogatories, the Notice of Garnishment and Exemptions, and two copies of the Request for Hearing to the Defendant(s) and to anyone else who, according to your records, may have an ownership or other interest in the property or money at the last known address of the Defendant(s) or such other persons shown on your records at the time of the service of this Writ. In lieu of mailings, you may hand-deliver a copy of these documents to the Defendant(s) and other persons entitled to copies.

YOU MAY DELIVER to the officer serving this Writ the portion of Defendant's earnings or income to be held as shown by your answers. You then will be relieved from further liability in this case unless your answers are successfully disputed. You may, in the alternative, hold the money. If you do not receive a copy of a request for hearing within 20 days of service of your answer to the Interrogatories on the defendant or any other person claiming an interest in the property, you shall pay the money to the plaintiff or plaintiff's attorney. If you receive a copy of a request for hearing within the 20 days, you must hold the money until further order of the court.

DATED this _____ day of _____, 2023.

        GARY P. SERDAR
        CLERK OF COURT

By: _____
        Deputy Clerk