**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

|  |  |
|---|---|
| Utah Physicians for a Healthy Env. * | |
| Plaintiff, * | **REQUEST FOR HEARING** |
| * | |
| * | |
| vs. * | |
| Diesel Power Gear, et al. * | **CIVIL NO.** 2:17-cv-32-RJS-DBP |
| Defendant, * | |
| * | |

I. **Respond to these items if funds in your account were garnished:**

    A.     [ ]    I believe that the Writ of Garnishment was issued improperly.    (Explain)
                  _____
                  _____

    B.     [ ]    I believe that the Answers to Interrogatories are inaccurate.    (Explain)
                  _____
                  _____

    C.     [ ]    The funds in my account are exempt from garnishment because they are: (Check applicable boxes):

| | |
|---|---|
| [ ] Social Security Benefits | [ ] Pensions |
| [ ] Supplemental Security Income (SSI) | [ ] Alimony/child support |
| [ ] Veterans' Benefits | [ ] Public Assistance (welfare) |
| [ ] Unemployment Benefits | [ ] Owned by another person |
| [ ] Workers' Compensation Benefits | [ ] Partly owned by me |
| [ ] Wages/income from personal services | |
| [ ] Other (describe) _____ | |

  D. <u>Check one box</u>:
    [ ] All funds in my account are exempt.
    [ ] I believe that $ _____ of the amount in my account is exempt.   (Fill in the dollar amount you believe is exempt.)

  E. <u>Check if applicable</u>
    [ ] I claim ownership of all or part of the money or property taken and I am not one of the persons against whom a judgment has been entered.

  F. <u>Check if applicable</u>
    [ ] I have attached copies of the documents that show that my money is exempt.

II. **Respond to these items if all or part of your wages were garnished.**
  A. [ ] I believe that the writ of garnishment was issued improperly. (Explain)
    _____
    _____
    _____
    _____

  B. [ ] I believe that the Answers to Interrogatories are inaccurate.   (Explain)
    _____
    _____
    _____
    _____

  C. [ ] I believe that all or part of my wages are exempt from garnishment. (Explain)_____
    _____

_____

_____

**THE STATEMENTS MADE IN THIS REQUEST ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I HEREBY REQUEST THAT THIS MATTER BE SET FOR A HEARING. I HAVE SENT A COPY OF THIS REQUEST FOR HEARING TO THE GARNISHEE.**

**DATED THIS _____ DAY OF _____, 20\_\_\_\_\_.**

*(Please type or print)*

| | |
|---|---|
| Name: | _____ |
| Address: | _____ |
| | _____ |
| | _____ |
| Telephone: | _____ |
| Signature: | _____ |