IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David Sparks, Joshua Stuart, and Keaton Hoskins, <br><br> Defendants. <br><br> INSTAGRAM/META PLATFORMS, LLC, <br><br> Garnishee. | **ORDER GRANTING MOTION TO SHOW CAUSE** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br> Chief Magistrate Judge Dustin B. Pead |

Upon consideration of UPHE's motion for Garnishee Meta Platforms, LLC to show cause, and otherwise being fully advised of the premises,

IT IS ORDERED THAT:

Garnishee Meta Platforms, LLC/Instagram (Meta or Garnishee) shall show cause why they have failed to respond to UPHE's writ of garnishment, and why they should not be liable to pay up to the writ's full value of $843,602 to UPHE for such failure.

Garnishee shall have ten (10) business days to file in this Court their response to this order in no more than five (5) pages, starting from the date of service of this order on the registered agent of Garnishee in California.

Dated 10/19/23                                BY THE COURT:

_____
DUSTIN B. PEAD
Chief Magistrate Judge