IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIESEL POWER GEAR LLC et al., <br><br> Defendants. | **ORDER FOR RELEASE OF $311,972 FROM THE COURT REGISTRY** <br><br> Case No. 2:17-cv-00032-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br><br> Chief Magistrate Judge Dustin B. Pead |

Plaintiff Utah Physicians for a Healthy Environment (UPHE) moved for an Order authorizing the withdrawal of $311,972 in sequestered civil penalties from the court's registry: $90,000 payable to the Davis County Health Department, and the remainder payable to the federal treasury.[1]  For the reasons provided below, the Motion is granted.

## FINDINGS

1. On June 3, 2022, this court confirmed the stipulation of the parties regarding penalties related to Defendants' sales of defeat parts sold to purchasers in Utah.[2]  The effect of the stipulation is summarized below.

| **Defeat parts sold in Utah** | **Penalty per part** | **Total** |
|---|---|---|
| | | |
| 14 parts sold alone before 11/2/15 | $750 | $10,500 |
| 18 parts sold alone after 11/2/15 | $947 | $17,046 |
| | | |
| 27 sweepstakes trucks sold with defeat parts | --- | $90,000 |
| 26 non-sweepstakes trucks sold with defeat parts | --- | $90,000 |

---

[1] ECF 306, *Motion for Disbursement of Funds*.

[2] ECF 263, *Order Adopting Parties' Modified Stipulation*.

2. On March 6, 2020, the court found that Defendants had violated two separate prohibitions in the Utah SIP: (1) the prohibition against removing emission controls from vehicles ("tampering violations") and (2) the prohibition against owning or operating vehicles from which emission controls had been removed ("owning or operating violations").[3] The Appeals Court remand applies only to the tampering violations.[4] Defendants' penalties for their owning or operating violations are set forth in the court's Bench Trial Order and are summarized below.

| Own or operate violations | $114,426[5] |

3. On March 15, 2022, Defendants B&W Auto and DPG lodged a "reserved," unverified claim of impecuniosity applicable to their ability to pay penalties.[6] Defendants Sparks and Stuart did not assert impecuniosity.[7]

4. The total sum of the above penalties is summarized below.

| Subject of Penalty | Amount |
|---|---|
|  |  |
| Defeat parts sold alone in Utah | $27,546 |
| Defeat parts sold in trucks in Utah | $180,000 |
| Own and operate violations | $114,426 |
|  |  |
| **TOTAL** | **$321,972** |

5. UPHE filed a Motion seeking release of $311,972 ($10,000 less than the total sum identified above), and Defendants did not file a Response.

6. The current balance of the account for this case in the court's registry is $316,000.

---

[3] ECF 168, *Bench Trial Order* at 52–53.

[4] *UPHE v. Diesel Power Gear, LLC*, 21 F.4th 1229, 1255–59 (10th Cir. 2021).

[5] *Bench Trial Order* at 53.

[6] ECF 245, *Notice of Reopening the Issue of Impecuniosity*.

[7] *See id.*

## ORDER

Having considered the Motion and for good cause appearing, the court GRANTS the Motion.[8] The court directs the Clerk of Court to withdraw from the court's registry a total of $311,972, with $90,000 payable to Davis County Health Department and $221,972 payable to the federal treasury.

SO ORDERED this 13th of December 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[8] ECF 306.