IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>    Plaintiff,<br>  v.<br><br>Diesel Power Gear LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks and Joshua Stuart,<br><br>    Defendants. | Case No. 2:17-cv-32-RJS-DBP<br><br>**WRIT OF CONTINUING GARNISHMENT RE: 1955 REDWOOD LLC**<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

**THE UNITED STATES OF AMERICA TO: 1955 Redwood LLC**, Garnishee.

You are hereby ordered by the Court to hold a portion of Defendant David Sparks' pension, wages, or other income (not to exceed the outstanding amount owed on the judgment or order and court approved costs in this matter, being $843,602.23) due at the next scheduled payday or on deposit as calculated pursuant to the attached questions, which are called Interrogatories. To determine the income available for garnishment, you are required to answer the attached Interrogatories and file your answer with the Clerk of this Court, within five (5) business days of the date this Writ is served upon you, at the following address:

Clerk, U.S. District Court 351 S. West Temple St. Room 1.100
Salt Lake City, Utah 84101

You are also required to send a copy of your answers to the plaintiff at the following address:

Name: Reed Zars, Attorney at Law.

Address: reed@zarslaw.com

If you fail to answer, the judgment creditor may ask the Court to make you pay the amount you should have withheld.

If you owe or will owe money to the Defendant, you shall mail immediately by first class mail a copy of this Writ, your answers to the Interrogatories, the Notice of Garnishment and Exemptions, and two (2) copies of the Request for Hearing to the Defendant at the last known address of the Defendant shown on your records at the time of the service of this Writ. In lieu of mailing, you may hand-deliver a copy of these documents to the Defendant.

YOU MAY DELIVER to the officer serving this Writ the portion of Defendant's earnings or income to be held as shown by your answers. By doing so, you will be relieved from further

-2-

liability in this case unless your answers are successfully disputed. You may, in the alternative, hold the money. If you do not receive a copy of a request for hearing within 20 days of service of your answer to the Interrogatories on the defendant or any other person claiming an interest in the property, you shall pay the money to the plaintiff or plaintiff=s attorney. If you receive a copy of a request for hearing within the 20 days, you must hold the money until further order of the court.

YOU SHALL PAY to Defendant the portion of the Defendant's earnings or income which are not held by this Writ of Garnishment at the time the same is normally paid to defendant(s), as calculated in Interrogatory 4(e) of the attached Interrogatories.

ISSUED this ___1st___ day of ___April___ , 20 _24_ .

GARY P. SERDAR CLERK OF COURT

By _____ Deputy Clerk

