Reed Zars
Utah Bar No. 16351
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com

George E. Hays
Attorney at Law
P.O. Box 843
Bellevue, WA 98009
(415) 716-9159
georgehays@mindspring.com
(Admitted pro hac vice)

Michelle Fein
Utah Bar No. 18065
50 W Broadway, Suite 333
PMB 49891
Salt Lake City, UT 84101
(610) 761-7643
michelle@fein.law

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>       Plaintiff,<br>v.<br><br>DIESEL POWER GEAR, LLC, et al.,<br><br>       Defendants. | **PLAINTIFF UPHE'S NOTICE OF DEFENDANTS' SUBSTANTIAL NONCOMPLIANCE WITH CONTEMPT ORDER, ECF No. 417**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

UPHE provides notice to the court of Defendants' substantial non-compliance with court's January 23, 2025 Order on Contempt, ECF No. 417.

The court's Order required Defendants David Sparks, Joshua Stuart and B&W Auto LLC ("Defendants") to provide certain, long-delayed information to UPHE by February 7 and February 24, 2025, including nine separate categories of documents and financial records. *Id*., paragraphs B.1-9. The Order also required Defendants to pay to the federal treasury $150,000 in civil penalties, to address Defendant Diesel Power Gear's October 2, 2021 distribution of $150,000 to Defendant Stuart patently prohibited by the court's August 20, 2020 order granting Defendants' Emergency Motion to Stay Execution of Judgment, ECF No. 222.

By the court's February 24, 2025 deadline Defendants David Sparks and B&W Auto LLC failed to provide to UPHE, under oath as complete and accurate, any of the required documents described in Paragraphs B.1-8, and only an incomplete disclosure of mostly outdated vehicle information responsive to Paragraph B.9. UPHE has received no evidence that Defendants paid the required civil penalty to the federal treasury by that same deadline.

Undersigned counsel certify the facts above are true and accurate to the best of their information and belief.

DATED this 28th day of February, 2025.

Respectfully submitted,

s/   Reed Zars
Reed Zars, Attorney at Law
Utah Bar No. 16351
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com

s/   Michelle Fein
Michelle Fein
Utah Bar No. 18065
50 W Broadway, Suite 333
PMB 49891
Salt Lake City, UT 84101
(610) 761-7643
michelle@fein.law

s/   George Hays
George E. Hays. Attorney at Law
P.O. Box 843
Bellevue, WA 98009
(415) 716-9159
georgehays@mindspring.com

*Attorneys for Plaintiff*