# United States District Court

for the
**District of Utah**

| UNITED STATES OF AMERICA | ARREST WARRANT |
|---|---|
| V. | Case No: 2:17-cv-00032-RJS-DBP |
| **David W. Sparks** | |
| | **DESIGNATED LOCATION:** ☒ Salt Lake City   ☐ St George |

To:   The United States Marshal
  and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   DAVID W. SPARKS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information
☐ Complaint    ☒ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**Contempt of Court**

in violation of _____ United States Code.

Robert J. Shelby
Name of Issuing Officer

[signature]
Signature of Issuing Officer

By: Robert J. Shelby
United States District Court Judge

United States District Judge
Title of Issuing Officer

August 1, 2025 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                     Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |