# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRNOMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIESEL POWER GEAR LLC et al., <br><br> Defendants. | WRIT OF EXECUTION TO CONSTABLE REITZ RE: JUDGMENT DEBTOR SPARKS'S CABIN <br><br> Case No. 2:17-cv-00032-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br><br> Chief Magistrate Judge Dustin B. Pead |

**TO CONSTABLE REITZ:**

1. A judgment has been entered against Judgment Debtor David Sparks ("Sparks") in the above-cited action requiring the payment of fees and costs to Plaintiff UPHE in the amount of $928,602.23. ECF No. 230. The amount that remains due on this judgment, Plaintiff reserving its right to seek an enhancement for the last four years of non-payment, and its fees and costs pertaining hereto, is $843,602.23. ECF No. 388 at 11.

2. You are directed to serve this Writ and the Application for Writ of Execution (including all attachments thereto) on Sparks at any location in Utah, including at his home on 3315 South Sunset Loop Rd., Bountiful, Utah 84010, or at his place of business at 1955 S 1800 W, Woods Cross, UT 84087. This writ and its application will also be served on Sparks by service to his counsel at Cannon Law Group through the court's electronic case filing system.

3. You are directed to seize and sell the ~1,690 sq. ft. cabin located in Davis County on Lot 40, Section 26, T3N, R1E, of the United States Forest Service Bountiful Peak tract,

owned as personal property by Sparks, with an estimated market value of over $100,000, to satisfy the judgment to the maximum extent possible.

4. A map showing the location of the cabin, accessed from Farmington, Utah via the Farmington Canyon Road, is shown below:



5. No other persons are known to claim a personal property interest in the cabin above. The real property on which the cabin sits is owned by the United States Forest Service.

DATED this __20__ day of __August__, 2025.

Gary P Serdar
**Clerk of the Court**
**United States District Court, District of Utah**

Signed: _____

Title: ___Deputy Clerk___