Cole S. Cannon (UT #12053)
Jon Pfeifer (UT #16646)
Cannon Law Group, PLLC
124 South 600 East
Salt Lake City, Utah 84102
Telephone: 801-363-2999
Fax: 801-363-3013
cole@cannonlawgroup.com
jon@cannonlawgroup.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISRICT COURT, DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>Plaintiff,<br><br>v.<br><br>DIESELSellerz.com, et al.,<br><br>Defendants. | **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE Dkt. 502**<br><br>Case No. 2:17-CV-32RJS<br><br>Judge: Hon. Robert Shelby |

Defendants Diesel Power Gear, LLC, Dave Sparks, Josh Stuart, and Sparks Motors, LLC hereby file this Opposition to Plaintiff's Motion for Order to Show Cause, Dkt. 502 (hereinafter the "Motion"), and as grounds Defendants state as follows:

1. Undersigned counsel produced all e-mails responsive to this court's order to produce on August 21, 2025.

2. Undersigned counsel previously produced text messages of the same nature, but forgot that the order also required production of e-mails, almost all of which have almost no relation to any matter in this case.

3. Undersigned counsel forgot to include the e-mails initially, but rather than showing any kind of professional courtesy, whether through a phone call or an e-mail, Mr. Zars simply filed a motion with the court.

4. Having produced the documents in question, the Motion is moot and this court's resources should not be used on such matters.

Wherefore, Defendants request that the motion be DENIED.

Dated this 21st day of August, 2025.

        Respectfully submitted,

        /s/ Cole S. Cannon
        Cole S. Cannon
        Cannon Law Group, PLLC
        124 S. 600 E.
        Salt Lake City, UT 84102
        801-363-2999
        801-606-7341
        cole@cannonlawgroup.com

Certificate of Service

I hereby certify that on the 21st day of August, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Jon F. Pfeifer
Jon F. Pfeifer
Cannon Law Group, PLLC
124 S. 600 E.
Salt Lake City, UT 84102
801-363-2999
801-606-7341
jon@cannonlawgroup.com