# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIESEL POWER GEAR LLC et al., <br><br> Defendants. | **WRIT OF EXECUTION RE: DEFENDANT DIESEL POWER GEAR LLC'S VEHICLES** <br><br> Case No. 2:17-cv-00032-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br><br> Chief Magistrate Judge Dustin B. Pead |

**TO: CONSTABLE REITZ**

1. A judgment has been entered against judgment debtor Diesel Power Gear LLC ("DPG") in the amount of $843,602.23 in costs and fees payable to Plaintiff (reduced from $928,602.23 after certain payments). ECF Nos. 230 and 388.[1]

2. You are directed to seize and sell at Plaintiff's direction enough of the judgment debtors' non-exempt vehicles described in the Application for Writ of Execution to satisfy this amounts. This includes DPG's 2019 Dodge Ram 5500, VIN 3C7WRNFLXKG535613.

3. Notice of this Writ and the Application for Writ of Execution (including all attachments thereto) has been provided to judgment debtor DPG by serving its counsel Cannon Law Group through the court's ECF filing system.

Gary P Serdar

DATED this 27th day of August, 2025.

---

[1] Plaintiff may seek an enhancement for the last four years of non-payment, and its fees and costs pertaining to this Writ and its enforcement.