**Cole S. Cannon (Utah Bar No. 12053)**
cole@cannonlawgroup.com
**Jon F. Pfeifer (Utah Bar No. 16646)**
jon@cannonlawgroup.com
**CANNON LAW GROUP**
**124 South 600 East**
**Salt Lake City, Utah 84102**
**Telephone: (801) 363-2999**
*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks, Joshua Stuart and Keaton Hoskins, <br><br> Defendants. | **Motion for Withdrawal of Counsel** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 83-1.3, Jon Pfeifer ("Counsel"), hereby moves to withdraw as counsel for:

**Clients:**

Diesel Power Gear LLC c/o David Sparks

    1955 S. 1800 W.

    Woods Cross, UT 84087

B&W Auto LLC d/b/a Sparks Motors LLC

    1955 S. 1800 W. #2

    Woods Cross, UT 84087

David W. Sparks

    1955 S. 1800 W. #2

    Woods Cross, UT 84087

    Joshua Stuart

        1130 Northern Hills Drive

        Bountiful, UT 84010

    The reasons for withdrawal are that this matter is in the collection stage and Counsel does not appear to be of much assistance in the process, which involves primarily seeking documents from Defendants. The law firm has also not been paid significant amounts owing in this matter by the clients. Other reasons for withdrawal exist, the disclosure of which would be a violation of the rules of ethics.

    This motion is made with the client's consent, which undersigned counsel has received in writing from the clients. The undersigned certifies that no trial date or hearings are set in this matter. While several post-judgment writs of execution have been issued, it does not appear that any hearings on those matters are scheduled.

    The form of an order is attached to this motion and has been submitted in word format by email to the presiding judge in this case.

    Wherefore, undersigned counsel respectfully requests that this court enter an order Granting the motion to withdraw as counsel.

Respectfully submitted this 3rd day of September, 2025.

                                            /s/Jon Pfeifer
                                            Jon Pfeifer
                                            Cannon Law Group, PLLC
                                            124 S. 500 E.
                                            Salt Lake City, UT 84102

## CERTIFICATION

Undersigned hereby certifies that a copy of this Motion for Withdrawal of Counsel has been sent to the Clients at the addresses indicated above.

Dated this 3rd day of September, 2025.

/s/ Jon Pfeifer
Jon Pfeifer, Esq.
124 S. 600 E.
Salt Lake City, UT 84102
801-363-2999
jon@cannonlawgroup.com
*Attorney for Defendants*

**Certificate of Service**

I hereby certify that on this 3rd day of September, 2025, I electronically filed the foregoing MOTION FOR WITHDRAWAL OF COUNSEL with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record through such filing.

Dated this 3rd day of September, 2025.

/s/ Jon F. Pfeifer
Jon F. Pfeifer
124 S. 600 E.
Salt Lake City, UT 84102
801-363-2999