# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks, Joshua Stuart and Keaton Hoskins, <br><br> Defendants | ) **ORDER ON MOTION FOR** <br> ) <br> ) **WITHDRAWAL OF COUNSEL** <br> ) <br> ) No. 2:17-cv-32-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

Pursuant to Jon Pfeifer's ("Counsel") Motion for Withdrawal of Counsel and DUCivR 83-1.4, the Court ORDERS that Counsel may withdraw, and is hereby removed, as counsel for Diesel Power Gear LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks and Joshua Stuart ("Client").

With regard to Client's continued representation, the Court ORDERS as follows:

_____    _____ ("Substitute Counsel") has filed a Notice of Substitution of Counsel and is hereby recognized as counsel for Client in the above-referenced action.

_X___    For individual parties: Client or new counsel for Client must file a Notice of Appearance within twenty-one (21) days after the entry of this order, unless otherwise ordered by the Court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

_X___    For entity parties: New counsel shall file a Notice of Appearance on behalf of any corporation, association, partnership or other artificial entity whose attorney has withdrawn. Pursuant to DUCivR 83-1.3, no such entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above, may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court orders as follows:

_____   All litigation dates pursuant to the controlling scheduling order remain in effect.

_____   A scheduling conference is scheduled for _____, \_\_\_\_ at _____ \_\_.m.

_____   The action shall be stayed until twenty-one (21) days after entry of this order.

## NOTICE TO PARTY

The Court will cause this Order to be sent to Client at the address set forth in the Motion for Withdrawal of Counsel and to all other parties.

DATED this \_\_\_\_ day of _____, \_\_\_\_\_.

## BY THE COURT: