*Attorneys for Plaintiff*

| | | |
|---|---|---|
| Reed Zars | George E. Hays | Michelle Fein |
| Utah Bar No. 16351 | Attorney at Law | Utah Bar No. 18065 |
| Attorney at Law | P.O. Box 843 | 50 W Broadway, Suite 333 |
| 910 Kearney Street | Bellevue, WA 98009 | PMB 49891 |
| Laramie, WY 82070 | (415) 716-9159 | Salt Lake City, UT 84101 |
| (307) 760-6268 | georgehays@mindspring.com | (610) 761-7643 |
| reed@zarslaw.com | (Admitted Pro Hac Vice) | michelle@fein.law |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks, Joshua Stuart and Keaton Hoskins, <br><br> Defendants. | **PLAINTIFF'S MOTION FOR RELIEF** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

Plaintiff Utah Physicians for a Healthy Environment (UPHE) respectfully moves for relief to address Defendants' ongoing violations of this Court's August 5, 2025 Order, ECF No. 491.

### I. Factual Background

As UPHE noted in its first, August 18, 2025 notice of non-compliance, ECF No. 501, Defendant Sparks failed to comply with the Court's January 23, 2025 and August 5, 2025 orders, ECF Nos. 417 and 491, by failing to provide in significant part,

> A full and complete list and description of all real property, personal property (including cash), and intangible property with a value of $5,000 or more currently owned by each Defendant [or indirectly as an LLC member, corporation shareholder or otherwise, in whole or in part, and the date the property was acquired, the names and physical addresses of any co-owners, the current value of each such piece or article of property, the location and physical address of such property, and the current dollar amount of any lien, mortgage, security interest or

other financial encumbrance applicable to each piece or article of property [and copies of such encumbrances.].

ECF No. 417, ¶¶ 1 & 6.

UPHE's second notice of non-compliance, ECF No. 515, identified Defendant Sparks's additional failures of compliance, including the following

1. Defendant Sparks's did not deposit with the court the gross proceeds of $15,545 from his liquidation sale between August 4 and August 8 (ECF No. 491, ¶ (3)).[1]

]

2. Defendant Sparks's did not provide to the court by August 14 *any* accounting or proceeds from his liquidation sale between August 8 and August 14. ECF No. 491, ¶ (4).

3. Defendant Sparks's unauthorized transfer of his Tesla Cybertruck, VIN 7G2CEHEE8RA005151, to a private party in apparent violation of the prohibition of such transfers at ECF No. 417, Section D.

4. Defendant Sparks's transfer of Defendant Diesel Power Gear LLC's 2019 Dodge Ram 5500, VIN 3C7WRNFLXKG535613, to a private party without authorization from the Court in apparent violation of the prohibition of such transfers at ECF No. 417, Section D. Exhibit A, ¶ 6.

5. Defendants' September 3, 2025 "Response," ECF No. 511, provides no demonstration of compliance under oath, and should otherwise be disregarded because Defendants have not provided *all* real estate documents required by ECF No. 417, including all of the balance sheets applicable to each piece of property and, as a specific example, the August 13, 2022 "Assets Security Agreement" central to an understanding of the Ridgeline Capital/Bateman August 1, 2020 Promissory Note applicable to Defendant Sparks's Bountiful properties.

---

[1] Cole Cannon, Counsel for Sparks, recently informed UPHE that a trademark infringement creditor of Defendant Diesel Power Gear LLC, Diesel SPA, froze Defendants' Shopify account or accounts through which some of the liquidation sale proceeds were processed. UPHE has demanded Diesel SPA counsel immediately withdraw the freeze as defeating this court's August 5, 2025 Order, ECF No. 491.

## II. Motion for Relief

**A. To address Defendant Sparks's sustained non-compliance, UPHE requests the court Order:**

1. Defendant Sparks to immediately provide to Constable Reitz: (a) the keys and any access codes necessary to enter and inspect his cabin in Fremont Canyon, (b) all documents that evidence his ownership of the cabin, including but not limited to a bill of sale, and (c) the most current billing statements applicable to all cabin costs including but not limited to insurance, utilities, internet access, road maintenance and any necessary repairs, as a predicate to the cabin's sale pursuant to UPHE's writ of execution (ECF No. 505), and certify in writing under oath to the court and UPHE that he has complied fully with this obligation.

