*Attorneys for Plaintiff*

| | | |
|---|---|---|
| Reed Zars | George E. Hays | Michelle Fein |
| Utah Bar No. 16351 | Attorney at Law | Utah Bar No. 18065 |
| Attorney at Law | P.O. Box 843 | 50 W Broadway, Suite 333 |
| 910 Kearney Street | Bellevue, WA 98009 | PMB 49891 |
| Laramie, WY 82070 | (415) 716-9159 | Salt Lake City, UT 84101 |
| (307) 760-6268 | georgehays@mindspring.com | (610) 761-7643 |
| reed@zarslaw.com | (Admitted Pro Hac Vice) | michelle@fein.law |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br><br> Plaintiff, <br> v. <br><br> Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks, Joshua Stuart and Keaton Hoskins, <br><br> Defendants. | **PLAINTIFF'S RESPONSE TO CANNON LAW GROUP MOTIONS TO WITHDRAW** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

Plaintiff Utah Physicians for a Healthy Environment (UPHE) respectfully responds to Cannon Law Group's ("Cannon") motions to withdraw at ECF Nos. 512 and 513.

First, Cannon's motions to withdraw fail to identify, as required by DUCivR 83-1.4 (b)(2)(D), existing court orders that impose detailed discovery obligations on both Cannon and Defendants that remain unfulfilled, ECF Nos. 417, 491 & 505, and court orders that require Defendants to satisfy both their penalty and attorney fees debts that remain unpaid. ECF Nos. 169, 230 and 317.

Second, Cannon's motions to withdraw fail to acknowledge and expiate their responsibility for their mis-assertion of facts and law having no other purposes than to delay and deceive including, for example, (1) passing to UPHE the falsely signed G.I. Sparks LLC Operating Agreement that UPHE later discovered had never been seen nor signed by the

-1-

purported majority member, Mr. David Wangsgard,[1] ECF Nos. 423 and 505, (2) the court's recent determination that none of Cannon's six arguments opposing a finding of contempt "have any merit," ECF 486 at 3, and (3) the court's observation that Cannon's rejected effort to stay the execution of writs contained "completely false" and "disingenuous" assertions, ECF No. 505, at pp. 3, 5.

Third, Cannon asserts non-payment of legal fees as a reason for withdrawal. This suggests substitute counsel may be difficult to retain, leading to further delays in this long-running case.

Nevertheless, if the court does not grant UPHE's contemporaneous Motion for Relief, ECF No. 516, UPHE does not oppose Cannon's withdrawal, but only if the order granting withdrawal states in words to the effect of those below that the DUCivR 83-1.4 (b)(2)(G)(iii) sanctions for the failure of corporate LLC Defendants B&W Auto and Diesel Power Gear (both controlled by Defendant Sparks) to retain substitute counsel within 21 days are the following:

1. Defendants shall cooperate fully in, and do nothing to frustrate the sale of, and the delivery to UPHE of all lawful proceeds from, Defendant Sparks's 50% interest in his residence at 3315 South Sunset Loop Rd. Bountiful, Utah 84010, as provided for by UPHE's writ of execution (ECF Nos. 418 & 505).

2. Defendants shall cooperate fully in, and do nothing to frustrate the sale of, and the delivery to UPHE of all lawful proceeds from, Defendant Sparks's cabin in Fremont Canyon, as provided for by UPHE's writ of execution (ECF No. 505).

3. Defendants shall cooperate fully in, and do nothing to frustrate the sale of, and the delivery to UPHE of all lawful proceeds from, all properties held by G.I. Sparks LLC as provided for in the court's August 19, 2025 decision (ECF No. 505).

---

[1] Contrary to Cannon's Rule 26(g) obligations.

4. Within ten (10) days Defendants shall deliver to Constable Reitz, at a location specified by Constable Reitz, all vehicles identified in the table below, and any other vehicles (including off-road vehicles, boats and aircraft) owned in whole or in part by any Defendant, and shall cooperate fully in, and do nothing to frustrate, the sale of such assets and the delivery to UPHE of all lawful proceeds from such sales (ECF Nos. 431, 505 & 509).

| Vehicle | VIN | Owner(s) |
|---|---|---|
| 2024 Tesla Cybertruck | 7G2CEHEE8RA005151 | David Sparks and Heavydsparks LLC[2] |
| 2018 Polaris Ranger | 4XARVE999J8039932 | David Sparks |
| 2019 Ram 5500 | 3C7WRNFLXKG535613. | Diesel Power Gear LLC |
| 2023 Ram 5500 | 3C7WRNFL9PG50987 | Sparks Motors/B&W Auto LLC |
| 2022 Jeep Gladiator | 1C6JJTBG3NL170797 | Sparks Motors |
| 2020 Ford F350 | 1FD0W5HT4LEC41282 | Sparks Motors/B&W Auto LLC |
| 2019 Ford F550 | 1FD0W5HT3KED52614 | Sparks Motors/B&W Auto LLC |
| 2018 POLARIS RZR-18 Turbo | 3NSVFL926JF405808 | Sparks Motors/B&W Auto LLC |
| 2015 RAM 2500 | 3C6UR5HL4FG656295 | Sparks Motors/B&W Auto LLC |
| 2012 Audi R8 | WUAVNAFG5C002676 | Sparks Motors/B&W Auto LLC |

UPHE's authority to receive and retain the proceeds from the sale of the assets described above shall extend to the full satisfaction of its fees and costs award ($843,602.23, ECF Nos. 230 317 & 388) and all fees and costs associated with the execution and sale of such assets.[3]

Respectfully submitted this 17th day of September, 2025.

    s/ Reed Zars
Reed Zars
Attorney at Law
910 Kearney St.
Laramie, WY 82070
307-760-6268
reed@zarslaw.com

---

[2] On April 5, 2024, the court entered a charging order applicable to Heavydsparks LLC, subjecting to foreclosure Defendant Sparks's interest due to the non-payment of distributions after what has been a reasonable period of time. ECF No. 360.

[3] Defendant Sparks and his LLC Defendant B&W Auto remain liable for $205,644 in civil penalties payable to the federal government, ECF Nos. 168 (March 6, 2020), 325 (February 12, 2024) & 447 (March 11, 2025).

-4-

 /s Michelle Fein
Michelle Fein
50 W Broadway, Suite 333
Salt Lake City, UT 84101
(610) 761-7643
michelle@fein.law

 /s George E. Hays
George E. Hays, admitted *pro hac vice*
Attorney at Law
P.O. Box 843
Bellevue, WA 98009
415-716-9159
georgehays@mindspring.com