# United States District Court

Central Division for the District of Utah

United States of America

v.

David W. Sparks

**BENCH WARRANT**

CASE NUMBER: 2:17-cv-00032 RJS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **David W. Sparks**
_Name_

and bring him or her forthwith to the nearest magistrate to answer a(n)

**Contempt of Court**

| | |
|---|---|
| Robert J. Shelby | United States District Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | October 2, 2025 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |

By: Clerk's Office
United States District Court Judge

Bail fixed at _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |