Cole S. Cannon (UT #12053)
Jon Pfeifer (UT #16646)
Cannon Law Group, PLLC
124 South 600 East
Salt Lake City, Utah 84102
Telephone: 801-363-2999
Fax: 801-363-3013
cole@cannonlawgroup.com
jon@cannonlawgroup.com

*Attorneys for Defendants*

### IN THE UNITED STATES DISRICT COURT, DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, <br><br> Plaintiff, <br><br> v. <br><br> DIESELSellerz.com, et al., <br><br> Defendants. | **EXPEDITED MOTION TO CONTINUE OCTOBER 8, 2025 HEARING** <br><br> Case No. 2:17-CV-32RJS <br><br> Judge: Hon. Robert Shelby |

Defendants Diesel Power Gear, LLC, Dave Sparks, Josh Stuart, and Sparks Motors, LLC hereby file this Expedited Motion to Continue the October 8, 2025 Hearing to October 9 or 10.

Procedural History

1. Yesterday, this Court issued a bench warrant and scheduled a hearing on October 8 at 10:30am at Dkt. 523 (next Tuesday).

2. Undersigned counsel (and attorney Jon Pfeifer) have previously scheduled depositions in a separate case to participate in, taking place in California on the 7th and 8th (with a preparation day on the 6th). Each of those are anticipated to last all day and involve many different parties and attorneys.

3. Further, David Sparks has been scheduled for approximately a year to appear at a trade event in Kentucky on the 8th with one of his largest sponsors. Missing that event will be harmful to his relationship with that business.

4. Further, he is scheduled to speak on October 7 in St. George, UT at an event called the One Utah Summit. A link to the lineup for that event, which includes Governor Cox and David Sparks can been accessed through the following link: oneutahsummit.utah.gov

5. Mr. Sparks and his counsel could appear on the 9th or 10th for such a hearing.

6. Undersigned counsel has requested a stipulation from counsel for UPHE to continue the hearing, but has not received a response as of the filing of this Motion.

7. Due to the very short turnaround in timeframes, undersigned counsel respectfully requests that this court grant this motion in an expedited manner.

Therefore, Defendant respectfully moves this court for a continuance of the October 8 hearing to either October 9 or 10, or to a later date.

Dated this 3rd day of October, 2025.

Respectfully submitted,

/s/Cole S. Cannon
Cole S. Cannon
Cannon Law Group, PLLC
124 S. 600 E.
Salt Lake City, UT 84102
801-363-2999
801-606-7341
cole@cannonlawgroup.com

Certificate of Service

I hereby certify that on the 3rd day of October, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Jon F. Pfeifer
Jon F. Pfeifer
Cannon Law Group, PLLC
124 S. 600 E.
Salt Lake City, UT 84102
801-363-2999
801-606-7341
jon@cannonlawgroup.com