*Attorneys for Plaintiff*

| Reed Zars | George E. Hays | Michelle Fein |
|---|---|---|
| Utah Bar No. 16351 | Attorney at Law | Utah Bar No. 18065 |
| Attorney at Law | P.O. Box 843 | 50 W Broadway, Suite 333 |
| 910 Kearney Street | Bellevue, WA 98009 | PMB 49891 |
| Laramie, WY 82070 | (415) 716-9159 | Salt Lake City, UT 84101 |
| (307) 760-6268 | georgehays@mindspring.com | (610) 761-7643 |
| reed@zarslaw.com | (Admitted Pro Hac Vice) | michelle@fein.law |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>                    Plaintiff,<br><br>     v.<br><br>Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks, Joshua Stuart and Keaton Hoskins,<br><br>                    Defendants. | **PLAINTIFF'S RESPONSE TO DEFENDANTS' EMERGENCY MOTION (ECF No. 524)**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Plaintiff Utah Physicians for a Healthy Environment (UPHE) respectfully responds to Defendants' Emergency Motion (ECF No. 524).

Plaintiff's counsel can be present at a hearing on October 8, 9 or 10, 2025 this week, or any day next week.

Respectfully submitted this 6th day of October, 2025.

                                  s/ Reed Zars
                                  Reed Zars
                                  Attorney at Law
                                  910 Kearney St.
                                  Laramie, WY 82070
                                  307-760-6268
                                  reed@zarslaw.com

 /s Michelle Fein
Michelle Fein
50 W Broadway, Suite 333
Salt Lake City, UT 84101
(610) 761-7643
michelle@fein.law


 /s George E. Hays
George E. Hays, admitted *pro hac vice*
Attorney at Law
P.O. Box 843
Bellevue, WA 98009
415-716-9159
georgehays@mindspring.com