Cole S. Cannon (UT #12053)
Jon Pfeifer (UT #16646)
Cannon Law Group, PLLC
124 South 600 East
Salt Lake City, Utah 84102
Telephone: 801-363-2999
Fax: 801-363-3013
cole@cannonlawgroup.com
jon@cannonlawgroup.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISRICT COURT, DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>Plaintiff,<br><br>v.<br><br>DIESELSellerz.com, et al.,<br><br>Defendants. | **EXPEDITED MOTION TO SET MATTER FOR HEARING**<br><br>Case No. 2:17-CV-32RJS<br><br>Judge: Hon. Robert Shelby |

Defendants Diesel Power Gear, LLC, Dave Sparks, Josh Stuart, and Sparks Motors, LLC hereby file this Expedited Motion to Set Matter for Hearing.

Procedural History

1. Pursuant to this Court's bench warrant issued at Dkt. 523, Defendant David Sparks has been placed in custody.

2. The contempt that is the basis of such warrant is the failure to pay the outstanding judgments in this case that he lacks the funds to pay and the failure to provide documents that, after using all his effort, he could not find or produce. See, Declaration, Dkt. 498, documents efforts spent to attempt to find documents.

3. Counsel for Defendant David Sparks is in deposition today, but can participate by video conferencing at any time, if the court will set this matter for a hearing.

4. Keeping David Sparks in custody for inability to pay a judgment he does not have funds to pay or for inability to produce documents that he does not have and could not find after the exhaustive search he conducted, as outlined in Dkt. 498, is an injustice and does not serve any purpose in ensuring compliance with court orders that he cannot comply with.

5. As outlined in Defendants' motion to continue hearing (Dkt. 524), Mr. Sparks is missing important events as a result of him sitting in jail.

6. Further, David Sparks has been scheduled for approximately a year to appear at a trade event in Kentucky on the 8th (tomorrow) with one of his largest sponsors. Missing that event will be harmful to his relationship with that business.

7. Further, he is missing an event today in St. George, UT called the One Utah Summit. A link to the lineup for that event, which includes Governor Cox and David Sparks can been accessed through the following link: oneutahsummit.utah.gov

8. Due to the exigent circumstances, undersigned counsel respectfully requests that this court grant this motion in an expedited manner.

Therefore, Defendant respectfully moves this court to set this matter for an immediate hearing remotely to address David Sparks' incarceration.

Dated this 7th day of October, 2025.

Respectfully submitted,

/s/Jon Pfeifer
Jon Pfeifer
Cannon Law Group, PLLC
124 S. 600 E.
Salt Lake City, UT 84102
801-363-2999
801-606-7341
jon@cannonlawgroup.com

Certificate of Service

I hereby certify that on the 7th day of October, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Jon F. Pfeifer
Jon F. Pfeifer
Cannon Law Group, PLLC
124 S. 600 E.
Salt Lake City, UT 84102
801-363-2999
801-606-7341
jon@cannonlawgroup.com