IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> DIESEL POWER GEAR LLC, et al., <br><br> Defendants. | **ORDER DENYING EMERGENCY MOTION** <br><br> Case No. 2:17-cv-00032-RJS-DBP <br><br> District Judge Robert J. Shelby <br><br> Chief Magistrate Judge Dustin B. Pead |

Before the court is Defendant David W. Sparks's Expedited Motion to Set Matter for Hearing (Emergency Motion).[1] For the reasons explained below, the Emergency Motion is DENIED.

On October 2, 2025, the court found Defendant Sparks in civil contempt and issued a bench warrant for his arrest.[2] The warrant was executed, and Defendant Sparks is in custody.[3] In addition to arguing he should be released to attend to certain business obligations, the Emergency Motion repeats the same arguments the court has previously considered and rejected.[4] These arguments are insufficient to establish Defendant Sparks has purged his contempt.

As the court found in its Memorandum Decision and Order of Contempt, Defendant Sparks "has repeatedly and willfully violated this court's orders," "failed to purge [two] prior

---

[1] *See* Dkt. 528, *Expedited Motion to Set Matter for Hearing* (*Emergency Motion*).

[2] *See* Dkt. 519, *Memorandum Decision and Order of Contempt*; Dkt. 522, *Bench Warrant*.

[3] *See Emergency Motion*.

[4] *See Memorandum Decision and Order of Contempt*.

1

contempt findings," and "engaged in new conduct warranting an additional finding of contempt."[5] The court explained the actions Defendant Sparks must carry out to purge his contempt.[6] But he makes no effort in the Emergency Motion to establish he has taken any steps to comply.[7] Defendant Sparks also does not acknowledge several bases for the contempt findings beyond his failures to pay fees and provide responsive documents.[8]

Accordingly, the Emergency Motion is DENIED.[9] This matter remains set for hearing on Thursday, October 9, 2025, at 1:30 PM in Rm. 3.100 before District Judge Robert J. Shelby. The court has directed the U.S. Marshal to transport Defendant Sparks to the court to be present at the hearing.

SO ORDERED this 7th day of October 2025.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[5] *Id.* at 1.

[6] *Id.* at 21–25.

[7] *See Emergency Motion*.

[8] *See id.*; *Memorandum Decision and Order of Contempt*.

[9] Dkt. 528.