

# U.S. District Court

## United States District Court, District of Utah

**THIS IS A COPY**

Receipt Date: Oct 8, 2025 1:06PM

David Sparks

Rcpt. No: 11720   Trans. Date: Oct 8, 2025 1:06PM   Cashier ID: #KO (7044)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DUTX217CV000032 /001 DIESEL POWER, ET AL | 1 | 20000.00 | 20000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #0659503084 | 10/8/2025 | | $20,000.00 |
| | | | | Total Due Prior to Payment: | $20,000.00 |
| | | | | Total Tendered: | $20,000.00 |
| | | | | Total Cash Received: | $0.00 |

**Comments**: Mark Hoskins- 208-681-4534

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.