Cole S. Cannon (UT #12053)
Jon Pfeifer (UT #16646)
Cannon Law Group, PLLC
124 South 600 East
Salt Lake City, Utah 84102
Telephone: 801-363-2999
Fax: 801-363-3013
cole@cannonlawgroup.com
jon@cannonlawgroup.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISRICT COURT, DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>Plaintiff,<br><br>v.<br><br>DIESELSellerz.com, et al.,<br><br>Defendants. | **SUPPLEMENTAL FILINGS IN ADVANCE OF HEARING 10.09.2025**<br><br>Case No. 2:17-CV-32RJS<br><br>Judge: Hon. Robert Shelby |

Defendants Diesel Power Gear, LLC, Dave Sparks, Josh Stuart, and Sparks Motors, LLC hereby submit these Supplemental Filings in Advance of Hearing 10.09.2025.

### Procedural History

1. Pursuant to this Court's bench warrant issued at Dkt. 523, Defendant David Sparks has been placed in custody.

2. The contempt that is the basis of such warrant is the failure to pay the outstanding judgments in this case and allegations that he has failed to provide documents that, after using all his effort, he could not find or produce. See, Declaration, Dkt. 498, documents efforts spent to attempt to find documents.

3. In light of this Court's order to purge contempt, Defendant David Sparks submits the following documents in connection with the same:

Documents

I. Declaration of Caleb Perkins re: freeze of shopify account with funds from second portion of sale.

II. Declaration of Dave Sparks regarding no sales following August 8, 2025.

4. In addition, an additional $20,000 has been deposited with the court from loan proceeds from (Marck) Keaton Hoskins to attempt to take the place of the approximately $15,000 that would have been deposited with the court had the shopify freeze not occurred. Record of that deposit was generated by the Clerk at Dkt 532.

Dated this 9th day of October, 2025.

Respectfully submitted,

/s/Cole Cannon
Cole Cannon
Cannon Law Group, PLLC
124 S. 600 E.
Salt Lake City, UT 84102
801-363-2999
801-606-7341
cole@cannonlawgroup.com

Certificate of Service

I hereby certify that on the 9th day of October, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/Jon F. Pfeifer</u>
Jon F. Pfeifer
Cannon Law Group, PLLC
124 S. 600 E.
Salt Lake City, UT 84102
801-363-2999
801-606-7341
jon@cannonlawgroup.com