**Declaration of Caleb Perkins**

I, **Caleb Perkins**, being the owner of **SMCO Management Group**, hereby declare and certify the following:

1. I authorized and allowed for the **acceptance of payments through my website, SparksMotorsOfficial.com**, during **Dave Sparks' Yard Sale** event.

2. This arrangement was made **due to technical difficulties experienced by Mr. Sparks' team**, which prevented them from setting up their own payment processing system at that time.

3. The **bank account associated with the SparksMotorsOfficial.com website** was **frozen within days** following the Yard Sale, as a result of a **restraining notice issued to the bank in connection with a prior lawsuit**.

4. These accounts **remain frozen** as of this date, while I continue to **work with the financial institution and legal counsel to provide the necessary evidence and documentation** to have them **unfrozen**.

I declare under penalty of perjury under the laws of the State of [insert state, e.g., Utah] that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/08/2025

Signature: _____

**Caleb Perkins**

Owner, SMCO Management Group