Cole S. Cannon (UT #12053)
Jon Pfeifer (UT #16646)
Cannon Law Group, PLLC
124 South 600 East
Salt Lake City, Utah 84102
Telephone: 801-363-2999
Fax: 801-363-3013
cole@cannonlawgroup.com
jon@cannonlawgroup.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISRICT COURT, DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>Plaintiff,<br><br>v.<br><br>DIESELSellerz.com, et al.,<br><br>Defendants. | **DECLARATION OF DAVE SPARKS REGARDING 07.30.2025 ORDER TO SHOW CAUSE AFTER AUGUST 8, 2025**<br><br>Case No. 2:17-CV-32RJS<br><br>Judge: Hon. Robert Shelby |

## DECLARATION OF DAVE SPARKS

I, Dave Sparks, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. This Declaration is an update on the sale described in my last affidavit.

2. After resuming the sale proved to be a much less successful endeavor than the first period, from August 5 through August 8, we determined not to continue with the sale.

3. As such, we ceased the operation of the garage sale and continued with our ordinary business.

4. There were therefore no sales to report of Sparks owned assets from the time period following the approximately $15,000 indicated in the second declaration through August 8, 2025.

5. No funds became available (and indeed, the $15,000 was not available due to the freezing of the shopify account associated with the sale).

6. Therefore, no accounting can be provided in connection with the time period after August 8.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of October, 2025.

/s/ Dave Sparks
Dave Sparks (electronically signed with permission from jail)
Individually, and for B&W Auto, LLC, dba Sparks Motors, LLC