Reed Zars
Utah Bar No. 16351
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com

George E. Hays
Attorney at Law
P.O. Box 843
Bellevue, WA 98009
(415) 716-9159
georgehays@mindspring.com
(Admitted pro hac vice)

Michelle Fein
Utah Bar No. 18065
50 W Broadway, Suite 333
PMB 49891
Salt Lake City, UT 84101
(610) 761-7643
michelle@fein.law

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>DIESEL POWER GEAR, LLC, et al.,<br><br>Defendants. | **PLAINTIFF'S UPDATED AND REVISED NOTICE OF DEFENDANT SPARKS'S NONCOMPLIANCE WITH THE COURT'S AUGUST 5, 2025 ORDER, ECF NO. 491**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

UPHE provides this updated and revised notice to the court of Defendant Sparks's non-compliance with the court's October 2, 2025, August 5, 2025, and January 23, 2025 Orders, ECF Nos. 519, 491 and 417 respectively.

1. As of this date Mr. Sparks has not paid $843,602.23 to UPHE. ECF No. 519, p. 21.

2. As of this date Mr. Sparks has not provided a sworn, detailed accounting of the second and third liquidation sale proceeds. ECF No. 519, pp. 21-22.

3. As of this date Mr. Sparks has not provided to UPHE a Consent Directive. ECF No. 519, p. 22.

4. On October 8, 2025 Defendants deposited $20,000 with the Court's Registry (ECF No. 524) without explanation other than the payment is related to the court's August 5, 2025 Order regarding liquidation sale proceeds. ECF No. 491. No sworn accounting was provided with the deposit.

5. As of this date Mr. Sparks has not provided to UPHE under oath "full and complete" lists of real and personal property, held by him in whole or in part. ECF No. 417, paragraph B. ¶¶ 1, 3 & 6.

6. As of this date Mr. Sparks has failed to provide "all of the balance sheets applicable to each piece of [real] property."

7. Although Mr. Sparks has provided the August 13, 2022 "Assets Security Agreement" applicable to the Ridgeline Capital/Bateman August 1, 2020 Promissory Note, he has not provided the June 1, 2024 "Security Agreement" referenced in the June 1, 2024 Second Amendment to Secured Promissory Note. Exhibit A.

8. As of this date Mr. Sparks has not provided to UPHE a valid Operating Agreement for G.I. Sparks LLC, the holder of multiple properties in Davis County, to replace the falsely signed agreement provided to UPHE.[1] Mr. Sparks has not provided any explanation for the invalid agreement he did provide.

---

[1] On September 7, 2023, Defendant Sparks and his attorneys produced to UPHE a G.I. Sparks LLC operating agreement dated September 15, 2017, showing two members: David Sparks and David Wangsgard. G.I. Sparks LLC holds various real properties. Mr. David Wangsgard was identified as being a 70% owner and the LLC's manager. However, on January 9, 2025, Mr. Wangsgard testified under oath that he was not a member of the LLC, that he had never seen the alleged operating agreement before, and that the signature in the document, that Defendant Sparks and his lawyers passed off to UPHE as being genuine, was not his. ECF No. 425 at 2. See also, ECF Nos. 429 and 439.

9. On September 25, 2025, Mr. Sparks provided to UPHE a copy of a title for a 2019 Dodge Ram 5500, VIN 3C7WRNFLXKG535613, that purports to show this vehicle was sold by Defendant Diesel Power Gear LLC to David Kiley for $33,175 on January 22, 2024 – prior to the courts January 23, 2025 Order. ECF No. 417. Exhibit B. However, the September 4, 2025 declaration of Constable Reitz indicates this vehicle remains owned by, and is registered in the name of, Defendant Diesel Power Gear LLC. Exhibit C.

10. On September 25, 2025, Mr. Sparks also provided to UPHE a copy of a June 1, 2024 Second Amendment to Secured Promissory Note that purports to show the title to the 2024 Tesla Cybertruck, VIN 7G2CEHEE8RA005l51, was required to be delivered to Ridgeline Capital as collateral for a loan to David and Ashley Sparks, Atlas Aviation, LLC, G.I. Sparks, LLC, and FLT Services, LLC – prior to the courts January 23, 2025 Order. ECF No. 417. Exhibit A. The the September 4, 2025 declaration of Constable Reitz nevertheless indicates this vehicle remains registered in the names of David and Ashley Sparks, and Heavydsparks LLC. Exhibit C.

11. As of this date, Mr. Sparks has not provided a certified listing of *all* on- and off-road vehicles, boats, airplanes and helicopters, including the current status of all applicable liens and other encumbrances, owned in whole or in part by any Defendant or by any entity in which any defendant has an interest, as required by ECF No. 417, B. ¶¶ 1, 6 and 9.

12. As of this date Mr. Sparks has not provided a certified identification and listing of *all* transfers of Defendants' properties over $5,000 in value since December 28, 2021, or even those since January 23, 2025 when ECF No. 417, Section D went into effect. ECF No. 417, B., ¶ 4. Mr. Sparks only provided a spreadsheet of property transfers by Defendant B&W Auto, not the other defendants or by any entity in which any defendant has an interest.

Undersigned counsel certify the facts above are true and accurate to the best of their information and belief.

DATED this 9th day of October, 2025.

                                             Respectfully submitted,

                                             s/   Reed Zars
                                             Reed Zars, Attorney at Law
                                             Utah Bar No. 16351
                                             910 Kearney Street
                                             Laramie, WY 82070
                                             (307) 760-6268
                                             reed@zarslaw.com

                                             s/   Michelle Fein
                                             Michelle Fein
                                             Utah Bar No. 18065
                                             50 W Broadway, Suite 333
                                             PMB 49891
                                             Salt Lake City, UT 84101
                                             (610) 761-7643
                                             michelle@fein.law

                                             s/   George Hays
                                             George E. Hays. Attorney at Law
                                             P.O. Box 843
                                             Bellevue, WA 98009
                                             (415) 716-9159
                                             georgehays@mindspring.com

                                             *Attorneys for Plaintiff*