# UTAH CERTIFICATE OF TITLE

## New Title



**Title Number:** UT010041311

| | | | | |
|---|---|---|---|---|
| **Vehicle Type:** Truck | **Year:** 2019 | **Make:** RAM | **Model:** 5500 | **Body Style:** Cab |

**VIN/HIN:** 3C7WRNFLXKG535613

| | | | |
|---|---|---|---|
| **Cylinders:** 6 | **Fuel:** Diesel | **Odometer:** 0 | **Date Issued:** 12/05/2023 |

DIESEL POWER GEAR DBA SPARKS MOTORS LLC
1955 S 1800 W
WOODS CROSS UT 84087-2314

**Owner Information:**
DIESEL POWER GEAR DBA SPARKS MOTORS LLC
1955 S 1800 W
WOODS CROSS UT 84087-2314

**Lienholder Information:**

VEHICLE IS EXEMPT FROM ODOMETER REQUIREMENTS

## Request For Lien Change

Complete this section. Send the title and required fee to the Division of Motor Vehicles. Please check one box.

☐ Issue a title free of liens          ☐ Issue a title showing the following as the NEW LIEN HOLDER

| LIEN RELEASE - Signature of lien holder (releasing interest) | Vehicle owner's signature requesting lien change |
|---|---|
| **X** | |
| Title of signer | New lien holder's name |
| Date | Address |
| | City                          State          ZIP Code |

**Division of Motor Vehicles**
**UTAH STATE TAX COMMISSION**
210 North 1950 West
Salt Lake City, Utah 84134



TC-127 Rev. 03/19 CDR



C 7298103

VOID WITHOUT EAGLE WATERMARK HOLD TO LIGHT TO VIEW

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

**INSTRUCTIONS TO SELLER:**

Type or print the information.
NOTARY PUBLIC IS NO LONGER NEEDED. KEEP A COPY.

**INSTRUCTIONS TO BUYER:**

Type or print the information. Warning: DO NOT SIGN IF ODOMETER
DISCLOSURE IS NOT COMPLETE.

## A   Assignment Of Title By Registered Owner

**Odometer Disclosure - Required**

Enter odometer miles (no tenths)

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle
   WARNING - ODOMETER DISCREPANCY

**Sales/Purchase Price - Required**

Date of Sale  **1/22/24**

Sale Price  $ **33175 ⁰⁰**

**SELLER**

Print name of seller   **Diesel PowerGear DBA Sparks Motors**

Print name of authorized agent selling vehicle (if different from seller name)  **Ron Held**

Current address of seller (street, city, state and ZIP code)   **1955 S. 1800 W.   Woods Cross   UT   84087**

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct. Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment.   **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller)

X _____   Date of Sale  **1/22/24**

**BUYER**

Print name of new owner   **David Kiley**

Street Address   **1217 S. 200 E.**

City   **Farmington**   State **UT**   ZIP code **84025**

Print name of new lien holder

Street Address

City   State   ZIP code

Signature of buyer (new owner)

X _____

Signature of lien holder (releasing interest)

X _____

## B   Reassignment Of Title

**Odometer Disclosure - Required**

Enter odometer miles (no tenths)

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle
   WARNING - ODOMETER DISCREPANCY

**Sales/Purchase Price - Required**

Date of Sale

Sale Price  $

**SELLER**

Print name of seller

Print name of authorized agent selling vehicle (if different from seller name)

Current address of seller (street, city, state and ZIP code)

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct. Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment.   **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller)

X _____   Date of Sale

**BUYER**

Print name of new owner

Street Address

City   State   ZIP code

Print name of new lien holder

Street Address

City   State   ZIP code

Signature of buyer (new owner)

X _____

Signature of lien holder (releasing interest)

X _____

**Utah Code 41-1a-701 requires the owner to remove the license plates when vehicle is sold or disposed, unless an owner has included the transfer of a license plate as part of a sale, trade, or ownership release of a vehicle.**