

# Declaration of Constable Reitz

**Utah Physicians for a Healthy Environment, Inc**

**VS**

**Diesel Power Gear LLC et al.**

Case # 2:17-cv-00032-RJS-DBP

**Travis Reitz**, being first duly sworn upon his oath, deposes and states:

1. I am a Constable for Salt Lake County with authorization to serve process throughout the State of Utah. I testify to the following facts of my personal knowledge.
2. I have been engaged by Utah Physicians for a Healthy Environment (UPHE) in the case UPHE v. Diesel Power Gear et al., 2:17-cv-00032, to serve official papers and to execute various writs.
3. I have been attempting to seize several vehicles registered in the name of one or more defendants in the above referenced action subject to writs of execution issued by the federal court.
4. On, Wednesday, August 27, 2025, I was attempting to locate a 2024 Tesla Cybertruck, VIN 7G2CEHEE8RA005151, registered in the name of David Sparks and Heavydsparks LLC at the Defendants' shop at 1955 South 1800 West, Woods Cross, UT, 84087.
5. Mr. David Sparks was present at this location, and I asked him where the Cybertruck was located. He told me that he had given the truck to Kyle Bateman with Ridgeline Capital to pay against his debt, and the truck was no longer in Mr. Sparks's possession.
6. I also asked Mr. Sparks where the 2019 Dodge Ram 5500 truck, registered in the name of Diesel Power Gear was. Mr. Sparks told me he had given this truck to his employee Dave Kiley to pay for his salary, and the truck was no longer in Mr. Sparks's possession.
7. I reran the VIN numbers of both vehicles, and they are still owned by the same person/entities as before that are listed in paragraphs 4 and 6.
8. It would make my duty to seize these vehicles much easier if Mr. Sparks was ordered to make them, and their keys and titles, available at Mr. Sparks's shop located at 1955 South 1800 West, Woods Cross, UT, 84087.
9. I am also tasked with executing the writ of execution on Mr. Sparks's cabin in Farmington Canyon. I need to be able to inspect the cabin before I can arrange for its advertisement

and safe. It would make my duty to execute this writ more effective and efficient if Mr. Sparks was ordered to make the cabin keys and any necessary access codes available to me at his shop located at 1955 South 1800 West, Woods Cross, UT, 84087.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated Thursday, September 4, 2025

Constable Travis Reitz