THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIESEL POWER GEAR, LLC, et al., <br><br> Defendants. | **RELEASE ORDER** <br><br> Case No. 2:17-cv-00032 <br> Judge Robert J. Shelby |

Defendant David W. Sparks appeared before the court on October 9, 2025 for a contempt hearing. For the reasons stated on the record, the court orders Defendant Sparks released from the custody of the U.S. Marshal on October 9, 2025.

DATED this 9th day of October, 2025.

BY THE COURT:

_____
Robert J. Shelby
United States District Court Judge