IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> DIESEL POWER GEAR LLC, et al., <br><br> Defendants. | **ORDER** <br><br> Case No. 2:17-cv-00032-RJS-DBP <br><br> District Judge Robert J. Shelby <br><br> Chief Magistrate Judge Dustin B. Pead |

The court previously found Defendant David W. Sparks in civil contempt and issued a bench warrant for his arrest.[1] Sparks appeared in custody at the contempt hearing held on October 9, 2025.[2] The court ordered his release from custody at the conclusion of the hearing based on oral argument and the parties' stipulation.[3]

The stipulation requires Sparks to produce, as a condition of purging his contempt, the following:

1. Brad Bennett's records showing all payments of principal and interest applicable to his loan(s) to David Sparks and Ashley Sparks.

2. Ridgeline Capital's records showing all payments of principal and interest applicable to its loan(s) on the house, G.I. Sparks LLC, and Blackhawk.

3. The most current bank mortgage statements applicable to the Redwood property and the Sunset Loop property.

4. A copy of the Tesla Cybertruck's title and/or any bill of sale from Ridgeline Capital.

---

[1] Dkt. 519, *Memorandum Decision and Order of Contempt*.

[2] Dkt. 535, *Minute Entry*.

[3] *Id.*; Dkt. 536, *Release Order*.

1

5. A sworn statement of all vehicles, boats, aircraft, any other motorized transport devices, and trailers currently owned by all Defendants except Joshua Stuart.

6. A sworn list of all personal property or items over $5,000 in value owned by Sparks.

7. A sworn statement and/or evidence of original non-Defendant ownership of items sold for $5,000 or more at the liquidation sale, and proof of purchaser and price at the liquidation sale.[4]

The court ORDERS the parties to file on the docket, by October 20, 2025, a joint status report addressing Sparks's compliance with the stipulation.

SO ORDERED this 14th day of October 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[4] *See Minute Entry.*