IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>Plaintiff,<br><br>v.<br><br>DIESELSellerz.com, et al.,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND JOINT STATUS REPORT DEADLINE**<br><br>Case No. 2:17-cv-32-RJS<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Plaintiff Utah Physicians for a Health Environment (UPHE) and Defendant David Sparks respectfully move the Court for a brief, two-day extension of the parties' deadline to file a joint status report addressing Mr. Sparks' compliance with the Court's Order on Mr. Sparks' civil contempt, ECF No. 538.

Defendant's counsel produced documents addressing the Court's Order and the parties' stipulation today at about 3pm MT. In order to allow UPHE's counsel to review this production and determine their position on Mr. Sparks' compliance with the Court's Order, the parties jointly request that the Court extend the deadline to submit a status report by two days, to Wednesday, October 22, 2025.

The Parties' stipulated proposed order is submitted herewith and will be emailed to chambers.

DATED this 20th day of October, 2025.

*****signatures follow******

For Plaintiff UPHE,

<u>s/ Reed Zars</u>
Reed Zars
Utah Bar No. 16351
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com

For Defendants,

<u>s/ Jon Pfeifer</u>
Jon Pfeifer
Utah Bar No. 16646
CANNON LAW GROUP
124 South 600 East
Salt Lake City, Utah 84102
(801) 363-2999
Jon@cannonlawgroup.com