IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> DIESEL POWER GEAR LLC, et al., <br><br> Defendants. | **ORDER** <br><br> Case No. 2:17-cv-00032-RJS-DBP <br><br> District Judge Robert J. Shelby <br><br> Chief Magistrate Judge Dustin B. Pead |

Before the court is the parties' Stipulated Motion to Extend the Joint Status Report Deadline.[1] Having considered the Motion and finding good cause exists to do so, the court GRANTS the Motion. The parties shall file the joint status report by October 22, 2025.

SO ORDERED this 21st day of October 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 539.

1