*Attorneys for Plaintiff*

| | | |
|---|---|---|
| Reed Zars | George E. Hays | Michelle Fein |
| Utah Bar No. 16351 | Attorney at Law | Utah Bar No. 18065 |
| Attorney at Law | P.O. Box 843 | 50 W Broadway, Suite 333 |
| 910 Kearney Street | Bellevue, WA 98009 | PMB 49891 |
| Laramie, WY 82070 | (415) 716-9159 | Salt Lake City, UT 84101 |
| (307) 760-6268 | georgehays@mindspring.com | (435) 254-3837 |
| reed@zarslaw.com | (Admitted Pro Hac Vice) | michelle@fein.law |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>                Plaintiff,<br>    v.<br><br>Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks, Joshua Stuart and Keaton Hoskins,<br><br>                Defendants. | **PLAINTIFF'S EMERGENCY MOTION TO ENJOIN DEFENDANT SPARKS FROM INCITING HIS SUPPORTERS TO CONFRONT UPHE OR ITS COUNSEL**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

## INTRODUCTION

On Thursday, October 2, the Court issued an arrest warrant for Defendant David Sparks for contempt of court after he failed to provide certain information in connection with collection of the judgment against him in this case. Sparks was subsequently arrested. On October 9, the Court held a hearing during which, after a stipulation was reached by the parties, Sparks was released from jail.

Following his release, Sparks twisted and broadcasted his version of these events. He claimed that "99% of [UPHE's Clean Air Act] claims were proven wrong" and that UPHE's attorneys "officially crossed a line that they cannot uncross" by "[s]ending him to jail." He claimed that "UPHE attorney, Mr. Reed Zars, intentionally misled the court." He claimed that "the judge finally saw through all the lies." And, most significantly for this motion, he asked his

millions of followers to "contact the attorney, Reed Zars, out of Laramie Wyoming," "Brian Moench" of UPHE, and other lawyers and UPHE members, along with displaying images of Mr. Reed Zars and UPHE's board and staff.

The result of this is that UPHE members and attorneys have received hundreds of threats from Sparks's followers, including threats to come to their homes, and threats to their lives. As a result of these threats, UPHE staff has vacated its office, and Mr. Zars and his wife have been forced to leave their home and office and have sought refuge at a distant location.

UPHE has contacted Sparks's counsel to try to convince them to stop Sparks from urging his followers to contact Zars and UPHE – contacts by that time which were plainly foreseeable to result in additional threats. They have refused. As a result, UPHE brings this emergency motion seeking a tailored injunction requiring Defendant Sparks to remove all social media posts where he urges his supporters to seek out and confront UPHE, its members, and its counsel, and to make no further posts to similar effect. UPHE also asks that the Court encourage Defendant Sparks to advise his followers to stop seeking out and confronting UPHE, its staff, members, and board, and its counsel.

## FACTUAL BACKGROUND

Defendant Sparks posted his first video discussing this case on Saturday, October 11, 2025. It can be viewed at this link: https://www.instagram.com/p/DPsFlzFDHaY/ (Sparks's Oct. 11, 2025 Video). It called for his followers to contact UPHE and Mr. Zars specifically. A transcript of the video is included as Attachment 1 to UPHE Attorney Ms. Fein's Declaration.

Defendant Sparks's October 11 video, watched by 5.1 million viewers, and his subsequent, October 15 video, watched by 3.3 million viewers, unleashed a torrent of threatening, hateful, and vulgar electronic communications from Defendant Sparks's internet followers to UPHE staff and board members as well as Mr. Zars and his children.

UPHE has received many caustic, harassing and threatening messages including these:

- You have no idea how much danger you are in.
  You should go. Run. Hide.
  Those people will find you and your family.
  And if I were you.  Maybe tru to get out of the country while you still can.

  Those people have you on their list and these people don't get caught.  They never find the bodies.  Repeat and think about this.  They NEVER find the bodies..  And now you guys go after patriots.  Incredibly RISKY and you're playing with fire.

  Good luck.  And get your life insurance and WILLS in order for your family's sake.

  And I would never want to be involved in what you're involved with.  RUN. AND. HIDE.

- *Fuck You, now you put a legal target on yourself and we're going to be looking high and low for EVERYTHING you've ever done.. you wanted a battle good to fucking go… STAND THE FUCK BY…FAFO*

- *Shit cunts!  Hope someone plants a bomb in your head quarters and takes you lefty faggots out!  Fucking queer cunts*

- *Hey if you file another lawsuit against anyone else, whistlindiesel is gunna be coming after you from every corner of the internet and every corner of the map. DO YALL A FAVOR AND DELETE YOURSELVES OFF THE FACE OF THE EARTH :)*

Vasic Declaration.

