IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br> v. <br><br> DIESEL POWER GEAR, LLC, et al., <br><br> Defendants. | **DECLARATION OF JONNY VASIC IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR INJUNCTION** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief District Judge Robert J. Shelby <br> Chief Magistrate Judge Dustin B. Pead |

1. I, Jonathan Vasic, am over 18 years of age and competent to make this declaration. The statements herein are based upon my personal knowledge.

2. I am the Executive Director of Utah Physicians for a Healthy Environment.

3. Since Saturday, October 11, 2025, UPHE has received many caustic, harassing and threatening message from followers of David Sparks.

4. Because of the danger to UPHE caused by these messages I reported them to the Salt Lake City Police Department. A true and accurate copy of what I sent to the SLCPD is attached as Attachment 1.

     5.     On October 17 I received the following message:

> From: p[REDACTED]
> Subject: Resign.
> Date: October 17, 2025 at 3:45:18 PM MDT
> To: jvasicuphe@gmail.com
>
> You have no idea how much danger you are in.
> You should go. Run. Hide.
> Those people will find you and your family.
> And if I were you. Maybe try to get out of the country while you still can.
>
> Those people have you on their list and these people don't get caught. They never find the bodies. Repeat and think about this. They NEVER find the bodies.. And now you guys go after patriots. Incredibly RISKY and you're playing with fire.
>
> Good luck. Get your life insurance and WILLS in order for your family's sake.
>
> I would never want to be involved in what you're involved with. RUN. AND. HIDE.

     6.     On October 17, UPHE was forced to cancel a public event scheduled for that evening at the Patagonia headquarters due to security concerns raised by the threats to UPHE from Sparks's followers.

     7.     UPHE has vacated its office, and has requested enhanced police protection as a result of the threats to UPHE from Sparks's followers.

     8.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of October, 2025.

Signed: _____
Jonathan Vasic, Executive Director

# ATTACHMENT 1



----- Forwarded Message -----

**To:** "reed@zarslaw.com" <reed@zarslaw.com>; "drmoench@yahoo.com" <drmoench@yahoo.com>
**Sent:** Sunday, October 12, 2025 at 11:24:51 AM MDT
**Subject:** Stopping by soon :)

Several of chapter members will be stopping by to pay you a visit at your offices and homes. We would like to chat about a recent news events and abuse of the legal system. See you soon

**Subject: Paybacks a Bitch**
**Date:** October 12, 2025 at 11:17:09 AM MDT
**To:** info@uphe.org

**We are brining 25+ Patriots to your Docs, Dust and Answers event on Oct 17th to teach you crocks a lesson. Have fun dealing with us.**

**Subject: Biggest waist of air is you guys**
**Date:** October 12, 2025 at 10:30:46 PM MDT
**To:** info@uphe.org

Biggest waist of time and money just to be harassing small businesses and attacking people shame on all of you I hope you guys all get sued and become homeless libtard freaks



Website:

Message:
I'd like to know where the money your embezzling through these lawsuits is really going? Where's the proof it's helping the environment? How much is going into your personal pockets?

**Subject: Environmental questions**
**Date:** October 11, 2025 at 11:25:25 PM MDT
**To:** info@uphe.org

You guys are WILD! I hope this absolutely ruins you as a company. Get fucked

**Subject: Go fuck yourself**
**Date:** October 9, 2025 at 8:59:32 PM MDT
**To:** "info@uphe.org" <info@uphe.org>

Go fuck yourself your family your friends and associates you worthless scum bags that think you're doing right with the world. I hope you choke on your extremely toxic DEF yall love to suck on!

██████████████████████████████

**Subject: Hi friends!**
**Date:** October 9, 2025 at 6:51:55 PM MDT
**To:** info@uphe.org

Hey if you file another lawsuit against anyone else, whistlindiesel is gunna be coming after you from every corner of the internet and every corner of the map. DO YALL A FAVOR AND DELETE YOURSELVES OFF THE FACE OF THE EARTH :)
Sent from my iPhone



-8-

Begin forwarded message:

**Subject: Hi friends!**
**Date:** October 9, 2025 at 6:51:55 PM MDT
**To:** info@uphe.org

Hey if you file another lawsuit against anyone else, whistlindiesel is gunna be coming after you from every corner of the internet and every corner of the map. DO YALL A FAVOR AND DELETE YOURSELVES OFF THE FACE OF THE EARTH :)
Sent from my iPhone