IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br> v. <br><br> DIESEL POWER GEAR, LLC, et al., <br><br> Defendants. | **DECLARATION OF REED ZARS IN SUPPORT OF UPHE'S MOTION TO ENJOIN DEFENDANT SPARKS FROM INCITING HIS SUPPORTERS TO CONFRONT UPHE OR ITS COUNSEL** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief District Judge Robert J. Shelby <br> Chief Magistrate Judge Dustin B. Pead |

1. I, Reed Zars, am over 18 years of age and competent to make this declaration. The statements herein are based upon my personal knowledge.

2. I represent Plaintiff Utah Physicians for a Healthy Environment (UPHE) in this matter.

3. On the evening of October 11, 2025, I began to receive threatening emails, text messages and voice mail messages from persons I did not know. All messages appeared to be related to this matter. Many of the messengers made statements of a similar accusatory, threatening and vulgar nature. Some stated they knew where I lived in Laramie, Wyoming and were planning on coming with other diesel truck owners to have a "little conversation" with me, or were coming with several "chapter members" to "chat" about my "abuse of the legal system." Others more openly stated my "end was near."

4. Due to the frequency and ferocity of these communications my wife and I have been forced to abandon our home and seek greater safety at a distant location. That is where we remain.

5. Between October 11 and today, October 20, I have received hundreds of additional, unwanted voice, email and text messages of a similar menacing and threatening nature. They continue to pour in as I type.

6. Here are some examples of emails (some excerpted that I have received:

(Oct. 11)

> *It's disappointing to see someone who presents himself as a champion of ethics and the environment behave so unethically in practice. Your virtue signaling doesn't disguise the harm you cause by abusing the legal system for personal gain. Karma has a way of balancing things out, and I hope for your sake that you reflect on the kind of legacy you're creating before it does.*

(Oct. 12)

> *\* You're the epitome of ambulance chasing lawyers. You're nothing but a bottom feeder looking for a class action suit under the guise of "im helping save the environment" all the while you're raking in cash and really there's not actually any help being done to the environment or ecosystem whatsoever. You're like a two faced whore who wants to have the cake and eat it too. You stroll around in society touting that you're just everything right and just for the environmental cause when really you're just a greedy, ugly old man, who discovered a long time ago that he could make millions through extortion wrapped around legal paper. If it wasn't for making all that money I bet you couldn't get laid, haha. You look like you're close to death anyway. Go hurry up and die already. The world will be a better place without you.*

> *\* Several of our chapter members will be stopping by to pay you a visit at your offices and homes. We would like to chat about recent news events and abuse of the legal system. See you soon.*

> *\* Give me a call back, otherwise I'll cruise out to Laramie . . . and I think there will be about 16 of us in our group. We all drive diesel trucks . . . probably we could just get together and have a little conversation with you . . .*

> *\* One, two, comin' for you, three, four, I'm gonna be at your door, five six it's about time you know your goin' to be my best friend. For your end is near.*

*\* Why is it OK for you to steal millions? There's no consequences. Oh wait, there are no consequences, we're going to make sure of it. You ain't slippin' by no more. America is going to America on this one, Buddy.*

(Oct. 15)

*\* You're a piece of shit. You'll get yours faggot. Kill yourself you cunt piece of trash. I hope you get fucked so hard in jail they fucking kill you.*

*\* For what you and the gutter scum group you represent and pretend to care about allegedly is an extortion group in disguise... you should drive in to a lake with the windows up because people like you (fucking Democrat) ice hating sack of shit should leave the country... go Trump*

*\* I just needed to say-you're absolutely toxic. Every case you twist, every life you ruin for a paycheck, it chips away at what's left of decency out there. Humanity's bleeding because of CREEPS like you. Nasty, soulless-hope you're burning in hell someday. Don't sleep easy.*

(Oct. 16)

*\* Your an embarrassment to your family, friends, colleagues and the public, your trash, you'll never accomplish anything respectable and nobody respectable will be at your funeral you old and tired witch, it would not be a sad day if you rolled your car on the freeway with your family inside so the bloodline will end, nobody will miss you and most will celebrate, FUCK YOU*

*\* You idiots better watch your back do you not know what timeline are country is in right now someone will go after y'all if you keep being stupid*

*\* You're a demon, a monster, a PARASITE on society and deserved to have the oxygen taken out of you. Burn in hell and go fuck yourself.*

*\* Your practice is right down the street from me. What you did to heavy D sparks is pretty fucked. You can tongue my nuts you fucking piece of shit. You're such an asshole. You don't belong in Laramie, you are a disgrace to Laramie. FUCK YOU! Asshole* 🖕🖕

(Oct. 17)

*\* You do not belong in Albany County, much less Wyoming.. I live here, too, and I'm of the mindset you should leave, Jackson is a place more fitting of you, and your family's scum, so why dontcha' just do us all a favor and head out west?*

(Oct. 18)

> *Just saw you on YouTube you evil greedy disgusting ignorant waste of skin. And you have kids!? Enjoy Hell.*
>
> *Your a greedy fuck. Now you really fucked up and your career is over. I hope your wife in that Google maps photo isn't upset everyone in the world sees her working by the front porch... To late. Ugly ass bitch*

(Oct. 20)

> *You and your bottom feeding communist thugs with law degrees are going to have to answer for what you've done to small businesses. Your face has now been plastered all over. Good luck having a moment of peace in public. You can run, but you can't hide from justice. Incarcerating a good man over lies, will not stand. Hope to see you soon.*

7. My children have also been receiving messages. Here is a screenshot of a message received by one of my sons:



8. Also since October 11, I have been subjected to a separate harassment campaign called email bombing. This assault, that I reasonably attribute to Mr. Sparks's followers, has caused my professional and personal email accounts to be clogged by thousands of unsolicited emails. Working in this environment is increasingly difficult to manage.

9. I have reviewed the transcriptions of the voicemails generated by Ms. Fein and confirm they are true and accurate.

-5-

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 21st day of October, 2025.

Signed: s/ Reed Zars