IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>DIESEL POWER GEAR, LLC, et al.,<br><br>   Defendants. | **DECLARATION OF MICHELLE FEIN IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO ENJOIN DEFENDANT SPARKS FROM INCITING HIS SUPPORTERS TO CONFRONT UPHE OR ITS COUNSEL**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

1.   I, Michelle Fein, am over 18 years of age and competent to make this declaration. The statements herein are based upon my personal knowledge.

2.   I represent Plaintiff Utah Physicians for a Healthy Environment (UPHE) in this matter, along with my co-counsel Reed Zars and George Hays.

3.   On October 12, 2025, I viewed videos Defendant Dave Sparks and Attorney Cole Cannon posted on Instagram regarding this case, visible at the following links: https://www.instagram.com/p/DPsFlzFDHaY/ (Sparks' Oct. 11, 2025 Video) & https://www.instagram.com/reel/DPouITDkrPD (Cannon's Oct. 10, 2025 Video).

4.   Mr. Cannon's video on Instagram is a "collaborative post" with Mr. Sparks, which means it is co-authored and appears on both Mr. Cannon's and Mr. Sparks' profiles. Transcripts of both videos are attached to this declaration, in Attachment 1.

5.   On October 12 & 13, 2025, my co-counsel for UPHE, Reed Zars, forwarded me several voicemails and emails from followers and supporters of Dave Sparks.

6.      On or about October 14, 2025, Mr. Sparks posted a "story" on Instagram regarding this case. Stories are videos that last for only 24 hours, so a link to this video is no longer live. I personally viewed this video while it was live and a transcript of this video is attached to this declaration. I maintain copy of the video in my files, for the Court's reference.

7.      On the story reel, Mr. Sparks makes clear that he has no intention of paying the Court's 2021 Order on Fees and Costs—not because of financial issues but because he doesn't want to send the money to an out-of-state attorney:

> "Sending a bunch of money to an out-of-state attorney doesn't help, which is why I've stood on this business so hard because I'm not okay with that. I'm not okay with them extorting me and throwing me in jail to try to get more money out of me. It's just, I'm over that. I'm not playing that game anymore."

8.      On October 15, 2025, Mr. Sparks posted a video on YouTube extensively discussing the case, showing pictures of the UPHE board and staff and Mr. Zars, and calling out Mr. Zars and UPHE President Dr. Brian Moench by name both at the beginning and end of the video. The video is available to view here:

https://youtu.be/TxExBnSg2xI?si=Z_cIbtxXGVhoMPzW. The video begins and concludes ominously, with the same message:

> "I have a message for you, Mr. Reed Zars. Dr. Brian Moench, and everyone else at the UPHE. You crossed a line you can't uncross. You wrongfully stole my freedom and tarnished my good name. And now, I will pursue accountability in every forum until this can never happen to anyone else because even though I'm vindicated, I'm nowhere near done."

9.      Since posting this video on October 15, 2025, it has been viewed over 3.3 million times (as of 5 p.m. MT on October 20, 2025) and has over 18,000 comments, many of which are clearly threatening and harassing.

10.    Starting on October 15, 2025, I also began receiving calls from unknown numbers and hidden numbers asking me about this case and my involvement with Reed Zars and the Heavy D Sparks case. I have attached a transcription of a voicemail I received on October 16, 2025, which is representative of other voicemails I have received. *See* Attachment 2.

11.    Since Mr. Sparks has posted videos on social media about this case, Mr. Zars has continued to forward me voicemails and emails he is receiving from followers and supporters of Dave Sparks, including as recently as October 20, 2025.

12.    In order to initially transcribe the Instagram and YouTube videos and voicemails, I used an open-source speech AI model called Nvidia Parakeet-v2.

13.    I then personally reviewed, corrected, and confirmed that the transcripts of the video and voicemails represent a verbatim transcription of those videos and voicemails.

14.    I have attached those transcripts to this declaration in support of Plaintiff's Emergency Motion. Attachments 1 and 2.

15.    I have also maintained copies of the original videos and voicemails in my files, which I can share with the Court upon request.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED this 21st day of October, 2025.

Signed:  s/  Michelle Fein

-3-

# Fein Declaration
# **Attachment 1**
## (social media posts)

**<u>Transcriptions of Dave Sparks' and Cole Cannon's Social Media Posts</u>**

**Transcript of Dave Sparks' Instagram Reel posted October 11, 2025**
Available at https://www.instagram.com/p/DPsFlzFDHaY/

Well, guys, we've obviously got lots to talk about.

As many of you know, I just got out of jail, and now it's time to set the record straight. Yes, I was arrested on Tuesday morning as I was preparing to board a jet to speak at an event on behalf of the State of Utah. And yes, I just walked out of three days of solitary confinement in the maximum security wing of the Salt Lake County Jail.

But before you believe a single headline, listen to me closely. Please, this was not about me refusing to pay money that I rightfully owed. This was about standing up to a broken system that's been hijacked by bad actors, mostly lawyers, who have learned how to twist environmental laws into personal profit machines.

Here's what's happened: they've used those laws to chase blank checks of attorneys' fees, weaponizing the process itself. And if I didn't fight back, it would just leave this door open for them to continue doing as they've done to 20 plus other people and companies here in Utah alone over the past decade or so.

If I chose not to stand up, this same nightmare could happen to any business owners, families. Or even those of you watching this video. It's terrifying. It actually is terrifying.

This wasn't criminal, and I didn't break any laws. This was a civil case, which is basically a legal dispute between two private parties, right? Like small claims court on steroids.

And Thursday, after the truth finally hit the courtroom, I walked out fully vindicated.

This isn't a story about avoiding payment, it's about refusing to be exploited and exposing a system that's been abused for far too long.

Now, for a little background: for the past nine years, I've remained damn near silent about this lawsuit. Because I've been respecting the court and legal process.

But the reality is, these people officially crossed a line that they cannot uncross. Sending me to jail, that's not gonna work for me. And it's time for me to share my side of this insane story. I'm done holding back, and it's time to tell you.

Back in 2017, a group of zealous environmentalists called the Utah Physicians for a Healthy Environment, aka U-P-H-E, sounds a lot like EPA, they came after me under the Clean Air Act.

