IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIESEL POWER GEAR LLC, et al.,<br><br>Defendants. | DECLARATION OF GEORGE E. HAYS IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO ENJOIN DEFENDANT SPARKS FROM INCITING HIS SUPPORTERS TO CONFRONT UPHE OR ITS COUNSEL<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

    1.    I, George E. Hays, am over 18 years of age and competent to make this declaration. The statements herein are based upon my personal knowledge.

    2.    I represent Plaintiff Utah Physicians for a Healthy Environment (UPHE) in this matter. I submit this declaration in support of Plaintiff's Emergency Motion to Enjoin Defendant Sparks from Inciting his Supporters to Confront UPHE or its Counsel.

    3.    On October 11, 2025, my co-counsel in this matter, Reed Zars, informed me that he had been receiving harassing, threatening emails and voicemails regarding this case. Copies of some of those messages are appended to the Declarations of Ms. Fein and Mr. Zars accompanying this motion. I subsequently learned that Defendant Sparks had posted a video on Instagram after the October 9, 2025 hearing in this case. In his video, Mr. Sparks provided his perspective on this case and called on his supporters to "[g]o look at the Utah Physicians on Instagram or check out their website and contact them. You can also contact the attorney, Reed Zars, out of Laramie, Wyoming. I'm not going to put his information here, but you can find

-1-

him." *See* Sparks Transcripts, attached to the Fein Declaration.

4.  Although in his first Instagram post, Mr. Sparks asked his supporters to be "cordial" and "civil," many of the communications from those supporters have been menacing and threatening, as detailed in the Zars and Fein Declarations.

5.  Consequently, on the morning of October 13, 2025, I wrote to Mr. Cannon to let him know that Mr. Sparks message to his supporters had "resulted in an onslaught of threatening and harassing emails, texts, and voice messages to Mr. Zars causing him and his wife to fear for their safety and abandon their home." *See* Attachment 1 (Email Chain between Hays and Cannon):    *Cole,*

>   *I'm writing to ask that you and Mr. Sparks please take down immediately all social media posts regarding this matter made since the hearing last Thursday and, except as laid out below, to refrain from making any more.*
>
>   *Mr. Sparks's October 11 rally cry to his followers to confront Mr. Zars and UPHE about the UPHE v. DPG matter has resulted in an onslaught of threatening and harassing emails, texts, and voice messages to Mr. Zars causing him and his wife to fear for their safety and abandon their home.*
>
>   *One follower writes, "Several of our chapter members will be stopping by to pay you a visit at your offices and homes. We would like to chat about recent news events and abuse of the legal system. See you soon."*
>
>   *Another follower says, "Give me a call back, otherwise I'll cruise out to Laramie . . . and I think there will be about 16 of us in our group. We all drive diesel trucks . . . probably we could just get together and have a little conversation with you . . ."*
>
>   *A third follower sings, "One, two, comin' for you, three, four, I'm gonna be at your door, five six it's about time you know your goin' to be my best friend. For your end is near."*
>
>   *And finally this: "Why is it OK for you to steal millions? There's no consequences. Oh wait, there are no consequences, we're going to make sure of it. You ain't slipping' by no more. America is going to America on this one, Buddy."*
>
>   *The post-hearing social media posts by you and Mr. Sparks have unleashed this outrageous harassment, stalking, and intimidation to frighten Mr. Zars and*

> *UPHE and to skew to his favor the remaining proceedings in this case. Please have Mr. Sparks tell his followers to stop all threats and harassments, and to take no action to harm anyone on Plaintiff's side of this case.*
>
> *Please confirm with me when the posts are taken down and the appropriate follow-up message has been sent.*
>
> *Thank you,*
> *George*

6. The entirety of Mr. Cannon's first email response is reproduced in Exhibit A. Mr. Zars, Ms. Fein, and myself then had a conversation with Mr. Cannon by phone at noon on Monday, October 13, 2025. We reiterated our request that Mr. Sparks take down his social media posts, refrain from making similar ones in the future, and to have Mr. Sparks make a post asking his supporters not to contact either Mr. Zars or UPHE. I cannot disclose Mr. Cannon's response for fear of disclosing confidential settlement communications.

