Cole S. Cannon (UT #12053)
Jon Pfeifer (UT #16646)
Cannon Law Group, PLLC
124 S. 600 E.
Salt Lake City, Utah 84102
Telephone: (801) 363-2999
Fax: (801) 363-3013
cole@cannonlawgroup.com
jon@cannonlawgroup.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks, Joshua Stuart and Keaton Hoskins, <br><br> Defendants. | **ORDER GRANTING DEFENDANT SPARKS' MOTION FOR EXTENSION OF TIME** <br><br> Case No. 2:17-cv-32-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

The court, having considered Sparks' Motion for Extension of Time, and good cause appearing, hereby GRANTS this Motion. Sparks shall have until Monday, October 27, 2025, to respond to Plaintiff's Emergency Motion to Enjoin Defendant Sparks From Inciting His Supporters to Confront UPHE or Its Counsel.

It is SO ORDERED.

Signed this _____ of _____, 2025.

1

_____
**Robert J. Shelby**
**UNITED STATES DISTRICT JUDGE**