IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>DIESEL POWER GEAR, LLC, et al.,<br><br>Defendants. | **JOINT STATUS REPORT**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

    Plaintiff UPHE and Defendants Diesel Power Gear et al. hereby submit their Joint Status Report pursuant to the court's October 14, 2025 Order, ECF 538.

    UPHE agrees that Defendant Sparks has complied with stipulations 1-4 and 6-7, and that he has complied with stipulation No. 5 based on his representation that his declaration and associated spreadsheet including a column labeled "Ownership" where the respective owner(s) is listed with respect to No. 5 is intended to apply to all motorized vehicles and trailers currently owned by any of the Defendants (except Josh Stuart per the order).

    DATED this 23rd day of October, 2025.

                                       Signed:  s/ Reed Zars

                                       Signed:  s/ Cole Cannon