IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> DIESEL POWER GEAR LLC, et al., <br><br> Defendants. | **ORDER FINDING DEFENDANT SPARKS HAS PURGED HIS CONTEMPT** <br><br> Case No. 2:17-cv-00032-RJS-DBP <br><br> District Judge Robert J. Shelby <br><br> Chief Magistrate Judge Dustin B. Pead |

The court previously found Defendant David W. Sparks in civil contempt and issued a bench warrant for his arrest.[1] Sparks appeared in custody at the contempt hearing held on October 9, 2025.[2] The court ordered his release from custody at the conclusion of the hearing based on oral argument and the parties' stipulation.[3] The court further ordered the parties to file on the docket, by October 20, 2025, a joint status report addressing Sparks's compliance with the stipulation.[4] The court subsequently extended the deadline to file the status report to October 22, 2025.[5]

Having reviewed the status report,[6] the court concludes Sparks has demonstrated with clear and convincing evidence either substantial compliance or the impossibility of compliance

---

[1] Dkt. 519, *Memorandum Decision and Order of Contempt*.

[2] Dkt. 535, *Minute Entry*.

[3] *Id.*; Dkt. 536, *Release Order*.

[4] Dkt. 538, *Order*.

[5] Dkt. 541, *Order*.

[6] Dkt. 547, *Joint Status Report*.

1

with respect to Judge Pead's January 23, 2025 Order[7] and this court's subsequent Orders of Contempt.[8] Accordingly, the court finds Sparks has purged these instances of contempt. The court further DENIES without prejudice Plaintiff's Motion for Relief because it seeks relief related to Sparks's contempt.[9]

SO ORDERED this 23rd day of October 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[7] Dkt. 417, *Order on Motion for Relief to Defendants' Established Contempt of Fees Order*.

[8] Dkt. 486, *Order of Contempt*; Dkt. 491, *Order*; Dkt. 519, *Memorandum Decision and Order of Contempt*.

[9] Dkt. 516.