# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>                Plaintiff,<br>    v.<br><br>Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks and Joshua Stuart<br><br>                Defendants. | **JOINT MOTION TO VACATE ORDER TO SHOW CAUSE, ECF 521**<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Plaintiff UPHE and Defendant Joshua Stuart, having reached a payment agreement regarding Mr. Stuart's liability for fees and costs under ECF Nos. 230 and 317, jointly move for the entry of the attached order vacating the court's Order to Show Cause applicable to Defendant Stuart. (ECF No. 521).

When Mr. Stuart completes his payments to UPHE, UPHE intends to file a timely notice of satisfaction.

The proposed order is attached herewith.

Submitted this 23rd day of October, 2025.

FOR PLAINTIFF UPHE,                                                FOR DEFENDANT STUART,


s/   Reed Zars                                                             s/  Cole Cannon
Reed Zars                                                                   Cannon Law Group, PLLC
Utah Bar No. 16351
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com