IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Diesel Power Gear LLC, 4X4 Anything LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks and Joshua Stuart<br><br>　　　　　Defendants. | [PROPOSED] ORDER VACATING ORDER TO SHOW CAUSE, ECF 521<br><br>Case No. 2:17-cv-32-RJS-DBP<br><br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Plaintiff UPHE and Defendant Joshua Stuart have jointly moved to vacate the court's Order to Show Cause applicable to Defendant Stuart, ECF No. 521, having reached a payment agreement with Mr. Stuart applicable to his liability for fees and costs under ECF Nos. 230 and 317.

For good cause shown, the court vacates its Order to Show Cause applicable to Defendant Stuart. ECF No. 521.

　　　DATED_____

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　_____