# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., | ) ) ) |
| Plaintiff, | ) **CONSENT ORDER** ) |
| v. | ) Case No. 2:17-cv-32-RJS-DBP ) |
| Diesel Power Gear LLC, B&W Auto LLC d/b/a Sparks Motors LLC, David W. Sparks and Joshua Stuart, | ) Chief Judge Robert J. Shelby ) ) Magistrate Judge Justin B. Pead ) |
| Defendants. | ) ) |

## I. RECITALS

Whereas on January 26, 2021, this court ordered Defendants to pay Plaintiff Utah Physicians for a Healthy Environment ("UPHE"), jointly and severally, $928,602.23 for UPHE's costs and attorneys' fees up to the conclusion of trial on November 25, 2019. ("Fees Order," ECF No. 230.). The court subsequently upheld the Fees Order on remand. ECF No. 317;

Whereas on March 12, 2021, this court confirmed that Defendant Hoskins satisfied his costs and fees debt through a settlement with UPHE. ECF Nos. 236 & 237. In addition, on October 23, 2025, Defendant Joshua Stuart settled his costs and fees debt pursuant to a settlement with UPHE; and

Whereas Plaintiff UPHE and Defendants David W. Sparks, B&W Auto, LLC, and Diesel Power Gear, LLC, the "Defendants" for purposes of this Consent Order (collectively "the Parties"), have entered into a confidential settlement agreement ("the Settlement Agreement") applicable to Defendants' obligations under the Fees Order.

-1-

## II. CONSENT ORDER

1. In accordance with the Settlement Agreement, the Court hereby conditionally stays all litigation proceedings applicable to the collection of Defendants' Fees Debt unless a notice of satisfaction is filed with the court on or before February 17, 2026 stating Defendants have satisfied in full the Fees Debt as defined in the Settlement Agreement. This litigation stay does not stay any order of the Court that prohibits Defendants from transferring or moving certain assets, including the orders at ECF Nos. 417 and 495. The stay shall be automatically lifted on February 18, 2026 if a notice of satisfaction is not filed by February 17, 2026.

2. $68,000 currently held in the court registry shall remain in the registry until the court receives a notice of satisfaction that the Fees Debt defined in the Settlement Agreement has been paid in full on or before February 17, 2026, at which point Defendants may request, and UPHE will not oppose, that the court release the funds to a named designee. Should Defendants fail to timely satisfy the Fees Debt defined in the Settlement Agreement by no later than February 17, 2026, upon motion by UPHE on or after February 18, 2026, to which Defendants agree not to object, the Court will immediately release the $68,000 to UPHE to be applied toward the outstanding Fees Order.

3. Upon Defendants' payment of the full Fees Debt as defined in the Settlement Agreement, the Parties agree to file with the Court a joint notice of satisfaction of the Fees Order, but until that payment has been made and has cleared, the Fees Order shall remain in full force and effect.

4. The Court retains, and otherwise has, jurisdiction to enforce all of the provisions of this Consent Order and the related Settlement Agreement.

5. The injunctive relief set forth in ECF Nos. 169 and 318 shall remain in full force and effect before and after the payment of the Fees Debt to UPHE described above, unless modified by the Court by future order after briefing from the parties.

6. With respect to any outstanding civil penalty relief set forth in ECF Nos. 168, 169 and 318, a portion remains owed to the federal government. Any attempt by any Party to enforce or prevent enforcement of such penalty will require approval from the court by motion.

SO ORDERED THIS _____ DAY OF _____, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

FOR UPHE:

*Jonathan Vasic*                __02/17/26__
Jonny Vasic, UPHE Executive Director    Dated

Approved as to form:

REED ZARS                   2/17/2026

FOR DEFENDANT DAVID SPARKS:

_____      _____
                                                         Dated

FOR DEFENDANT B&W AUTO, LLC:

_____      _____
                                                         Dated

FOR DEFENDANT DIESEL POWER GEAR, LLC:

_____      _____
                                                         Dated

_____      _____
                                                         Dated

Approved as to form:

_____      _____
                                                         Dated

FOR UPHE:

_____  _____
Jonny Vasic, UPHE Executive Director        Dated

Approved as to form:

_____  _____

FOR DEFENDANT DAVID SPARKS:

_____  2/13/2026
                                             _____
                                             Dated

FOR DEFENDANT B&W AUTO, LLC:

_____  2/13/2026
                                             _____
                                             Dated

FOR DEFENDANT DIESEL POWER GEAR, LLC:

_____  2/13/2026
                                             _____
                                             Dated

_____  _____
                                             Dated

Approved as to form:

Cole Cannon                                  2/13/2026
_____  _____
                                             Dated