IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> DIESEL POWER GEAR LLC, et al., <br><br> Defendants. | **ORDER WITHDRAWING COLLECTION FILINGS** <br><br> Case No. 2:17-cv-00032-RJS-DBP <br><br> District Judge Robert J. Shelby <br><br> Magistrate Judge Dustin B. Pead |

On March 16, 2026, Plaintiff filed a Motion to Withdraw Collection Filings pursuant to the parties' confidential settlement agreement.[1]  The time for Defendants to file a response in opposition to the Motion has since passed.[2]  After careful consideration, the Motion is GRANTED.[3]  The court hereby WITHDRAWS the following collection filings:

   • October 12, 2022 Writ of Garnishment (appeal) Chase Bank.[4]

   • August 28, 2023 Writ of Garnishment Athletic Greens.[5]

   • August 28, 2023 Writ of Garnishment Instagram.[6]

   • August 28, 2023 Writ of Garnishment YouTube.[7]

---

[1] Dkt. 568, *Plaintiff's Motion to Withdraw Collection Filings* (*Motion*).

[2] *See* DUCivR 7-1(a)(4)(D)(ii).

[3] Dkt. 568.

[4] Dkt. 272. *Writ of Garnishment*.

[5] Dkt. 291, *[Proposed] Writ of Garnishment Re: Athletic Greens, Inc.*

[6] Dkt. 295, *[Proposed] Writ of Garnishment Re: Instagram/Meta Platforms, LLC.*

[7] Dkt. 296, *[Proposed] Writ of Garnishment Re: YouTube/Google LLC.*

1

- April 1, 2024 Writ of Garnishment 4X4 Anything.[8]

- April 1, 2024 Writ of Garnishment 1955 Redwood.[9]

- April 1, 2024 Writ of Garnishment B&W Auto.[10]

- April 1, 2024 Writ of Garnishment Da Rezz.[11]

- April 1, 2024 Writ of Garnishment Dieselsellerz.[12]

- April 1, 2024 Writ of Garnishment FLT Services.[13]

- April 1, 2024 Writ of Garnishment GI Sparks.[14]

- April 1, 2024 Writ of Garnishment HeavyDSparks.[15]

- April 1, 2024 Writ of Garnishment Legion Holdings.[16]

- June 3, 2024 Amended Fees Charging Order.[17]

- January 23, 2025 Writ of Execution re residence.[18]

- February 7, 2025 Writ of Execution re vehicles.[19]

- February 7, 2025 Writ of Assistance re vehicles.[20]

---

[8] Dkt. 350, *Writ of Continuing Garnishment Re: 4x4 Anything LLC.*

[9] Dkt. 351, *Writ of Continuing Garnishment Re: 1955 Redwood LLC.*

[10] Dkt. 352, *Writ of Continuing Garnishment Re: B&W Auto LLC.*

[11] Dkt. 353, *Writ of Continuing Garnishment Re: Da Rezz LLC.*

[12] Dkt. 354, *Writ of Continuing Garnishment Re: Dieselsellerz.com LLC.*

[13] Dkt. 355, *Writ of Continuing Garnishment Re: FLT Services, LLC.*

[14] Dkt. 356, *Writ of Continuing Garnishment Re: G.I. Sparks, LLC.*

[15] Dkt. 357, *Writ of Continuing Garnishment Re: HeavyDSparks LLC.*

[16] Dkt. 358, *Writ of Continuing Garnishment Re: Legion Holdings LLC.*

[17] Dkt. 384, *Order Granting Stipulated Motion to Amend the Charging Order Applicable to Plaintiff's Costs and Fees Judgment.*

[18] Dkt. 418, *Writ of Execution.*

[19] Dkt. 431, *Writ of Execution to Constable Reitz Re: Judgment Debtors' Vehicles.*

[20] Dkt. 432, *Order for Writ of Assistance Re: Judgment Debtors' Vehicles.*

• August 19, 2025 Order re Foreclosure of G.I. Sparks LLC.[21]

• August 20, 2025 Writ of Execution re cabin.[22]

• August 27, 2025 Writ of Execution re DPG vehicles.[23]

SO ORDERED this 6th day of April, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[21] Dkt. 505, *Memorandum Decision and Order*.

[22] Dkt. 506, *Writ of Execution to Constable Reitz Re: Judgment Debtor Sparks's Cabin*.

[23] Dkt. 509, *Writ of Execution Re: Defendant Diesel Power Gear LLC's Vehicles*.