2. Defendant Sparks to deliver to Constable Reitz within ten (10) days, at a location specified by Constable Reitz, all vehicles identified in the table below, and any other vehicles (including off-road vehicles, boats and aircraft) owned in whole or in part by any Defendant, pursuant to ECF Nos. 431, 505 & 509, and certify in writing under oath to the court and UPHE that he has complied fully with this obligation.

| Vehicle | VIN | Owner(s) |
|---|---|---|
| 2024 Tesla Cybertruck | 7G2CEHEE8RA005151 | David Sparks and Heavydsparks LLC[2] |
| 2018 Polaris Ranger | 4XARVE999J8039932 | David Sparks |
| 2019 Ram 5500 | 3C7WRNFLXKG535613. | Diesel Power Gear LLC |
| 2023 Ram 5500 | 3C7WRNFL9PG50987 | Sparks Motors/B&W Auto LLC |
| 2022 Jeep Gladiator | 1C6JJTBG3NL170797 | Sparks Motors |
| 2020 Ford F350 | 1FD0W5HT4LEC41282 | Sparks Motors/B&W Auto LLC |
| 2019 Ford F550 | 1FD0W5HT3KED52614 | Sparks Motors/B&W Auto LLC |
| 2018 POLARIS RZR-18 Turbo | 3NSVFL926JF405808 | Sparks Motors/B&W Auto LLC |
| 2015 RAM 2500 | 3C6UR5HL4FG656295 | Sparks Motors/B&W Auto LLC |
| 2012 Audi R8 | WUAVNAFG5C002676 | Sparks Motors/B&W Auto LLC |

---

[2] On April 5, 2024, the court entered a charging order applicable to Heavydsparks LLC, subjecting to foreclosure Defendant Sparks's interest due to the non-payment of distributions after what has been a reasonable period of time. ECF No. 360.

3. Defendant Sparks to provide to the court and UPHE within ten (10) days, proof of pre-liquidation sale ownership of the following assets, and all evidence of liquidation sales, including but not limited to dated bills of sale, price, taxes and title transfers between owner and purchaser applicable to the assets sold at or above $3,000 below that are identified in ECF Nos. 493-1 and 496-1, and certify in writing under oath to the court and UPHE that he has complied fully with this obligation.

- Patron truck $3,000
- Water truck $4,750
- Claw and man basket $10,000
- Mat tracks $11,000
- Service bed with crane $15,000
- Terra Star vehicle $15,000
- Red RawMax trailer $16,587.50
- Mini jet boat $35,000
- School bus $3,217.50
- 6x6 flat bed $2,500
- Military truck $6,000

4. Defendant Sparks shall cooperate fully in, and do nothing to frustrate, the sale of and the delivery to UPHE of all lawful proceeds from, all real and personal property subject to a writ of execution.

B. **To further address Defendant Sparks's sustained non-compliance, UPHE requests the court:**

1. Direct the Clerk of Court to disburse to UPHE the full $48,000 Defendant Sparks deposited with the Court on August 5, 2025, ECF No. 493-2, without refunding overhead, and all other sale funds similarly disbursed to UPHE.

2. Order any additional relief necessary to ensure Defendants' compliance as the court in its discretion may direct.

Proposed Order attached.

-5-

Respectfully submitted this 17th day of September, 2025.

                                      s/ Reed Zars
Reed Zars
Attorney at Law
910 Kearney St.
Laramie, WY 82070
307-760-6268
reed@zarslaw.com

                                      /s Michelle Fein
Michelle Fein
50 W Broadway, Suite 333
Salt Lake City, UT 84101
(610) 761-7643
michelle@fein.law

                                      /s George E. Hays
George E. Hays, admitted *pro hac vice*
Attorney at Law
P.O. Box 843
Bellevue, WA 98009
415-716-9159
georgehays@mindspring.com