As a result of these and other messages, on October 17, UPHE was forced to cancel a public event scheduled for that evening at the Patagonia headquarters due to security concerns raised by the threats to UPHE from Sparks's followers.  UPHE has also vacated its office, and has requested enhanced police protection.  *Id.*

UPHE Attorney Reed Zars

Examples, see Zars Declaration, of the harassing and threatening messages include the following:

(Oct. 11)

- *It's disappointing to see someone who presents himself as a champion of*

> *ethics and the environment behave so unethically in practice. Your virtue signaling doesn't disguise the harm you cause by abusing the legal system for personal gain. Karma has a way of balancing things out, and I hope for your sake that you reflect on the kind of legacy you're creating before it does.*

(Oct. 12)

- *You're the epitome of ambulance chasing lawyers. You're nothing but a bottom feeder looking for a class action suit under the guise of "im helping save the environment" all the while you're raking in cash and really there's not actually any help being done to the environment or ecosystem whatsoever. You're like a two faced whore who wants to have the cake and eat it too. You stroll around in society touting that you're just everything right and just for the environmental cause when really you're just a greedy, ugly old man, who discovered a long time ago that he could make millions through extortion wrapped around legal paper. If it wasn't for making all that money I bet you couldn't get laid, haha. You look like you're close to death anyway. Go hurry up and die already. The world will be a better place without you.*

- *Several of our chapter members will be stopping by to pay you a visit at your offices and homes. We would like to chat about recent news events and abuse of the legal system. See you soon.*
- *Give me a call back, otherwise I'll cruise out to Laramie . . . and I think there will be about 16 of us in our group. We all drive diesel trucks . . . probably we could just get together and have a little conversation with you . . .*
- *One, two, comin' for you, three, four, I'm gonna be at your door, five six it's about time you know your goin' to be my best friend. For your end is near.*
- *Why is it OK for you to steal millions? There's no consequences. Oh wait, there are no consequences, we're going to make sure of it. You ain't slippin' by no more. America is going to America on this one, Buddy.*

(Oct. 15)

- *You're a piece of shit. You'll get yours faggot. Kill yourself you cunt piece of trash. I hope you get fucked so hard in jail they fucking kill you.*
- *For what you and the gutter scum group you represent and pretend to care about allegedly is an extortion group in disguise… you should drive in to a lake with the windows up because people like you (fucking Democrat) ice hating sack of shit should leave the country… go Trump*
- *I just needed to say-you're absolutely toxic. Every case you twist, every life you ruin for a paycheck, it chips away at what's left of decency out there. Humanity's bleeding because of CREEPS like you. Nasty, soulless- hope you're burning in hell someday. Don't sleep easy.*

-4-

(Oct. 16)

- *Your an embarrassment to your family, friends, colleagues and the public, your trash, you'll never accomplish anything respectable and nobody respectable will be at your funeral you old and tired witch, it would not be a sad day if you rolled your car on the freeway with your family inside so the bloodline will end, nobody will miss you and most will celebrate, FUCK YOU*
- *You idiots better watch your back do you not know what timeline are country is in right now someone will go after y'all if you keep being stupid*
- *You're a demon, a monster, a PARASITE on society and deserved to have the oxygen taken out of you. Burn in hell and go fuck yourself.*
- *Your practice is right down the street from me. What you did to heavy D sparks is pretty fucked. You can tongue my nuts you fucking piece of shit. You're such an asshole. You don't belong in Laramie, you are a disgrace to Laramie. FUCK YOU! Asshole* 🖕🖕

(Oct. 17)

- *You do not belong in Albany County, much less Wyoming.. I live here, too, and I'm of the mindset you should leave, Jackson is a place more fitting of you, and your family's scum, so why dontcha' just do us all a favor and head out west?*

(Oct. 18)

- *Just saw you on youtube you evil greedy disgusting ignorant waste of skin. And you have kids!? Enjoy Hell.*
- *Your a greedy fuck. Now you really fucked up and your career is over. I hope your wife in that Google maps photo isn't upset everyone in the world sees her working by the front porch... To late. Ugly ass bitch*

(Oct. 20)

- *You and your bottom feeding communist thugs with law degrees are going to have to answer for what you've done to small businesses. Your face has now been plastered all over. Good luck having a moment of peace in public. You can run, but you can't hide from justice. Incarcerating a good man over lies, will not stand. Hope to see you soon.*

*See* Zars Declaration.