They claimed around 20 trucks and a handful of emissions defeat parts that we sold somehow caused, get this, over $114 million in damage. That's what, more than $5 million per truck or violation. Most of those rigs were show vehicles, off-road use only, static displays, or in some

cases, driven very limited miles on Utah roads. But that didn't matter. They needed headlines, and they got them. Within 24 hours of filing, they blasted a press release worldwide using my name, my face, and random cold rolling footage found on the internet that wasn't even me. Don't get me wrong, they used some of our videos for sure, but lots of it wasn't even us. That media storm destroyed deals, partnerships, and relationships that took me years to build. It caused absolute mayhem.

Now, the real fight came when the judge, a very smart man who I have a lot of respect for, ruled completely in their favor, treating basically every truck, every violation, everywhere like it broke Utah law. Well, we appealed that, obviously, and the federal appellate court trimmed that way, way down, ruling that I could only be held liable for trucks or parts used in Utah, because UPHE, it's a Utah group. That one ruling essentially gutted the bulk of their case, as it should have.

But here's the insane part: even after 99% of their claims were proven wrong, the attorney's fees never went down.

In fact, they went up because under the Clean Air Act, the private citizens action clause, the judge still labeled them the prevailing party. And they demanded every dollar of their attorney's fees plus much, much, much more, with the billing clock seemingly never being paused.

Despite winning a massive chunk of our appeal, I still got treated like I lost it all. Make that make sense. You see, now that's not justice, that's extortion wrapped in legal paper.

And it's not by the judge, but by the attorneys who exploit this loophole to earn millions for themselves, not for the environment.

So let's get into my attorney. My attorney, Cole Cannon, aka Law Father, is a friend, he's a homie, he's a partner, he's a great litigator. Just, this man deserves massive credit. He's a warrior. He's relentless, razor-sharp, and honestly, unshakable, and one of the best litigators I've ever seen. He's a masterpiece in the courtroom.

We filed over 522 docket entries full of documents and information fighting this nonsense. And at my hearing on Thursday, Cole came in swinging. He laid out 40 slides of hard evidence showing exactly how the UPHE's lawyers had been misleading the court for years. I'm talking twisting facts, playing games, and billing me for every second of that.

He even challenged them to take the stand and disprove a single word that he was saying. And guess what they said? Yeah, you're right. They said, no thanks. They declined. And that is the moment that changed everything.

The truth that we've been trying to get out there finally broke through, and you could honestly feel the shift in that courtroom. It was nuts. It was palpable, and damn did I love it.

This has never been about avoiding responsibility. We've already paid hundreds of thousands of dollars to the U.S. Treasury and the EPA for the federal penalties, which are completely separate from the circus over attorney fees.

I've owned my part, but I'm done being extorted. We've tried to settle fairly for years with multiple cash payment offers above the original fees that they were awarded in the judgment, but they don't want that.

They don't want resolution. They want attention. Because every time they file a motion, they send another press release to the whole world talking about us and getting press off of our backs. This isn't about clean air anymore. It's about dirty tactics. I mean it.

So yeah, I got arrested not for a crime, but over a paperwork dispute tied to those same attorneys' fees where UPHE attorney, Mr. Reed Zars, intentionally misled the court into believing that I was just blatantly ignoring court orders and refusing to submit any documents, which is a blatant lie.

Days in solitary confinement, completely locked down. Then, in court, the judge finally saw through all the lies. Cole didn't even have to finish his argument before the judge stopped everything, looked around, kind of like a holy shit moment.

He called a private meeting. And ordered my release immediate.

I walked out free. I walked out vindicated.

That moment after years of fighting felt like the storm finally let up for a second. It was, it was beautiful, absolutely beautiful.

Listen, guys, this law was written to hold big polluters accountable: power plants, corporations, that type of stuff. It's not to be weaponized by activists against small businesses.

UPHE has been running the same playbook for over a decade. Dozens of victims, millions in attorneys' fees, and not a dollar proven to improve Utah's air. Not a dollar.

Most of that money goes straight into the pockets of an out-of-state attorney named Mr. Reed Zars. And honestly, he's made a career off of suing people just like me. I know a lot of people he's sued and he's ruined a lot of lives.

So here's my ask: Don't take my word for it. Go look at the Utah Physicians on Instagram or check out their website and contact them. You can also contact the attorney, Reed Zars, out of Laramie, Wyoming. I'm not gonna put his information here, but you can find him.

And if you care about fairness, respectfully, please, just ask them: what are you doing to actually improve Utah's air? How much have you pocketed in attorneys' fees? Why are you targeting small businesses instead of fixing the system? Like I said, guys, don't attack them, please. Be

cordial, be civil, just demand answers. Accountability cuts both ways, and it's time that we get some.

So, listen, I'm home, I'm free, and I'm vindicated. I'm not angry. Instead, I'm actually just laser-focused and determined to stop this madness from ever happening to anyone else.

This isn't about revenge, it's about redemption. Reform, resistance. Resilience. It's about standing up when you've been kicked way down for years.

And it's about making sure that this never happens to anyone else ever again.

So, listen, tomorrow I'll be releasing a full-length video on my YouTube channel with much deeper details, documents, screenshots, and essentially. All the receipts necessary to back up what I'm telling you right now.

Listen, guys, I am an imperfect man, but I'm not a criminal, and I should have never had my freedom stolen from me.

All over, again, remember, a civil dispute fueled by greed and attorney's fees.

And guys, the amount of love and support I felt from you over the past several days has been one of the most powerful things I've ever felt. Honestly, I get choked up every time I try to talk about it like a crybaby. So, seriously, thank you. Thank you from the bottom of my heart to every single one of you who have my back.

Now, with that said, let's fix this together. Because, guys, like I said, I'm vindicated, but I am nowhere near done. This is just the beginning of this fight, and we're gonna win. Let's do it together.

## Transcript of Attorney Cole Cannon's Instagram Reel posted October 10, 2025
Available at https://www.instagram.com/reel/DPouITDkrPD

All right, folks, I don't normally talk about my legal profession, but I got a few things to say after a very sleepless week getting our mutual friend Heavy D. Sparks out of jail

To be clear, this is not a crime. There is no crime alleged or charged in this matter. This is strictly a civil matter.