7. After that phone call, representatives of UPHE and the Defendants did engage in both telephone and email communications related to settlement, and Mr. Cannon sent five more emails, which I am neither providing nor summarizing for fear of disclosing confidential settlement communications. I can say that I did contact Mr. Cannon a second time and reiterated the substance of my request laid out in Paragraph 5 above, and our co-counsel, Mr. Craig Hoggan, also reiterated that request on Wednesday evening last week.

8. After that last message to Mr. Cannon, Mr. Sparks posted another video Instagram. A transcript of that video is attached to the Fein Declaration accompanying this motion. That message continued to call for his supporters to contact UPHE and specifically Mr. Zars, although he added:

> [W]ith support, you know, there always comes a little too much support, or you get those overzealous supporters who potentially take it a step too far and they make threats, or they intimidate, or they scare, or they, you know, heaven forbid take violent action. Nothing like that has happened yet as far as like violence, but there has been a handful of

people who reached out to the attorney Reed Zars and the UPHE, and rather than asking those hard questions, went straight for like threats, which it's not okay, guys. So, I want your support. I appreciate your support, and I expect your support because this could happen to any of us. But I'm just going to ask you again, please, if you're going to get involved and help be part of this process, no threats, no intimidation, just peaceful dialogue.

9.   Last Wednesday, at noon mountain time, Mr. Sparks contacted Mr. Zars directly to explain his plans to engage in what he described as a "media blitz," including planned appearances on conservative talk shows.  An hour later, Mr. Sparks posted new social media posts on Instagram and YouTube calling out Mr. Zars and Brian Moench of UPHE by name. Consequently, the harassing and threatening emails and voicemails to my client and colleagues have continued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 21, 2025

Signed:  s/ George E. Hays

# Hays Declaration
# Attachment 1
## (Email Exchange - Hays and Cannon)

**Subject:** Re: UPHE v. DIESELSellerz.com et al, Case # 2:17-cv-00032-RJS-DBP

**From:** "Cole Cannon" <cole@cannonlawgroup.com>

**Sent:** 10/13/2025 8:59:34 AM

**To:** "georgehays@mindspring.com" <georgehays@mindspring.com>; "Reed Zars" <reed@zarslaw.com>; "Matthew Kaufmann" <mkaufmann@dadlaw.net>

**CC:** "Jon Pfeifer" <Jon@cannonlawgroup.com>; "Michelle Fein" <michelle@fein.law>

Hi George (+Matthew),

UPHE, and each of you, has engaged in lawfare and this is about to get a lot worse before it gets better. Dave has never encouraged violence, threats, or any sort of misconduct; nor will he. Dave is advocating change and accountability from officers of the court (which you all are) and a registered non-profit in the state of Utah. These are matters of public concern and UPHE has made them such. Just because UPHE is being exposed for its tactics does not mean you get to selectively chose when the media should and shouldn't be published. For years, UPHE has controlled the narrative through outrageous and voluminous court pleadings and press releases. This is a matter of public discourse and UPHE has actively fanned the flames of the media against Sparks for years. Speaking of unfair, here is a [small] screen shot of the news Sparks received as a result of misdeeds of you four:



For every 10 articles about Sparks being arrested there is 1 mentioning his release. Why? Because releases are tasty gossip as are arrests. Remember, there is only one party, Sparks, who has been

stripped and cavity searched, his reputation significantly tarnished, business opportunities lost (provably and in large amounts over the last week) as a result of your conduct. UPHE is no victim. Do you think Sparks didn't receive threats in jail??

I have warned you repeatedly not to engage in this lawfare but you persisted and so there will be accountability. I have tried relentlessly to settle this case. Had Reed, or any of you, had a reasonable bone in your body you would have taken Sparks good faith and repeated efforts to put you on a payment plan. You are either paralyzed by your own indecision, have an inflated sense of entitlement, or (most likely) are using this case for an unlawful ulterior purpose, namely for profit and publicity.