Last Monday morning, October 13, 2025, UPHE's counsel George Hays emailed attorney Cannon notifying him of the content of the messages Mr. Zars and UPHE had received and asking Mr. Sparks and Mr. Cannon to take down their posts, refrain from making more, and

-5-

make posts asking Mr. Sparks' supporters not to contact UPHE or counsel. *See* Hays Decl., Attachment 1. Mr. Cannon's reply is reproduced in full in Attachment 1.

After a phone call and an extensive exchange of emails, on Monday night, Mr. Hays again asked Mr. Cannon to ask his client to stop the calls for his supporters to confront UPHE and its counsel. In apparent response, Mr. Sparks on Monday evening made a new post on Instagram. That message continued to call for his supporters to contact UPHE, and specifically Mr. Zars, although he added:

> But I'm just going to ask you again, please, if you're going to get involved and help be part of this process, no threats, no intimidation, just peaceful dialogue.

*See* Hays Decl.

Defendant Sparks's Monday evening post did nothing to cool the blood of his followers. The hateful and harassing messages kept coming. On Wednesday, October 15, 2025, Mr. Sparks posted a new video, this time on YouTube. Despite Defendant Sparks's and Mr. Cannon's full awareness of the types of menacing and fearsome messages being received by UPHE and its counsel, Mr. Sparks continued to call on supporters to "get a hold of" UPHE and its lawyers personally:

> So, here's where you guys come in. I'm not asking anyone to go after or attack anyone. I want to make that clear. That's not what this is about. But I am asking people to speak up respectfully firmly and factually. I know that they even have a big public event coming up here in Salt Lake City soon, and I'm not telling you to go crash their event, I'm telling you, if you want answers to the questions just like I do, **get a hold of them**.

Oct. 15, 2025 Video Tr., Fein Decl., Attachment 1.

Mr. Sparks's continuing calls for extra-judicial relief from his followers have caused them not only to harass and intimidate Mr. Zars, but to apply further pressure on him by sending abusive messages to his sons (screenshot from message to Mr. Zars's sons, on October 17, 2025).

-6-



And sending rude commentary about his wife (on Oct. 18):

> Your a greedy fuck. Now you really fucked up and your career is over. I hope your wife in that Google maps photo isn't upset everyone in the world sees her working by the front porch... To late. Ugly ass bitch[.]

See Zars Declaration.

During this same period of time Mr. Zars's professional and personal email accounts have also been subjected an "email bombing" attack, presumably initiated by Mr. Sparks's followers, causing Mr. Zars's accounts to be congested by thousands of unsolicited emails further frustrating his ability to perform his professional and personal obligations. *Id.*

## LEGAL BACKGROUND

In light of these regrettable facts, UPHE moves the Court to use its inherent power to issue an immediate order requiring Mr. Sparks to take down all social media posts, and make no others, that continue to cause his supporters to make menacing and vulgar threats to UPHE, its staff, its board members, and its counsel. UPHE also asks that the Court encourage Defendant Sparks to advise his followers to stop seeking out and confronting UPHE and its counsel.

Courts have the inherent power to maintain discipline and decorum in the cases before them to ensure the fair administration of justice:

> It has long been understood that "[c]ertain implied powers must necessarily result to our Courts of justice from the nature of their institution," powers "which cannot be dispensed

> with in a Court, because they are necessary to the exercise of all others." *United States v. Hudson*, 7 Cranch 32, 34, 3 L.Ed. 259 (1812); see also *Roadway Express, Inc. v. Piper*, 447 U.S. 752, 764 (1980) (citing *Hudson*). For this reason, "Courts of justice are universally acknowledged to be vested, by their very creation, with power to impose silence, respect, and decorum, in their presence, and submission to their lawful mandates." *Anderson v. Dunn*, 6 Wheat. 204, 227, 5 L.Ed. 242 (1821); see also *Ex parte Robinson*, 19 Wall. 505, 510, 22 L.Ed. 205 (1874). These powers are "governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R. Co.*, 370 U.S. 626, 630-631 (1962).

*Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991).