Reverse the clock, eight years. My client gets sued by a group of zealous environmental doctors who assert that he tampered with approximately 20 trucks, give or take, and a handful of defeat parts that were sold inadvertently, by the way, on a website.

Mind you, it doesn't matter if you intentionally modify these vehicles. If they are owned and driven by you, even if you bought it as is, you could be liable for a violation here.

They sue him as the judge properly stated today, a judge who, by the way, I have great respect for among the smartest men that I know, for potentially a $114 million dollars. Think of that. Twenty trucks, limited mileage, off-road vehicles for the most part, $114 million. We're talking $5 million per truck. There is no basis in rationality how that is a connection or causal connection whatsoever between the damage to cause the environment and the wrongdoing of the owner of the vehicle.

We go to trial, we get those penalties reduced by over 99%, so the doctors win less than 1% of their case. If your child comes home with a 1% on their math test, or if I only win 1% of your case, I have lost your case and your child has failed. But in this statutory world, if you win 1%, you get 100% of your attorney's fees.

And those are what we've been fighting over for the last three and a half years or so. And that is the issue that got my client in jail today.

And more specifically, it wasn't the non-payment of attorney's fees. It was that he allegedly, I think we overcame this in court, which is why he's free today, he allegedly withheld some documents relative to the collection of attorneys' fees.

This is insane, and this is terrifying for regular people if your emission systems fail. And you happen to have a lawyer in your rearview mirror who knows this law, they could send you a demand letter and take you to court. And if they only win 1% of your case you could owe them one hundred percent of their attorney's fees. It's almost like a blank check.

And I hope, as sad as it is that our good friend has to be an example for this law, I hope his example can go up to the very highest levels in Washington and we can get this law changed. It is dangerous law, and it's a law that I don't know why we allowed it to be created, but it's there, and it's got to go.

So, to my good friend Heavy, you're a warrior. We love you, man. I hope that this imprisonment, which was wrongful, it was an injustice, serves a greater purpose of changing this law for the rest of us. And I also hope you can get some sleep because you deserve it, buddy.

**Transcript of Dave Sparks' Instagram Story posted October 14, 2025**
Available at https://www.instagram.com/heavydsparks (for 24 hours)

Well, my friends, it has been one hell of a week. As many of you know, I got arrested last Tuesday. I was basically thrown in jail under false pretense, under a contempt of court charge, basically. These attorneys that I'm in this clean air lawsuit with since 2017, they basically made up a bunch of stuff and told the judge that I wasn't complying with court orders, but I have been. And so we had a hearing last Thursday, and the judge finally saw it, let me out of jail. Damn near apologized or at least let me know like he was at a loss for words, and what happened wasn't okay.

And since then, I posted a video and told you guys about it, and there's a lot of you guys that are super passionate and awesome. And first thing I gotta say is, dude, thank you. Like the support has been insane. The calls, the texts, the emails, the messages, everything has just been so over the top and so unexpected. I couldn't ask for a better group of people to support me. And I asked you to reach out to the UPHE and their attorney Reed Zars to ask some, ask them some really hard questions, like, where's this money going? And why are you doing this to small businesses? And who's collected all these attorneys' fees? And how many, you know, how much in attorneys' fees have you collected? And how many people have you sued? And what are you doing with the money? And how is it helping the air quality in Utah? Like, these are all valid questions because they're a local nonprofit based here in Utah, supposedly acting on behalf of the public interest, but this isn't helping the public, this isn't helping the air. Sending a bunch of money to an out-of-state attorney doesn't help, which is why I've stood on this business so hard because I'm not okay with that. I'm not okay with them extorting me and throwing me in jail to try to get more money out of me. It's just, I'm over that. I'm not playing that game anymore.

So that's why I'm out of here talking about it. But with support, you know, there always comes a little too much support, or you get those overzealous supporters who potentially take it a step too far and they make threats, or they intimidate, or they scare, or they, you know, heaven forbid take violent action. Nothing like that has happened yet as far as like violence, but there has been a handful of people who reached out to the attorney Reed Zars and the UPHE, and rather than asking those hard questions, went straight for like threats, which it's not okay, guys. So, I want your support. I appreciate your support, and I expect your support because this could happen to any of us. But I'm just going to ask you again, please, if you're going to get involved and help be part of this process, no threats, no intimidation, just peaceful dialogue. It doesn't have to be easy dialogue because it's not going to be 'cause these are really hard questions that they're gonna have to provide real solid answers for. But let's do it that way rather than scaring anybody or threatening anybody. I know everybody has good intentions to help me out and some people are just naturally more aggressive than others. But to all of you, we can do this in a way where there's no violence, there's no none of that stuff. That's all I ask.

But again, I'm just super grateful for the support. And I will have a longer update video for you guys soon. I actually had a YouTube video ready to go on Sunday. It's really good. Like, it's got receipts, screenshots, real solid information. It's not just like a story that I'm telling you. It's like, here's a fact-based account of like what happened. So that'll go live soon. The only reason I haven't posted it yet is because we did open kind of some dialogue with the UPHE again after

my video on here on Friday and they kind of came back to the table and said, Hey, let's talk. Like, you know, we obviously you're saying a lot of stuff and it's getting a lot of people fired up. Maybe we can find a common ground.

So that's where I've been and holding off on posting the video, which sucks because I really just want to get the whole story out there. But at the same time, I want to do this in a way where maybe there's resolution right away rather than having this continue to drag on forever because we're already going on nine years. I don't want to do this anymore. And so, if there's some sort of resolution that can be had by me holding off on sharing the rest of the story for now, I'll always share it, but like just for now, I feel like that's probably the route that we should go. So, thank you for support. Thank you for caring. Thank you for making me feel so loved. And let's get this done the right way. But please, no threats, no violence.

**Transcript of Heavy D Sparks YouTube Video "The Truth Behind Why I Was Thrown In
Jail," posted October 15, 2025**
Available at https://youtu.be/TxExBnSg2xI?si=Z_cIbtxXGVhoMPzW

Heavy D Sparks:

I have a message for you, Mr. Reed Zars, Dr. Brian Moench, and everyone else at the UPHE.
You crossed a line you can't uncross. You wrongfully stole my freedom and tarnished my good
name. Now, I will pursue accountability in every forum until this can never happen to anyone
else. Because even though I'm vindicated, I'm nowhere near done.