So, I've forwarded your email to Dave and he can choose what First Amendment rights he'll curtail at the request of his assailants. As it relates to my video, I mentioned not a single name, both personally or an organization. I was speaking for the change of public law, because this law does need to change. If you chose legal action against us for exercising lawful First Amendment rights then UPHE will prove UPHE not only is it in the business of shutting down small business but it's also in the business of stifling rights afforded to US Citizens guaranteed under the Bill of Rights.

I will advise each of you that a new lawsuit is coming against each of you personally. I won't be the attorney of record but you have woken up a silent majority of people who won't idly standby and let these abuses continue. The pursuit of Sparks' rights will happen civilly and in a court of law where you'll be afforded all the defenses you think you have.

You made your bed, and now you get to sleep in it. I don't know that I'll be useful in eliminating the free speech you desire but you would be well-advised to prepare a public apology to Dave and your extortive measures to exact money from him. If someone has made an overt, express and threat to your person or property, you should contact law enforcement. Sparks, nor I, have ever encouraged violence or damage to property.

I am available for a phone call at noon Utah if you'd like to have one. It's my only availability today.
C

---

**From:** "georgehays@mindspring.com" <georgehays@mindspring.com>
**Reply-To:** "georgehays@mindspring.com" <georgehays@mindspring.com>
**Date:** Monday, October 13, 2025 at 9:08 AM
**To:** Cole Cannon <cole@cannonlawgroup.com>, Reed Zars <reed@zarslaw.com>
**Cc:** Jon Pfeifer <Jon@cannonlawgroup.com>, Michelle Fein <michelle@fein.law>
**Subject:** UPHE v. DIESELSellerz.com et al, Case # 2:17-cv-00032-RJS-DBP

Cole,

I'm writing to ask that you and Mr. Sparks please take down immediately all social media posts regarding this matter made since the hearing last Thursday and, except as laid out below, to refrain from making any more.

Mr. Sparks's October 11 rally cry to his followers to confront Mr. Zars and UPHE about the UPHE v. DPG matter has resulted in an onslaught of threatening and harassing emails, texts, and voice messages to Mr. Zars causing him and his wife to fear for their safety and abandon their home.

One follower writes, "Several of our chapter members will be stopping by to pay you a visit at your offices and homes. We would like to chat about recent news events and abuse of the legal system. See you soon."

Another follower says, "Give me a call back, otherwise I'll cruise out to Laramie . . . and I think there will be about 16 of us in our group. We all drive diesel trucks . . . probably we could just get together and have a little conversation with you . . ."

A third follower sings, "One, two, comin' for you, three, four, I'm gonna be at your door, five six it's about time you know your goin' to be my best friend. For your end is near."

And finally this: "Why is it OK for you to steal millions?  There's no consequences.  Oh wait, there are no consequences, we're going to make sure of it.  You ain't slipping' by no more. America is going to America on this one, Buddy."

The post-hearing social media posts by you and Mr. Sparks have unleashed this outrageous harassment, stalking, and intimidation to frighten Mr. Zars and UPHE and to skew to his favor the remaining proceedings in this case. Please have Mr. Sparks tell his followers to stop all threats and harassments, and to take no action to harm anyone on Plaintiff's side of this case.

Please confirm with me when the posts are taken down and the appropriate follow-up message has been sent.

Thank you,

George

This message is intended only for the use of the Addressee and may contain information that is **PRIVILEGED** and **CONFIDENTIAL**. If you are not the intended recipient, you are hereby noti ied that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify me immediately. Your receipt of this email in no way creates an attorney-client privilege as such will be done by formal written agreement between you and the Cannon Law Group, PLLC.

**DEBT COLLECTION NOTICE**: This  irm collects debts. This communication may be an attempt to collect a debt. Any information obtained as a result of this communication or subsequent communications may be used to collect the debt.