Thus, for example, in *In re Ho Wan Kwok,* No. 3:23-cv-102 (KAD), 2024 U.S. Dist. LEXIS 176935, 2024 WL 4349010 (D. Conn. Sept. 30, 2024), a district court upheld a bankruptcy court's injunction prohibiting "encouraging, inciting, suggesting, or funding protests" through social media at the homes and offices of the bankruptcy trustee, a creditor's officers or employees, or their respective relatives, and ordering removal of "social media posts that contained false or harassing material about or the personal information of the [trustee and related persons] or encouraging similar conduct towards those persons." *See* 2024 U.S. Dist. LEXIS 176935, at *17. The debtor raised First Amendment concerns about the injunction, but the district court noted the compelling state interests in protecting the "well-being, tranquility, and privacy of the home," (citing *Frisby v. Schultz*, 487 U.S. 474, 480-81 (1988)), and "the state interest in protecting the integrity of the bankruptcy proceedings," *Kwok,* 2024 U.S. Dist. LEXIS 176935, at *37-38, and upheld the injunction.

Four factors must be shown by the movant to obtain a preliminary injunction: (1) the movant "is substantially likely to succeed on the merits; (2) [the movant] will suffer irreparable injury if the injunction is denied; (3) [the movant's] threatened injury outweighs the injury the opposing party will suffer under the injunction; and (4) the injunction would not be adverse to the public interest." *Beltronics USA, Inc. v. Midwest Inventory Distrib., LLC*, 562 F.3d 1067, 1070 (10th Cir. 2009); *Fish v. Kobach*, 840 F.3d 710, 723 (10th Cir. 2016).

ARGUMENT

Like the situation in *Kwok*, UPHE seeks a tailored injunction that requires Mr. Sparks to take down and make no further posts that have been shown to cause his supporters to seek out, confront and threaten UPHE members and its counsel.

With respect to the elements necessary to obtain injunctive relief, UPHE's likelihood of success on the merits is very high. It is beyond dispute that Defendant Sparks is engaged in a concerted campaign, waged by his willing followers, to harass and threaten UPHE and its counsel at the expense of their well-being and the integrity of this proceeding. It is also beyond question that UPHE and its counsel are suffering irreparable injury as a result of this campaign due to his followers' verbal and written attacks, including lethal threats. Mr. Zars and his wife have been driven from their home and office, and they fear for the safety of their family. UPHE has requested police protection, has already cancelled one public event, and has vacated its office. Unless Defendant Sparks is required to remove his damaging posts and stop making new ones, these injuries are likely to get worse.

The balance of injuries is also in UPHE's favor. UPHE has every right to be free from Defendant Sparks's injurious harassment and menacing threats from his followers, and Defendant Sparks will suffer no injury by stopping them.

Finally, it is in the public interest to stop Defendant Sparks from inciting his supporters to harass and threaten UPHE and its counsel. Stopping these personal and hateful communications will only protect, not harm, the public interest, and will help preserve the integrity of this proceeding. The abusive communications from Defendant Sparks's followers, directly incited by Mr. Sparks, are simply meant to intimidate and frighten UPHE and its lawyers, not to influence public opinion through rational discourse.

The requested relief would not prohibit Mr. Sparks from expressing his opinions about this case. The proposed injunction would, however, attempt to curb the foreseeable and outrageous stalking and harassment of UPHE and its counsel which, through fear and intimidation, gravely threatens the fairness, integrity, decorum and outcome of this proceeding.[1]

Respectfully submitted this 21st day of October, 2025.

| | | |
|---|---|---|
| s/ Reed Zars | /s Michelle Fein | /s George E. Hays |
| Reed Zars | Michelle Fein | George E. Hays |
| Attorney at Law | 50 W Broadway, Suite 333 | admitted *pro hac vice* |
| 910 Kearney St. | Salt Lake City, UT 84101 | Attorney at Law |
| Laramie, WY 82070 | 435-254-3837 | P.O. Box 843 |
| 307-760-6268 | michelle@fein.law | Bellevue, WA 98009 |
| reed@zarslaw.com | | 415-716-9159 |
| | | georgehays@mindspring.com |

---

[1] Defendant Sparks's harassment campaign could be related to his interest in avoiding his fees and costs debt altogether by breaking down the resolve of Mr. Zars, his co-counsel, and UPHE. As Sparks stated in his Instagram story on October 14, 2025, "Sending a bunch of money to an out-of-state attorney doesn't help, which is why I've stood on this business so hard because I'm not okay with that. I'm not okay with them extorting me and throwing me in jail to try to get more money out of me. It's just, I'm over that. I'm not playing that game anymore." Fein Decl. ¶ 7 & Attachment 1.