Reporting clips:

"In breaking news from Utah, Heavy D sparks widely known from the Discovery Channel series
Diesel Brothers, was arrested Tuesday morning in Salt Lake City. According to court records,
Sparks was taken into custody by U. S. Marshals and then a federal judge …"

[Text on video screen at 0:45 mins: "If you choose to contact UPHE, Reed Zars, or any affiliated
parties, please do so in a civil and respectful manner. Limit your communication to thoughtful,
constructive questions only."]

Heavy D Sparks:

All right, my friends, it's time to set the record straight once and for all. Yes, I was arrested and
just spent three days locked up in solitary confinement at a maximum security wing of the Salt
Lake County Jail. But this wasn't criminal. I wasn't even charged with a crime, and I didn't do
anything illegal.

For several years, I've kept fairly quiet about our lawsuit with a group of environmentalist
doctors that started way back in January of 2017. Because I've been respecting the court process
and just kept my head down doing my part to get this resolved. But the group suing me, well,
they finally crossed the line, and it's time for me to speak out after almost nine years of being
damn near silent on this matter.

One thing that we're going to do throughout this video is provide receipts. I don't want you guys
to just sit here and listen to me talk and have to take my word for it. Instead, what I've decided to
do is throw up screenshots, court documents, basically anything that you can see and reference to
understand that what I'm telling you actually happened. Kind of pulling back the curtain and
giving you everything, so there's no doubt as to whether or not this really happened.

Guys, real quick, before we get further into the story, because it's a hell of a story, and it's going
to take a minute. I want to acknowledge something that I promised you a couple months back. I
told you near the end of July that we were having a huge liquidation sale so that I can make room
for new projects, new ventures. And unfortunately, I haven't been able to make those
announcements just yet, because of multiple things that have been happening, including some of
what I'm about to share with you in this video. But I want to let you know that I haven't

-13-

forgotten about you and I fully intend to follow through with making those huge, awesome, and exciting announcements. That are huge changes for me. They're big steps, big advancements in my career, and they're gonna change everything about what I do. So, I want you to know that I'm not ignoring it, I'm not avoiding it. It's something that I'm really anxious and excited to talk to you about. I just have to wait for the time to be right, and I believe that time is coming very soon once we get this whole legal issue put to bed.

Now, let's get back to this absolute chaotic mess of a lawsuit that we've been dealing with for almost nine years. Alright, so I just got released from Salt Lake County Jail, which just so happens to be one of the top five safest jails in the world, which also means it's one of the top five most secure. Now, in order to keep me safe in there and to keep me away from a population of people who may just want to be friends or fans or potentially do harm to me, they had to put me in protective custody. That means that I was in solitary confinement, locked in a cell all by myself, with the opportunity to get out for one hour every other day. I'm telling you right now, that was the most miserable experience of my life. And I'm also going to tell you that to those of you, the few of you who've actually done real jail or prison time, whether it be days, weeks, months, or even years, I've got a whole new level of respect for you. Two days is nothing compared to what some of you have been through, but it was more than I ever care to experience again.

Now, let me tell you guys about the week that I was having. On Monday, I was in Washington, D.C., to speak at a conference. On Tuesday, I was scheduled to be at the One Utah Summit. Now, what the One Utah Summit is, it's a giant conference for the state of Utah where state leaders and agencies and all sorts of people get together and figure out a way to obviously make the state better. And they invited me to come speak on the topic of how private organizations can work hand in hand with state and local agencies to be able to do good for the public, aka, search and rescue, cleaning up public lands, all the stuff that we love to do for our state. I was not getting paid to speak at this event. It wasn't convenient for my schedule. Like I said, I've been traveling all week. On Wednesday, I was scheduled to be in Kentucky doing an appearance for Hitachi at the Utility Expo. On Thursday, I was scheduled to be back home. Well, after getting home from Washington, D.C., on Monday night, I got a few hours of sleep and I was up again the next morning on Tuesday at 4 am to head down to the airport to jump on a flight to southern Utah for the One Utah Conference.

Well, as soon as we got to the airport, rolled in, jumped out of the car, getting ready to go board the jet. Suddenly, out of nowhere, three or four trucks full of U.S. Marshals come rolling in, lights on, guns drawn and fully prepared to take me into custody. And honestly, at first, I thought it was a joke. I thought I was getting punched because it's happened before. We have a lot of friends in law enforcement, and they sometimes do that. They roll up on their lights and they, you know, play a joke on us and so I was laughing, until they came up and handcuffed me. And they threw me in the back of their truck and they drove me to the Salt Lake County Jail. And the entire time on our way to the jail, they were apologizing. They felt terrible. They knew that me getting arrested was the most absurd thing possible because they know I'm not a criminal and they know I didn't break any laws.

-14-

And that was a common theme throughout my entire experience in jail, from the guards to the management to the staff to the other inmates. Everyone knows my story, and they all know that I'm far from a criminal, and I did not deserve to be locked up in chains and shackles and thrown into a cell by myself with some of the worst of the worst.

You see, this was a civil case, one that's been dragging on for almost nine years. And yesterday, before we all left a hearing, the judge himself told everyone this should have never happened. I walked in with wrist and ankle cuffs, and walked out vindicated.

But this story goes way beyond me because what's happening here exposes a broken system that can be used to punish people even when they've done almost everything right. This is no attack on the judge or the court, who I actually believe is a brilliant and well-reasoned man that does his best with the information presented to him. But that's the problem. This is a story about bad actors: the UPHE and its lawyers, and bad law.

Now let's go to the beginning. This all started back in 2017 when I and a handful of my companies got sued by a group called Utah Physicians for a Healthy Environment, or UPHE. So, you need to understand that the UPHE is made up of a bunch of doctors who are also activists and environmentalists [**picture of UPHE board and staff shown**]. The group is led by a doctor named Brian Moench. He is a very passionate man about the environment and he is constantly out at rallies and protests and different events. On one hand, I can respect he wants the environment to be better and cleaner, just like all of us. But on the other hand, unfortunately, I cannot respect the way that he's gone about trying to enforce this.

But the way they do this is they use an attorney, and they use the same attorney, or at least they have for a very long time, named Reed Zars from Laramie, Wyoming [**picture of Reed shown**]. Reed is . . . Reed's Reed. That's all I can say about it. Reed doesn't like me very much, and we've had a, just a real wild relationship over the past nine years as he's been trying really hard to basically destroy my life.

Now, you need to understand that Reed essentially built this lawsuit off of social media. He would sit there and watch social media, he would watch our TV show, Diesel Brothers, and pretty much anywhere else that he could find me. And he would basically take what he found there and use it in his court case against me.

Years ago, I put up a picture of a really cool house that I liked. Wasn't mine, didn't own it, had nothing to do with it, on the stand. He said, whose house is this? Where'd you get the money to pay for it? And how come we didn't know about it? And I was like, It's not mine. It's just a post that I made. And that was a common theme throughout this whole lawsuit.

So, one of the funniest stories. Along this whole journey was when Reed decided that I post on Facebook, so I must get paid by Facebook. And he wanted to get access to that money that they were paying me, which they weren't. And so he called Meta and basically said, Hey, I'm an attorney. I want to garnish this account. You need to send all this money to me. And they're like, Sir. No, like, first of all, that's not how this works. Second of all, he's not in our system. Third of all, we're not paying him. Fourth of all, we can't give you any more information.

He took a trip down to Meta headquarters. And in a court filing, which I'll show you proof of right here, he documents exactly what he did on this trip. He went to Meta. He tried to get in, he knocked on all the doors, the doors were all locked. So, in this court briefing explaining his trip, he says, I waited around outside, couldn't get in, and then I strategically timed my entrance into the building at the same time as the exit of an employee, aka, he snuck in. Somebody opened the door and he found his way in, went to the front desk and said, I'm here to collect Dave Sparks money. I need you to provide me with all this information, blah, blah, blah. And they were like, sir, no. And even if I was in their system getting paid, that's not how it works. They weren't going to do it. And then he goes in, you know, further into this brief and he says, it was at that point that I was then escorted out of the facility by three security guards, but not before Facebook offered him an opportunity—I really wish he would have done this, or I wish I had the picture—but they offered him the opportunity to take a selfie in front of the Facebook sign. He included all of this in his court brief that he submitted, basically to be used against me.

Now, the reason I'm telling you this story is because remember how I told you that he was doing all sorts of stuff along the way to try to get at me and basically running the billing clock at the same time. So, all of his efforts I was paying for. So, I paid for or was billed for Reed going to Meta headquarters, sneaking in, trying to basically extort them for money that they don't pay me, and was then escorted out of the facility. And I don't know if he ever took the selfie, but if he did, honestly, I would have been tempted to be way more cooperative with his extortion if he would have just filmed his whole journey to Meta and back because that honestly is one of the funniest things I've ever heard.

And that's honestly probably just about the only funny part of this whole story. The rest of it sucks. When they sued us back in January of 2017, their first demand right out the gate was stop doing the deletes, stop doing the videos, stop doing anything that's hurting the environment. And we said, okay, we already pretty much are complying with all that, even before you, you know, you did this lawsuit. So, great, we're good with that. And then they said, give us [**unintelligible**; text says: "we can't disclose the amount of money they asked for."] and then we will go away up front for a lawsuit for activities that we were no longer even doing. I thought this was about compliance. I thought this was about making the environment better. How does me paying [**unintelligible**] to an out-of-state attorney make Utah's environment any better? I'll give you a hint, it doesn't. It wasn't just me that they sued. In fact, they've been doing this for several years. And the list that's publicly available online is well over 20 different people and entities. Realistically, it's way longer than that once you start digging into court records and different things like that. And the craziest part to me is the fact that after they sued me, they followed along and saw the different partners and sponsors and companies that I worked with, and they sued them as well.

They sued me under the Clean Air Act, claiming that around 20 trucks and a few aftermarket parts we sold years earlier violated the emissions laws. They alleged that those trucks caused more than $114 million in environmental damage under just the Utah law. You see, the problem with that is, that's almost $5 million per truck, most of which were low-use, show vehicles, off-road vehicles, competition use. And to make sure the world knew about it, they launched a massive media blitz before I even had a chance to respond to the initial lawsuit.

Within 24 hours, headlines were everywhere: national, international, local. They plastered my name, my face, my company, all over the news and social media. They even used random clips from the internet of people blowing black smoke, footage that had nothing to do with me or my team, but they used it to make us look reckless.

That one media stunt has followed me for years and cost us countless business opportunities and partnerships. And the truth is, that was just the beginning. Keep in mind, this is not the EPA bringing the case. In fact, the EPA declined to take this case because it was so small, it wasn't a priority for them. I have a great relationship with the EPA.

I'm gonna tell you two things. Number one, I'm not perfect. And number two, at my core, I'm a small business owner, just like many of you. Now, as to number one, I'll never profess to be perfect, not even close. I also don't hide from my mistakes, and instead, I seek to be a fallible person that learns from those mistakes and falls forward. So, yes, I made some mistakes early on in my career. Mind you, I was sued for conduct in 2012, which was basically me working out of a garage as a 20-year-old something, for a short time, I thought rolling coal was cool. I'm a huge diesel fan, but I am not a fan of intentionally blowing black smoke straight out of the tailpipe or the stacks. I love and care about our environment. I really do. My happy place is out in the wilderness, and I honestly didn't realize that buying a vehicle at an auction, which a lot of times is a mystery bag, that was deleted, violated the Clean Air Act.

I do care, which is why you guys see us over the last five years on YouTube constantly working to make this state and all of the surrounding states a better place by providing nonprofit efforts to, you know, pull vehicles and boats and equipment off of public lands and clean up public lands all the way to recovering deceased loved ones off the top of mountains that nobody else could get to. We care and we put our money where our mouth is by doing the actual work. Instead of going after other people, taking their money, and claiming that we're doing it in the name of the environment. That's the difference, and that's what separates us from the UPHE.

I also had a website called 4x4 Anything that connected to a parts bin of third-party providers, and I didn't even realize we were selling defeat parts on that website. When we were sued, I walked in the front door and admitted we were wrong. I didn't try to hide from it. Not only that, but I immediately took down the offerings of emissions defeat parts from our webpage even before getting sued. All in all, we sold a total of 164 emissions defeat parts inadvertently before I realized the mistake and removed the listing and, crazy enough, offered the original buyers 200% of their purchase price as a refund if they would send the parts, and in fact, we got some, but not all of the parts back. I offered to fix countless emission systems for free to low-income families. I grew up poor. I know the pain a check engine light can inflict to a family that is really just getting by. I figured, let's do some good for our neighbors and our community here in Utah and agree to fix broken emission systems and to educate the general public about air quality. The proposal was outright rejected by the doctors. They didn't even consider it. So much for a win-win-win. The point is, I was trying.

As to the second point, I'm still a small business owner. Back then, in 2012, I was in my business diapers. The court found the two main businesses that were sold made $118,000 and $271,000 in profits in total. We had a lot of mouths to feed at the time with $400,000 per year in

profit. You can imagine how scary a threat of $114 million was to a small business owner just getting started. At first, the judge ruled primarily in UPHE's favor, but gave them nothing close to the $117 million they asked for. We're grateful the judge considered the mitigating factors, but this was still a lot of money for a small business owner. The judge accepted their claims as if every single truck or part, no matter where it was used, violated Utah law and the doctors had standing under the Constitution to bring the claims.

But we didn't stop there. We appealed to the Tenth Circuit Court. And the appellate court, thankfully, took a closer look. They ruled that under the U.S. Constitution, I could only be held liable for trucks or parts that were actually used or operated right here in Utah where the claims were brought against me. That ruling reduced the penalty significantly, which made it perfect sense. If something happened out of state, it shouldn't count against a Utah business.

But here's where it gets even crazier. Even though the appellate court drastically reduced the scope of the case, the attorney's fees didn't go down at all. In fact, they went up because the appellate court kept parts of the original ruling in place. UPHE's lawyers were still considered the prevailing party, even though they didn't win as much as they originally thought they did. And under this specific environmental statute, if they win even 1% of a case, they can demand 100% of their attorney's fees. It's insane.

Total federal penalties landed around $550,000, but under their complaint, they could have received $114 million. So, the doctors lost 99% of their claims, but still got treated like they won the whole thing. That's how upside down this law is. In normal court, the prevailing party only gets fees based upon what they win.

Over the years, I have tried desperately to comply with all of their demands. And their list of demands and paperwork requests and discovery requests and everything they've asked of from me has become a full-time job, not only for me, but for multiple people within my organization. They required a list of every transaction that myself, any of my partners, any of my companies, or anybody affiliated with me had made to anyone for any reason in the amount of $5,000 or more, dating all the way back to 2020. Listen, I don't care how big of a company you are, even Fortune 500 companies don't keep that level of accounting.

Now let me explain to you another reason why producing all of this paperwork was not just hard, but damn near impossible. We have had the same in-house accountant here for all of my businesses. Her name was Kristie Manwaring. Just a Beautiful woman, we loved her. She was a part of the family, part of the team for years. And she knew everything about our finances. Like, she handled all of our books, all of our accounting, all of our payroll, everything. Well, unfortunately, in December of 2024, almost a year ago. Kristie suddenly died of congestive heart failure. Kind of came out of nowhere and boom, just took her from us. And that wasn't great because obviously she was very special and close to us, but also she had kind of the keys to all of our stuff, all of our books, all of our balance sheets, all of our finances, and they were all on her computer, which none of us had a password to. And unfortunately, the way that she had organized things wasn't as clean as we would have hoped. But the reality was, there were certain things that we just couldn't ever get access to. We don't know where she kept them or if she kept them at all.

When that happened, Reed basically accused us of withholding information. We're like, no, here, like, come look. This is why I invited them to come to the office and go through everything with me and see if they had any better ideas. But we provided everything we possibly could.

So when the compliance thing kind of became a big issue, meaning they were going to the court and basically accusing us of just ignoring all of their requests and saying that we weren't doing anything to try to like fulfill what they were asking for us, I realized that we had a major problem and there was a major disconnect and breakdown of communication between us, the UPHE, their attorneys, the court, and the judge.

So essentially, what I did recently to try to resolve that, I invited the UPHE and their attorneys to my shop, to my office, to my home, to my cabin. I invited them here to be able to look through the books with me, look at the vehicles that they had in question, look at the properties, look at everything that they'd been asking about for years that I was unable to produce any more documentation on, so they could come see for themselves. The reason why I did this was to be totally compliant. I'm still trying to run a business, trying to build a brand, trying to raise a family, trying to take care of my mental, physical, and spiritual health, all of that on top of hours and hours and hours of document production every single week. It becomes impossible, but we have tried our very best, which is what the judge finally, started to see this last Thursday.

Let me be clear: this has never been about me refusing to comply. Never. We've already made large payments, hundreds of thousands of dollars directly to the U.S. Treasury and the EPA to satisfy the federal portion of the judgment. We have some relatively low penalties outstanding, but for the most part, we've met those obligations. To my knowledge, none of this money has been spent or will ever be spent to improve Utah's air quality.

But what has been happening ever since is something completely different: the fight over attorney's fees. The attorney's fees claimed by the doctors ended up being around 300% of the actual penalty. Because once UPHE's lawyers realized the law let them collect unlimited fees, it turned into a blank check.

At first, we had two law firms involved against us. Then it turned into a feeding frenzy of multiple lawyers from four different law firms trying to collect on this judgment, all billing their own separate hours and fees. They could keep filing motions, dragging the case out, and tacking on more and more fees. We're up to 522 filings. My lawyer says this is the single largest docket they have ever seen, and it should be because it's going for nine years.

Guys, for years we've been trying to reach a fair settlement, something reasonable that reflects the reality of what happened, but they have never shown good faith. In fact, we had court-ordered mediation once, and the doctors didn't make a single offer to settle. But then again, why would they? Every motion they file means more fees they can demand, and every time they file one, they send out another press blitz to the media, and it just turns into this cycle of profit and publicity with me being the only one to pay for it.

Now, listen, I got to give huge credit where it's due to my attorney Cole Cannon. Cole is a very powerful and very smart attorney, and he's an excellent litigator. What that means is when you go to trial and you need somebody to speak on your behalf to the judge, to the court, if there's a jury, he's speaking to them, you need somebody who can articulate very well, who can communicate a message very effectively. And Cole said one of the most powerful lines I've ever heard in my hearing on Thursday when he said, "Your Honor, Mr. Sparks does more good for the state of Utah in one single weekend than these doctors have done throughout their entire nine-year legal battle against him."

And he's right. And I'm not here to toot my own horn. I'm not here to tell you guys that I'm the greatest and the best or that I'm perfect in any capacity. I'm here to tell you that I care about my community. I care about my state. I care about this same environment that we all live in that I have to raise my kids in.

For a long time, it felt like the court just wasn't hearing what we were trying to communicate. Cole's been saying it for years, that the facts were being misrepresented and that we were being unfairly portrayed as non-compliant rednecks who flout the law and don't care about court orders.

And finally, in this most recent hearing, the judge saw it all so clearly. Cole asserted and had 40 PowerPoint slides prepared to show UPHE's misdirection to the court. Cole proved that we had provided the documents some two or three different times throughout this case. Cole, from my jail cell, created in painstaking detail the dates and times the documents were produced, showing the judge our substantial compliance. Worth noting, we also filed proof we had produced these documents with the court several times before this. In fairness, there are 522 entries on the docket, so it's understandable a court might miss them in the shuffle, but the lawyers for the UPHE, you know better.

Cole insisted on calling UPHE's counsel to the stand so he could swear, under penalty of perjury, anything Cole was saying was false. Guess what? Reed didn't take the stand. Cole proved, with evidence, that we had not only complied, but gone above and beyond to meet every requirement to the best of our ability. As a show of good faith, we asked UPHE what they thought was outstanding, and even if it wasn't on their previous list or in a court order, we agreed to give it to them.

The other side's statements were flat out false, and that revelation changed everything. The judge finally saw it. The courtroom felt it, and for the first time in a long time, the truth was undeniable. Man, I get goosebumps thinking about it because this has been hell.

How did I end up in jail? It wasn't for breaking any law. I didn't do anything illegal. Remember, I was thrown in jail on contempt of court charges, which aren't criminal. I didn't break a law, it's not illegal. Contempt of court basically just means that the judge says that you are screwing up the court process or you're not following and you're not participating the right way, and so he can charge you with contempt, which means that, that order is designed to just stop you from doing whatever you're doing that's hurting the court process. And Reed Zars wrote in his request to the judge, he said, "Hey, if Mr. Sparks doesn't provide me with all these different documents,

which I had already provided, if he doesn't get them by this date, then please put a warrant out for his arrest." And the judge was just believing all the stuff that Reed Zars had submitted. And so he's assuming, like, well, this guy really is just blatantly ignoring me, and I can't have that happen, so I'm going to issue an order for his arrest.

So, as I was in jail and I was talking with my attorney Cole. We were trying to figure out what needed to happen for me to be able to get out because remember, there's no bail, there's no opportunity to pay any sort of fine. The only thing that could have gotten me out of jail is having the judge essentially just remove the contempt, purge the contempt charge, or the attorney, Reed Zars, could have stipulated, basically means he could have agreed with my attorney to email the judge and say, hey, we agree, Mr. Sparks, we can get out of jail now and then we'll solve all of this in the next hearing.

Well, Cole, obviously, as soon as I got thrown in jail, reached out to Reed and said, hey, this is madness. This has to stop. Please stipulate with me and let's email the judge and tell him that, you know, it's time to let him out. And Mr. Zars responded by saying, just know that Mr. Sparks and I were really close to finally having a settlement in place, and if we could just get that settlement done, then we could obviously, you know, agree to letting him out. To me, that basically means extortion. Like, get me paid on my ridiculous amount of attorneys' fees, and then I'll tell the judge to let him out of jail. That's wrong. That should never happen. That's insanity.

I was taken to jail and spent two and a half full days in solitary confinement, all over a paperwork dispute in a civil lawsuit. I was held with the worst of the worst: pedophiles, rapists, murderers, you name it. I was strip searched both upon arrival and after each time I met with my lawyers every single day. That means roughly three full cavity searches every single day.

Then this last Thursday, day of my hearing, Cole went in, laid out the truth, showed the proof, invited UPHE's lawyers to take the stand, and the judge immediately recognized what had happened. The court was at a loss for words regarding the situation and told everyone, essentially, let's not let this happen again, meaning, I can't believe we're here and I don't want to see you guys back in my courtroom. That's what vindication looks like. That's what it feels like to finally be seen after years of being misunderstood and misrepresented.

Honestly, this case has exposed how broken the system really is. The Clean Air Act's citizen suit provision was designed to hold big corporations accountable, but it's now being used as a weapon against small businesses, mechanics, and even private citizens.

Groups like the UPHE have been using this model for years, suing, collecting settlements, and walking away with massive legal fees. And here's the kicker. You ready for this? None of those fees can be directly tied to actually improving Utah's air quality. Not one dollar goes toward cleaner air, emissions programs, or environmental projects. To my knowledge, it just gets sent to Washington and subsumed in the bureaucratic web of the EPA in the giant federal budget.

Instead, most of the money goes into the pockets of lawyers, including an out-of-state attorney named Reed Zars from Laramie, Wyoming [**picture of Reed shown**], who's built a career off of these kinds of cases. That's not environmental justice. That's a business, and it's wrong.

So, here's where you guys come in. I'm not asking anyone to go after or attack anyone. I want to make that clear. That's not what this is about. But I am asking people to speak up respectfully firmly and factually. I know that they even have a big public event coming up here in Salt Lake City soon, and I'm not telling you to go crash their event, I'm telling you, if you want answers to the questions just like I do, get a hold of them: Where is the money from these lawsuits going? And why are you spending years targeting small businesses instead of solving real pollution issues? How much have their attorneys collected in these last 10 years off these cases? In contrast, how much money has been sent to actually improve air quality in Utah? Maybe they have a good answer, but in my eight-year nightmare, I haven't found a single one.

The reason why I'm telling you all this is so that we, all of us collectively, can get together to push for some major reform. The Clean Air Act has to be changed. The way it's written right now it allows for 100% of the attorney's fees to be paid out to the attorneys that are coming after you, even if they don't win their full claim against you. Remember, they originally sued us for $114 million. And they only ended up getting like a $500,000 or $600,000 federal penalty judgment, meaning those are the fees we needed to pay to the EPA or wherever. But their attorney's fees that they've racked up, doing all sorts of crazy stuff, including taking trips all the way down to the meta campus to totally ineffectively try to garnish wages down there, that never changed—they were able to bill us for the full amount.

So, our proposal is just rewrite that law, change it so that the attorneys who sue you can only get like 25% of the total penalty, rather than just some blank check where they can just go at this forever, and even if they're not very successful, but they still are successful on one or two little things, they can just bill you the full amount. That's insanity. It's allowing for good, innocent, hardworking people to either lose their freedom or lose their livelihood that they've worked so hard for. So, this has to change, and it starts with me and you.

You can also reach out respectfully again to their lead attorney, Mr. Reed Zars of Laramie, Wyoming, and ask him the same thing. Let them hear from real people who see through this insanity. I want to make this clear. This isn't about hate. It's about accountability, Mr. Zars.

I've done everything I can to comply, to pay what's fair, and to move on with integrity. I tried to fix this before the lawsuit was even filed. And I've tried to fix this after the lawsuit was filed. I've offered to host the lawyers for UPHE to sit knee to knee with me in my shop to talk this out. They've declined, and I've invited the lawyers to my shop to inspect anything they wanted to, documents included. We'll surprise, surprise, they declined. This case should have been over years ago, but instead, it's been dragged out for profit and publicity.

Thanks to Cole Cannon's relentless work, the truth finally came to light, and the judge saw it. After years of being misunderstood and misrepresented, we finally got the moment of vindication we deserved. And I got set free out of jail.

To everyone who's reached out, family, friends, fans, total strangers, thank you from the bottom of my heart. Your support through this, honestly, means more than you'll ever know, and I get choked up just thinking about it.

This was never about me trying to dodge responsibility, it was about standing up for fairness, truth, and accountability, not just for myself, but for every small business owner and citizen who could get caught in the same ugly, disgusting, mind-numbing trap.

I'm home, I'm good, and I'm more motivated than ever to make sure this story leads to actual change. Because nobody and, and I mean absolutely nobody, should ever spend two days in jail for a civil paperwork dispute. That's not justice; that's bureaucracy run wild.

We're gonna keep telling this story and we're gonna keep pushing for reform and we're gonna do it the right way. Thank you for listening. And to UPHE, if you're watching, I genuinely hope this experience makes you reflect on what true environmental progress actually looks like.

Now in closing, I have a message for you, Mr. Reed Zars, Dr. Brian Moench, and everyone else at the UPHE, you crossed a line you can't uncross. You wrongfully stole my freedom and tarnished my good name. And now, I will pursue accountability in every forum until this can never happen to anyone else. Because even though I'm vindicated, I'm nowhere near done.

[Text on video screen at 33:15 mins: "If you choose to contact UPHE, Reed Zars, or any affiliated parties, please do so in a civil and respectful manner. Limit your communication to thoughtful, constructive questions only."]

# Fein Declaration
# **Attachment 2**
## (voicemails)

## <u>Transcripts of a Selection of Threatening Voicemails to Mr. Zars and Ms. Fein</u>

1.  Voicemail to Mr. Zars on 10/12/25 at 2:37 am

"One, two, coming for you. Three, four, I'm going to be at your door. Five, six, it's about time you know you're going to be my best friend. For your end is near."

2.  Voicemail to Mr. Zars on 10/11/25 at 6:44 pm

"Reed. My name's ▮▮▮▮▮▮. I'm calling you from Utah. I've got some questions for you. When you get a chance, give me a call back, ▮▮▮▮▮▮. This is about me driving my diesel and not believing in DEF [pollution reducing Diesel Exhaust Fluid]. I don't believe in the emissions that are put upon diesels. There's a whole bunch of other stuff that you and I are going to disagree on. But I do want to hear about what it is that you are doing to improve the environment. I want to hear what's happening from your end here in Utah. And then I'm going to go and check it out. So give me a call back. Otherwise, I'll cruise out to Laramie. I'll be out there, here, I'll be on my way to Denver here pretty soon. And I think there's about 16 of us that are in a group. We all drive diesel trucks. We're all blue-collar workers. Most of us are oil-fueled. But we definitely want to see, we probably could just get together and have a little conversation with you, to talk about what it is that you are doing. I've got people that are going to look up your assets and kind of see where your life has gone, look up your legal career. I only have my pre-law degree. I haven't got my law degree. But I am going to follow through and find out everything about you. It sounds like you've been up to no good for quite a while. And now you've got a bunch of diesel driving blue collar workers, every one of us is the same cut, and none of us believe in liberal dog shit. So, all of your life is now under a microscope. So, good job on you. I hope it was worth it. I look forward to talking to you, or seeing you in person. So, good luck with that."

3.  Voicemail to Mr. Zars on 10/12/25 at 6:16 am

"Hey, buddy. How clean's the air? All this hard work you're putting in cleaning the air. Where's the result, buddy? Huh? Or are you a thief? Hmm startin' to look like you stole from us. It's not very nice, buddy. We're gonna need some proof y'all did something, which we know you ain't none. It's a real cryin' shame. I bet your mamma ain't proud of you out here stealing and lying. Shame on you, buddy. Shame on you. Shame on you. You breathing that air. You doing it? You breathing it? Is it breathing any cleaner? Does it feel better once you've stolen all those people's money? Yeah? How about them apples? Nobody likes a low down dirty thief. No they don't. Why is it okay for you to steal millions? There's no consequences. Oh, wait, there are consequences. We're going to make sure of it. Y'all ain't sliding by no more. America is gonna America on this one, buddy."

4.  Voicemail to Mr. Zars on 10/15/25 at 2:16 pm

"You're a scumbag. We all know where you are now. You're a piece of shit. Guess what? We're gonna find a way to come after you legally."

   5.   Voicemail to Mr. Zars on _____ (:10)

"Hey Reed, what's up, man? This is ██. I just want to let you know that you really fucked up,
buddy. And you are going to pay the consequences."

   6.   Voicemail to Mr. Zars on 10/15/25 at 2:06 pm

"Watch your back."

   7.   Voicemail to Mr. Zars on 10/16/25 at 1:13 pm

"You can run but you can't hide."

   8.   Voicemail to Ms. Fein on 10/16/25 at 1:34 pm

"You just opened it up. You have no idea. He has millions of followers all over the world.
You're so fucked."